```
1    C.D. Michel – SBN 144258
     Joshua Robert Dale – SBN 209942
2    Alexander A. Frank – SBN 311718
     Konstadinos T. Moros – SBN 306610
3    MICHEL & ASSOCIATES, P.C.
     180 E. Ocean Boulevard, Suite 200
4    Long Beach, CA 90802
     Telephone: (562) 216-4444
5    Facsimile: (562) 216-4445
     Email: cmichel@michellawyers.com
6
     Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated, Gun Owners
7    of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick
     Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia
8    Gabaldon, and Stephen Hoover

9    Donald Kilmer-SBN 179986
     Law Offices of Donald Kilmer, APC
10   14085 Silver Ridge Road
     Caldwell, Idaho 83607
11   Telephone: (408) 264-8489
     Email: Don@DKLawOffice.com
12
     Attorney for Plaintiff The Second Amendment Foundation
13
```

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, and CYNTHIA GABALDON, an individual; STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | CASE NO:<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLANTIFF CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC. |

Plaintiff, CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: December 4, 2023					MICHEL & ASSOCIATES, P.C.

						/s/C.D. Michel
						C.D. Michel
						*Counsel for Plaintiffs*