# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Rifle and Pistol Association, Incorporated et al | CASE NUMBER |
| v.                                    PLAINTIFF(S) | 2:23-cv-10169 SPG(ADSx) |
| Los Angeles County | **ORDER RE TRANSFER (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

~~TRANSFER ORDER DECLINED~~

_____          _____
Date                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The case pending before the Court challenges the state's designation of locations where people who have been issued concealed carry permits may not carry their concealed weapons. The case proposed to be transferred challenges the policies that apply to issuance of concealed carry permits in the first place. Substantial duplication of labor will not result if these cases are heard by different judges.

December 6, 2023                     Cormac J. Carney
_____          _____
Date                                           United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   8:23-cv-01696 CJC(ADSx)   and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

~~TRANSFER ORDER DECLINED~~

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*