| | |
|---|---|
| *Attorney or Party without Attorney:*<br>C.D. Michel, Esq., Bar #144258<br>Michel & Associates, P.C.<br>180 East Ocean Blvd, Suite 200<br>Long Beach, CA 90802<br>*Telephone No:* 562-216-4444    *FAX No:* 562-216-4445<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* California Rifle & Pistol Association, et al.
*Defendant:* Los Angeles County Sheriff's Department, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>223CV10169SPGADSX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Rule 7.1 Corporate Disclosure; Certification and Notice of Interested Parties; Civil Cover Sheet; Notice of Assignment to US Judges; Notice to Counsel Re Consent to Proceed Before a US Magistrate Judge; Notice to Parties of Court- Directed ADR Program.

3. a. Party served:       Robert Bonta, in his official capacity as Attorney General of the State of California
   b. Person served:      Officer Casitas, Person Authorized to Accept

4. Address where the party was served:    Attorney General's Office
                                           1300 "I" Street
                                           Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Dec. 06, 2023 (2) at: 2:50PM

7. **Person Who Served Papers:**                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. John M. Adams                                        d. **The Fee** for Service was:

   **1500 W. El Camino Avenue, #510**                      e. I am: (3) registered California process server
   **Sacramento, CA 95833**                                    (i)   Independent Contractor
   **855-5VALPRO, Fax (866) 900-4665**                         (ii)  Registration No.:   2014-45
   **www.ValproAttorneyServices.com**                          (iii) County:              Sacramento

   Valpro Attorney Services

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Dec. 06, 2023

                                                                                    (John M. Adams)

*Judicial Council Form*                    PROOF OF SERVICE                                        michel.68571
*Rule 2.150.(a)&(b) Rev January 1, 2007*