| Attorney or Party Without Attorney (Name and Address)<br>JOSHUA R. DALE  SBN 209942<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):  PLAINTIFF | Telephone No.<br>562-216-4444<br><br>Ref. No. or File No.<br><br>C82946/2698 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. ||| 
| Short Title of Case:<br>CALIFORNIA RIFLE & PISTOL V LOS ANGELES COUNTY SHERIFFS DEPT |||
| Invoice No.: 870232 | Date:    Time:    Dep./Div.: | Case Number:<br>2:23-CV-10169-SPG(ADSX) |

### PROOF OF SERVICE SUMMONS AND COMPLAINT

I certify that I am authorized to serve the SUMMONS and COMPLAINT in the within action pursuant to F.R.Civ.P.4(c) and that I served the SUMMONS and COMPLAINT as follows:

SUMMONS
COMPLAINT
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
CIVIL CASE COVER SHEET
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEOFRE A UNITED
STATES MAGISTRATE JUDGE
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLANTIFF
CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1. Name and title of person served: LA VERNE CHIEF OF POLICE COLLEEN FLORES, IN HER OFFICIAL CAPACITY, BY SERVING DEBRA FRITZ DEPUTY CITY CLERK (AUTHORIZED TO ACCEPT)

2. Date and time of delivery: 12/11/23 , 01:09 PM

3. Place of service: RESIDENCE
             BUSINESS    3660 D STREET
                         LA VERNE CA 91750

PERSONAL SERVICE

PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.4e)
I declare under penalty of perjury that the foregoing document is true and correct.

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE:  12/12/23                                             SIGNATURE


| Attorney or Party Without Attorney (Name and Address)<br>JOSHUA R. DALE   SBN 209942<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):        PLAINTIFF | Telephone No.<br>562-216-4444<br><br>Ref. No. or File No.<br><br>C82946/2698 | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court, if any.<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. | | |
| Short Title of Case:<br>CALIFORNIA RIFLE & PISTOL V LOS ANGELES COUNTY SHERIFFS DEPT | | |
| Invoice No.:  870232   Date:   Time:   Dep./Div.: | | Case Number:<br>2:23-CV-10169-SPG(ADSX) |

```
Executed at SIGNAL HILL, state of CALIFORNIA on 12/12/23

SERVED BY: LAURA BORIE   FEE FOR SERVICE: $168.25
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independent Contractor
(2) Registration No. 2021168875
(3) County: LOS ANGELES
(4) Expiration: 06/13/25

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE:  12/12/23                                                      SIGNATURE

