| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| JOSHUA R. DALE  SBN 209942<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):      PLAINTIFF | 562-216-4444<br><br>Ref. No. or File No.<br><br>C82952/2698 | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. |

| Short Title of Case: |
|---|
| CALIFORNIA RIFLE & PISTOL V LOS ANGELES COUNTY SHERIFFS DEPT |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 870241 | | | | 2:23-CV-10169-SPG(ADSX) |

PROOF OF SERVICE OF SUMMONS

I certify that I am authorized to serve the summons and complaint in the within action pursuant to F.R.Civ.P.4(c) and that I served the summons and complaint as follows:
   SUMMONS
   COMPLAINT
   NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
   CIVIL CASE COVER SHEET
   NOTICE TO COUNSEL RE CONSENT TO PROCEED BEOFRE A UNITED
   STATES MAGISTRATE JUDGE
   NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
   RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLANTIFF
   CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.
   CERTIFICATION AND NOTICE OF INTERESTED PARTIES
1. Name and title of person served:
      LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
2. Person with whom left: TARAH REANEY
            TITLE:OPERATIONS ASSISTANT (AUTHORIZED TO ACCEPT)
3. Date and time of delivery: 12/11/23 , 12:35 PM
5. Place of service:

                  4900 EASTERN AVE.
                  COMMERCE CA 90040

               PERSONAL SERVICE
UPON A BUSINESS ENTITY(DOMESTIC OR FOREIGN CORPORATION OR PARTNERSHIP OR
ASSOCIATION SUBJECT TO SUIT UNDER A COMMON NAME)
by delivering a copy of the summons and complaint to an officer or

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

I declare under penalty of perjury, under the laws of the State of California,and of the United States of America that the foregoing is true and correct.
DATE:  12/12/23                                        SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| JOSHUA R. DALE   SBN 209942<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):   PLAINTIFF | 562-216-4444<br><br>Ref. No. or File No.<br><br>C82952/2698 | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. |

| Short Title of Case: |
|---|
| CALIFORNIA RIFLE & PISTOL V LOS ANGELES COUNTY SHERIFFS DEPT |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 870241 | | | | 2:23-CV-10169-SPG(ADSX) |

```
a managing or general agent. any other agent authorized by appointment
or by law to receive service of process(if the agent is authorized by
statute and the statute so requires, copies of the summons and complaint
must also be mailed to the defendant) [FRCP Rule 4(h)(1)(B)] AND
Pursuant to the law to the law of the state in which the district
court is located or of the state in which service is made
[FRCP Rule 4(h)(1)(A)] (CCP 416.10(b)]

I declare under the penalty of perjury that the foregoing is true
and correct
Executed at Signal Hill, State of California on 12/12/23

SERVED BY: PIERCE TAING   FEE FOR SERVICE: $108.25
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [  ] Independent Contractor
(2) Registration No. 2017084744
(3) County: LOS ANGELES
(4) Expiration: 01/23/25

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.

DATE:  12/12/23                                                              SIGNATURE