| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| JOSHUA R. DALE  SBN 209942<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):    PLAINTIFF | 562-216-4444<br><br>Ref. No. or File No.<br><br>C82952/2698 | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. |

| Short Title of Case: |
|---|
| CALIFORNIA RIFLE & PISTOL V LOS ANGELES COUNTY SHERIFFS DEPT |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 870236 | | | | 2:23-CV-10169-SPG(ADSX) |

```
                 PROOF OF SERVICE SUMMONS AND COMPLAINT
I certify that I am authorized to serve the SUMMONS and COMPLAINT in
the within action pursuant to F.R.Civ.P.4(c) and that I served the
SUMMONS and COMPLAINT as follows:
SUMMONS
COMPLAINT
NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
CIVIL CASE COVER SHEET
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEOFRE A UNITED
STATES MAGISTRATE JUDGE
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLANTIFF
CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1. Name and title of person served: SHERIFF ROBERT LUNA, IN HIS OFFICAL CAPACITY,
                                    BY SERVING TARAH REANEY, OPERATIONS ASSISTANT
                                    (AUTHORIZED TO ACCEPT)


2. Date and time of delivery: 12/11/23 , 12:35 PM

3. Place of service: RESIDENCE
                     BUSINESS    4900 EASTERN AVE.
                                 #102
                                 COMMERCE CA 90040

                                                     PERSONAL SERVICE
   PERSONAL SERVICE, by handing copies to the person served (F.R.Civ.P.4e)
   I declare under penalty of perjury that the foregoing document is true
```

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

! declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE:  12/12/23                                                              SIGNATURE

| Attorney or Party Without Attorney (Name and Address) | Telephone No. | FOR COURT USE ONLY |
|---|---|---|
| JOSHUA R. DALE   SBN 209942<br>MICHEL & ASSOCIATES, P.C.<br>180 E OCEAN BLVD<br>STE 200<br>LONG BEACH CA 90802<br>562-216-4444<br>Attorney For (Name):    PLAINTIFF | 562-216-4444<br><br>Ref. No. or File No.<br><br>C82952/2698 | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>350 W. 1ST STREET LOS ANGELES, CA. |

| Short Title of Case: |
|---|
| CALIFORNIA RIFLE & PISTOL V LOS ANGELES COUNTY SHERIFFS DEPT |

| Invoice No.: | Date: | Time: | Dep./Div.: | Case Number: |
|---|---|---|---|---|
| 870236 | | | | 2:23-CV-10169-SPG(ADSX) |

and correct.

Executed at SIGNAL HILL, state of CALIFORNIA on 12/12/23

SERVED BY: PIERCE TAING   FEE FOR SERVICE: $33.25

SIGNAL ATTORNEY SERVICE, INC.
P.O. Box 91985
Long Beach CA 90809
(562)595-1337 FAX(562)595-6294

d. Registered California process server
(1) [ x ] Employee or [ ] Independent Contractor
(2) Registration No. 2017084744
(3) County: LOS ANGELES
(4) Expiration: 01/23/25

I declare under penalty of perjury, under the laws of the State of California, and of the United States of America that the foregoing is true and correct.
DATE:  12/12/23                                                                    SIGNATURE