ROB BONTA
Attorney General of California
MARK R BECKINGTON
Supervising Deputy Attorney General
JANE E. REILLEY
Deputy Attorney General
State Bar No. 314766
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6106
 Fax:  (916) 324-8835
 E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Robert Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | 2:23-cv-10169<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Sherilyn Peace Garnett, United States District Judge<br><br>Action Filed: December 5, 2023 |

1    Pursuant to Local Rule 8-3, Plaintiffs California Rifle & Pistol Association,
2  Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc.,
3  Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles
4  Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and
5  Stephen Hoover (collectively "Plaintiffs"); Defendant Robert Bonta, in his official
6  capacity as Attorney General of the State of California ("Defendant Bonta");
7  Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in
8  his official capacity (collectively "County Defendants"); and Defendants La Verne
9  Police Department and La Verne Chief of Police Colleen Flores, in her official
10 capacity (collectively "La Verne Defendants" and together with Plaintiffs,
11 Defendant Bonta, and County Defendants, the "Parties"), through their respective
12 attorneys of record, hereby stipulate and request as follows:
13    WHEREAS Plaintiffs filed their Complaint on December 5, 2023, and;
14    WHEREAS Defendant Bonta was served on December 6, 2023 and is
15 currently due to respond to the Complaint on or before December 27, 2023, and;
16    WHEREAS County Defendants were served on December 11, 2023, and are
17 currently due to respond to the Complaint on or before January 2, 2024, and;
18    WHEREAS La Verne Defendants were served on December 11, 2023 and are
19 currently due to respond to the Complaint on or before January 2, 2024, and;
20    WHEREAS Plaintiffs intend to file a motion for preliminary injunctive relief
21 in January 2024, and;
22    WHEREAS the Parties agree that it is not necessary for Defendant Bonta, the
23 County Defendants, or the La Verne Defendants to respond to the Complaint during
24 the pendency of preliminary injunctive relief proceedings, and that extending the
25 response deadlines until after the preliminary injunctive relief proceedings have
26 concluded will serve the interests of judicial efficiency;
27    NOW THEREFORE, the parties stipulate to extend the deadline for Defendant
28 Bonta's, the County Defendants', and the La Verne Defendants' responses to the

1  Complaint until twenty-one days after the Court issues a ruling on Plaintiffs'
2  forthcoming motion for preliminary injunctive relief.
3      **IT IS SO STIPULATED.**
4  Dated: December 21, 2023      Respectfully submitted,

5                                                      ROB BONTA
                                                    Attorney General of California
6                                                      MARK R. BECKINGTON
7                                                      Supervising Deputy Attorney General
                                                    JANE E. REILLEY
8                                                      Deputy Attorney General

9                                                      */s/ Christina R.B. López*

10                                                     CHRISTINA R.B. LÓPEZ
                                                    Deputy Attorney General
11                                                    *Attorneys for Defendant Robert Bonta*

12 Dated: December 21, 2023      MICHEL & ASSOCIATES, P.C.

13                                                    */s/ Konstadinos Moros*

14
15                                                    KONSTADINOS MOROS
                                                   *Attorneys for Plaintiffs*

16 Dated: December 21, 2023      DAWYN R. HARRISON
                                                    County Counsel
17
     By:
18                                                    */s/ Caroline Shahinian*

19                                                   CAROLINE SHAHINIAN
                                                    Deputy County Counsel
20                                                   *Attorneys for Defendants Los Angeles*
                                                   *County Sheriff's Department and Sheriff*
21                                                    *Robert Luna*

22 Dated: December 21, 2023      JONES MAYER

23                                                    */s/ Monica Choi Arredondo*

24
25                                                   BRUCE A. LINDSAY
                                                   MONICA CHOI ARREDONDO
26                                                   *Attorneys for Defendants La Verne*
                                                   *Police Department and La Verne Chief of*
27                                                    *Police Colleen Flores*

28

## DECLARATION OF SERVICE BY ELECTRONIC MAIL

Case Name:   **California Rifle & Pistol Ass'n, Inc., et al. v. Los Angeles County Sheriff's Department, et al.**

Case No.:   **2:23-cv-10169**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On December 21, 2023, I served the attached **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| C.D. Michel Esq.<br>Michel & Associates, P.C.<br>180 East Ocean Blvd., Suite 200<br>Long Beach CA  90802-4079<br>**E-mail**:  cmichel@michellawyers.com<br>*Attorney for Plaintiffs* | Konstadinos T. Moros Esq.<br>Michel & Associates, P.C.<br>180 E. Ocean Blvd., Suite 200<br>Long Beach CA  90802-4079<br>**E-mail**:kmoros@michellawyers.com<br>*Attorney for Plaintiffs* |
| Joshua R. Dale Esq.<br>Michel & Associates, P.C.<br>180 E. Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>**E-mail**:  jdale@michellawyers.com<br>*Attorney for Plaintiffs* | Donald E.J. Kilmer, Jr. Esq.<br>Law Offices of Donald Kilmer, A.P.C.<br>14085 Silver Ridge Road<br>Caldwell, Idaho 83607<br>**E-mail**:  don@dklawoffice.com<br>*Attorney for The Second Amendment Foundation* |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 21, 2023, at Los Angeles, California.

| | |
|---|---|
| Cecilia Apodaca | */s/ Cecilia Apodaca* |
| Declarant | Signature |

SA2023306497
Stipulation pos