IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | 2:23-cv-10169<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Sherilyn Peace Garnett, United States District Judge<br><br>Action Filed: December 5, 2023 |

1

Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover; Defendant Robert Bonta, in his official capacity as Attorney General of the State of California; Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in his official capacity; and Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores, in her official capacity (the "Parties") have stipulated and requested to extend the deadline for each of the Defendants' responses to the Complaint until twenty-one days after the Court issues a ruling on Plaintiffs' forthcoming motion for preliminary injunctive relief.  After full consideration, and good cause appearing, the Parties' request is GRANTED. Within twenty-one days after the Court's Order on Plaintiffs' forthcoming motion for preliminary injunctive relief, Defendants will respond to the Complaint.

**IT IS SO ORDERED.**

Dated: _____         _____
                                              Sherilyn Peace Garnett,
                                              United States District Judge

## DECLARATION OF SERVICE BY ELECTRONIC MAIL

Case Name: **California Rifle & Pistol Ass'n, Inc., et al. v. Los Angeles County Sheriff's Department, et al.**

Case No.: **2:23-cv-10169**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On December 21, 2023, I served the attached [**PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** by transmitting a true copy via electronic mail as follows:

C.D. Michel Esq.
Michel & Associates, P.C.
180 East Ocean Blvd., Suite 200
Long Beach CA  90802-4079
**E-mail**:  cmichel@michellawyers.com
*Attorney for Plaintiffs*

Konstadinos T. Moros Esq.
Michel & Associates, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach CA  90802-4079
**E-mail**:kmoros@michellawyers.com
*Attorney for Plaintiffs*

Joshua R. Dale Esq.
Michel & Associates, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
**E-mail**:  jdale@michellawyers.com
*Attorney for Plaintiffs*

Donald E.J. Kilmer, Jr. Esq.
Law Offices of Donald Kilmer, A.P.C.
14085 Silver Ridge Road
Caldwell, Idaho 83607
**E-mail**:  don@dklawoffice.com
*Attorney for The Second Amendment Foundation*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 21, 2023, at Los Angeles, California.

| Cecilia Apodaca | /s/ Cecilia Apodaca |
|---|---|
| Declarant | Signature |

SA2023306497
pos Order