# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al. <br><br> Defendants. | Case No. 2:23-cv-10169 <br><br> **ORDER RE: EXTENDING TIME TO RESPOND TO COMPLAINT [ECF NO. 16]** |

Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover; Defendant Robert Bonta, in his official capacity as Attorney General of the State of California; Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in his official capacity; and Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores, in her official capacity (the "Parties") have stipulated and requested to extend the deadline for each of the Defendants' responses to the Complaint until twenty-one days after the

1  Court issues a ruling on Plaintiffs' forthcoming motion for preliminary injunctive relief.
2  After full consideration, and good cause appearing, the Parties' request is GRANTED.
3  Within twenty-one days after the Court's Order on Plaintiffs' forthcoming motion for
4  preliminary injunctive relief, Defendants will respond to the Complaint.

**IT IS SO ORDERED**.

Dated: December 26, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE