# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CALIFORNIA RIFLE AND PISTOL
ASSOCIATION, INCORPORATED , et al.

Plaintiff(s),

v.

LOS ANGELES COUNTY SHERIFFS
DEPARTMENT, et al.

Defendant(s).

CASE NUMBER:

2:23–cv–10169–SPG–ADS

**NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/25/2024

Document No.:   18

Title of Document:   Notice of Appearance

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123.

Case number incomplete; missing initials of Judge

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the
document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in
response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: January 26, 2024                By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS