C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-10169-SPG (ADSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that on March 13, 2024, at 1:30 p.m. in Courtroom 5C of the above-captioned court, located at 350 West 1st Street in Los Angeles, California, Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover (collectively, "Plaintiffs") will move for a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure.

Specifically, Plaintiffs will seek an order temporarily enjoining Defendants and their employees, agents, successors in office from continuing to engage in concealed handgun license ("CCW permit") issuance policies that result in lengthy wait times, exorbitant fees, and discretionary issuance criteria. Additionally, Plaintiffs seek to require California to honor CCW permits issued in other states and the District of Columbia. Plaintiffs contend that long wait times, high fees, discretionary criteria, and not recognizing the CCW permits of other states each violate the constitution.

This application is made on the grounds set forth in the accompanying memorandum of points and authorities, Plaintiffs' Request for Judicial Notice, the signed declarations of each of the plaintiffs; other supporting declarations, all pleadings and papers filed in this action, the argument of counsel, and further evidence as the Court may consider before ruling on the preliminary injunction requested herein.

| | |
|---|---|
| Respectfully Submitted, | |
| Dated: January 26, 2024 | **MICHEL & ASSOCIATES, P.C.** |
| | */s/ C.D. Michel* |
| | C.D. Michel |
| | Counsel for Plaintiffs |
| Dated: January 26, 2024 | **LAW OFFICES OF DON KILMER** |
| | */s/ Don Kilmer* |
| | Don Kilmer |
| | Counsel for Plaintiff The Second Amendment Foundation |

## ATTESTATION OF E-FILED SIGNATURES

I, C.D. Michel, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: January 26, 2024     */s/ C.D. Michel*
                            C.D. Michel

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:     8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
        *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| Dawyn R. Harrison, County Counsel<br>Caroline Shahinian, Deputy County Counsel<br>Office of the County Counsel<br>500 W Temple St Ste 648<br>Los Angeles, CA 90012-3196<br>cshahinian@counsel.lacounty.gov<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed January 26, 2024

*Christina Castron*
Christina Castron

CERTIFICATE OF SERVICE