1   C. D. Michel – SBN 144258
    cmichel@michellawyers.com
2   Joshua Robert Dale – SBN 209942
    jdale@michellawyers.com
3   Konstadinos T. Moros – SBN 306610
    kmoros@michellawyers.com
4   Alexander A. Frank – SBN 311718
    afrank@michellawyers.com
5   MICHEL & ASSOCIATES, P.C.
    180 E. Ocean Blvd., Suite 200
6   Long Beach, CA 90802
    Telephone: (562) 216-4444
7
    Donald Kilmer-SBN 179986
8   Law Offices of Donald Kilmer, APC
    14085 Silver Ridge Road
9   Caldwell, Idaho 83607
    Telephone: (408) 264-8489
10  Email: Don@DKLawOffice.com

11  Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14  CALIFORNIA RIFLE & PISTOL                CASE NO: 8:23-cv-10169-SPG
    ASSOCIATION, INCORPORATED; THE           (ADSx)
15  SECOND AMENDMENT FOUNDATION;
    GUN OWNERS OF AMERICA, INC.;             **REQUEST FOR JUDICIAL**
16  GUN OWNERS FOUNDATION; GUN               **NOTICE IN SUPPORT OF**
    OWNERS OF CALIFORNIA, INC.;              **PLAINTIFFS' MOTION FOR**
17  ERICK VELASQUEZ, an individual;          **PRELIMINARY INJUNCTION**
    CHARLES MESSEL, an individual;
18  BRIAN WEIMER, an individual;             Hearing Date: March 13, 2024
    CLARENCE RIGALI, an individual;          Hearing Time: 1:30 p.m.
19  KEITH REEVES, an individual, CYNTHIA     Courtroom:  5C
    GABALDON, an individual; and             Judge: Hon. Sherilyn Peace Garnett
20  STEPHEN HOOVER, an individual,

21              Plaintiffs,

22          v.

23  LOS ANGELES COUNTY SHERIFF'S
    DEPARTMENT; SHERIFF ROBERT
24  LUNA, in his official capacity; LA VERNE
    POLICE DEPARTMENT; LA VERNE
25  CHIEF OF POLICE COLLEEN FLORES,
    in her official capacity; ROBERT BONTA,
26  in his official capacity as Attorney General
    of the State of California and DOES 1-10,
27
                Defendants.
28

                          1
    REQUEST FOR JUDICIAL NOTICE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Under Federal Rule of Evidence 201, Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover request that the Court take judicial notice of the following documents in support of Plaintiffs' Motion for Preliminary Injunction:

1. **Cumberland County, Pennsylvania License to Carry Firearms Webpage**. A true and correct copy of this document is attached as **Exhibit A.** Exhibit I is a webpage maintained by the local government of Cumberland County Pennsylvania and pertains to their procedures for issuing CCW permits. It is available online at https://www.cumberlandcountypa.gov/3094/License-to-Carry-Firearms (last visited Jan. 24, 2024).

2. **La Verne Police Department CCW Fee Schedule**. A true and correct copy of this document is attached as **Exhibit B**. Exhibit B is the fee schedule maintained my MyCCW, a contractor working with the La Verne Police Department to process all CCW permit applicants, and is available online at https://docs.google.com/document/d/1g_oOI4RbXAmUa3SiqwhFTvlBaY5ZIs_VOUtSdQocOEU/preview (last visited Jan. 23, 2024).

3. **Arizona Department of Public Safety Concealed Weapons and Permits Webpage**. A true and correct copy of this document is attached as **Exhibit C**. Exhibit C is a website maintained by the government of the State of Arizona, and is available online at https://www.azdps.gov/services/public/cwp (last visited Jan. 23, 2024). The website includes a fee schedule of the fees charged for CCW permit applications.

4. **Texas Department of Public Safety, License to Carry (LTC) Fee Table**. A true and correct copy of this document is attached as **Exhibit D**. Exhibit D is retrievable from a website maintained by the government of the State of Texas,

REQUEST FOR JUDICIAL NOTICE

1  and is available online at https://www.dps.texas.gov/section/handgun-
2  licensing/licensing-registration (last visited Jan. 23, 2024), by clicking the "fee
3  schedule" link on that page.

4      5.    **Utah Department of Public Safety – "How do I apply for a**
5  **Concealed Firearm Permit?" Webpage**. A true and correct copy of this document
6  is attached as **Exhibit E**. Exhibit E is a website maintained by the government of
7  the State of Utah, and is available online at https://bci.utah.gov/concealed-
8  firearm/how-do-i-apply-for-a-concealed-firearm-permit (last visited Jan. 23, 2024).
9  The website includes a fee schedule of the fees charged for CCW permit
10  applications.

