**EXHIBIT A**

# License to Carry Firearms

An individual who is 21 years of age or older may apply to a sheriff for a license to carry a firearm concealed on or about one's person or in a vehicle within this Commonwealth. If the applicant is a resident of this Commonwealth, they shall make application with the sheriff of the county in which they reside. (Pa.C.S. § 6109 (b))

## Applying

Applications can be competed online through Permitium (click on link to left) or on paper in person. Appling online will allow us to perform the PICS (Background) check and have your license ready to be picked up to avoid wait times. We would only need to take your picture for the license when coming in to pick up license.

Completed and signed paper applications **must** be returned in person to:

Cumberland County Sheriffs Office
1 Courthouse Square
3rd Floor, Firearms and Licensing
Carlisle, PA

Paper applications may be picked up and completed at the time of application or downloaded and printed ahead of time.

Please print **both** pages of the license to carry application below. It is imperative that you have both pages when turning in your application. Thank you.

- License To Carry Application Instructions
- Application for License to Carry Firearms

If you have questions about completing the application, call 717.240.7743.

## When You Arrive

When you arrive, come into the main doors of the main courthouse, go through security, and get on the elevator. Go to 3rd floor, go to your right off the elevator and the Firearms & Licenses Division of the Sheriffs Office is the first office on the right. Recent upgrades to the License to Carry computer system has made instant issue possible. If the criminal history check is approved, you will receive your license when you apply.

## Additional Office Hours/Location

The Sheriff's Office will stay open until 8 p.m. the second Wednesday of each month for the convenience of our License to Carry Firearms Applicants. (Unless noted due to County Holiday)

## Fees

The total fee for a License to Carry is $20.00 and is due at the time of application. Cash, Check and Money Order made payable to the Cumberland County Sheriff's Office and Credit Cards are accepted. A convenience fee will apply when paying by Credit Card.

## Firearms Reciprocity Agreements

When carrying your Pennsylvania issued license in reciprocating states, you must be aware of and follow that state's current firearm law(s).  For the most current list of reciprocating states and their laws, see the Pennsylvania Attorney General's website.

## Firearm Safety

Citizens who choose to bear the responsibility of carrying a concealed weapon are solely responsible for keeping safety in mind at all times. This includes the safety of yourself and society around you.

- Always keep your firearm secured and out of children's reach when not in use.
- Never place your finger on the trigger unless you fully intend to shoot.
- Always be aware of your target and what is beyond it.
- Use only the accessories and ammunition that are specifically made for the model of the firearm you own.

## Safety & Law Enforcement Officers

For the safety of our Law Enforcement Officers and the aversion of embarrassing situations, please remember these important tips:

- When dealing with Law Enforcement Officers, always inform the officer immediately that you are carrying a weapon and keep your hands in plain sight.
- If carrying concealed and you are pulled over on a traffic stop, again, immediately inform the officer and keep both hands on the steering wheel and in plain sight.
- Video TIPS on what to do in case you are pulled over by a Sheriff/Police Officer, have a license to carry and a weapon in your car: https://youtu.be/-Wrbat_P6Xchttps://www.ccpa.net/DocumentCenter/View/37690/Application-for-License-to-Carry-Firearms-2021