# EXHIBIT B

# La Verne Police Department
## CCW Fee Schedule

Due to the implementation of Senate Bill 2, which went into effect on January 1, 2024, fees are subject to change. Questions may be directed to Sergeant Weinreb at mweinreb@lvpd.org.

| Description | Payment | Payable | Initial Amount | Renewal Amount |
|---|---|---|---|---|
| Processing | Credit Card | Online | $398.00 | $348.00 |
| Administrative | Cash, Check, Money Order, Cashier's Check | Department | $100.00 | $25.00 |
| Licensing 2-Year Standard | Cash, Check, Money Order, Cashier's Check | Department[1] | $93.00 | $52.00[4] |
| Live Scan Fingerprints | Cash, Check, Money Order, Cashier's Check | Department[2] | $20.00 | N/A |
| Psychological Review | Credit Card, Cash | Approved Psychologist | $150.00 | N/A |
| Safety & Weapons Course | Credit Card, Money Order, Cashier's Check | Approved Instructor[3] | $175.00 | $150.00 |

[1] Respective fees payable to the Department or a qualified vendor are collected on behalf of the DOJ.
[2] The Live Scan may be subject to additional fees mandated by the state.
[3] Actual cost may vary depending on the specific approved vendor.
[4] Renewal fee must be collected by the Department prior to license issuance.