11      6.    **Washington Department of Licensing – Fees, Firearm Dealers**
12  **Webpag**e. A true and correct copy of this document is attached as **Exhibit F**.
13  Exhibit F is a website maintained by the government of the State of Washington,
14  and is available online at https://www.dol.wa.gov/professional-licenses/firearms-
15  dealers/fees-firearms-dealers (last visited Jan. 23, 2024). The website includes a fee
16  schedule of the fees charged for CCW permit applications.

17      7.    **Los Angeles County Sheriff's Department Concealed Carry**
18  **Weapon License, Permitium**. A true and correct copy of this document is attached
19  as **Exhibit G**. Exhibit G is a webpage maintained by Permitium, a software service
20  used by the Los Angeles County Sheriff's Department to process CCW permit
21  applications, and is available online at https://lasd.permitium.com/entry (last visited
22  Jan. 23, 2024).

23      8.    **Glendora Police Department License to Carry a Concealed**
24  **Weapon, Permitium**. A true and correct copy of this document is attached as
25  **Exhibit H**. Exhibit H is a webpage maintained by Permitium, a software service
26  used by the Glendora Police Department to process CCW permit applications, and
27  is available online at https://glendorapdca.permitium.com/ccw/start (last visited Jan.
28  23, 2024).

REQUEST FOR JUDICIAL NOTICE

9.     **La Verne Police Department Information on Psychological Assessment**. A true and correct copy of this document is attached as **Exhibit I**. Exhibit I is information on La Verne's psychological examination required of all CCW permit applicants and was published by the La Verne Police Department. It is available online at https://www.lvpd.org/uploads/Psychological%20Assesment.pdf (last visited Jan. 23, 2024).

10.     **Fred L. Button, ed., General Municipal Ordinances of the City of Oakland, California (Oakland, CA; Enquirer, 1895), p. 218, Sec. 1, An Ordinance to Prohibit the Carrying of Concealed Weapons, No. 1141**. A true and correct copy of this document is attached as **Exhibit J.** Exhibit J is a copy of a historical ordinance from the City of Oakland that was enacted in 1890.

11.     **Prohibiting the Carrying of Concealed Deadly Weapons, Ordinance no. 84, Charter and Ordinances of the City of Sacramento (1876).** A true and correct copy of this document is attached as **Exhibit K.** Exhibit K is a copy of a historical ordinance from the City of Sacramento that was enacted in 1876.

A court shall take judicial notice of such a fact if requested by a party and supplied with the necessary information. *See* Fed. R. Evid. 201(d). Judicial notice of Exhibits A through K is proper because the documents for which this request is made are "capable of accurate and ready determination by resort to sources who accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Indeed, "[a] trial court may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999) (taking judicial notice of agency report).

Most of these exhibits are either directly from government websites, or the websites of contractors working with those governments to handle CCW permit application processing. "[A] court can take judicial notice of a government's website." *EVO Brands, LLC v. Al Khalifa Grp. LLC*, 657 F. Supp. 3d 1312, 1321

1   (C.D. Cal. 2023), citing *Daniels–Hall v. National Education Association*, 629 F.3d

2   992, 999 (9th Cir. 2010) (taking judicial notice of information on the websites of

3   two school districts because they were government entities).

4        As for the two historical ordinances cited from the nineteenth century, those

5   are also subject to judicial notice. See *Baird v. Bonta*, No. 2:19-CV-00617-KJM-

6   AC, 2023 WL 9050959, at *7 (E.D. Cal. Dec. 29, 2023) (taking judicial notice of

7   historical laws and regulations governing public carry of weapons).

8        Judicial notice of these records is therefore appropriate.

9

10       Respectfully submitted,

11  Dated:  January 26, 2024        **MICHEL & ASSOCIATES, P.C.**

12          */s/ C.D. Michel*
            C.D. Michel
13          Counsel for Plaintiffs

14  Dated: January 26, 2024        **LAW OFFICES OF DON KILMER**

15          */s/ Don Kilmer*
            Don Kilmer
16          Counsel for Plaintiff The Second Amendment
            Foundation
17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:    8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
  *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| Dawyn R. Harrison, County Counsel<br>Caroline Shahinian, Deputy County Counsel<br>Office of the County Counsel<br>500 W Temple St Ste 648<br>Los Angeles, CA 90012-3196<br>cshahinian@counsel.lacounty.gov<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |

1          I declare under penalty of perjury that the foregoing is true and correct.

2    Executed January 26, 2024

3                               Christina Castron

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

3:22-cv-01461-RBM-WVG