# EXHIBIT C



Home  /  Services  /  Public Services Center  /  Concealed Weapons and Permits

**Public Services Portal**

Public Services Center ⌄

    Claim Personal Property

    Concealed Weapons and Permits

    Courts & Traffic Tickets Information

    Household Goods Enforcement

    Missing Children Search

    Sex Offender Compliance

    Tow Truck Application

**Enforcement Services**

**Governmental Services**

**Citizen's Report Of A Collision**

## Active Permits

# 452,024

## Concealed Weapons and Permits

Welcome to the Arizona Department of Public Safety Concealed Weapons Permits Unit website. Here you can find all the relevant information pertaining to concealed weapons within the state of Arizona.

Visit the Public Services Portal for Assistance with all of your Concealed Weapons Permits Needs

Our mission is to provide timely and accurate services to our customers. We embrace the latest technologies and welcome innovative ideas to assist our operations in an ever changing industry.

Email A CWP Team Member

*The Concealed Weapons Permit Unit (CWPU) operates under:*
  - Arizona Revised Statute [13-3112](#)
  - Arizona Administrative Rules [R13-9-101 through R13-9-603](#)

## CWP Announcements ➕

## Contact Us ➕

## Application and Fees ➖

**New Concealed Weapons Permit**

- [CCW Permit Application](#) Online  
- [CCW Permit Application](#) Paper Application

$60.00

**Concealed Weapons Permit Renewal**

- [CCW Permit Renewal Application](#) Online  
- [CCW Permit Renewal Application](#) Paper Application

$43.00

**Permit Card or Profile Change Request Form, use for the following:**

• Replacement Permit Card Needed  
• Error on Permit Card  
• Lost or Stolen Permit Card  
• Change of Address or Telephone Number  
• I never received my Permit Card  
• Legal Name Change

- [Permit Card or Profile Change Request Form](#) Online  
- [Permit Card or Profile Change Request Form](#) Paper Application

$10.00

**LEOSA Certification**

- [LEOSA Application](#) Online  
- [LEOSA Application](#) Paper Application

$20.00

**LEOSA Instructor Certification**

- [LEOSA Instructor Application](#) Paper Application  
- [LEOSA Instructor Change Notice](#) Paper Application

No Fee

**CCW Self Surrender**

- [Self Surrender an Arizona Concealed Weapons Permit](#) Paper Application

No Fee

LEOSA - Law Enforcement Safety Act ➕

CWP Permit Statistics ➕

General Questions ➕

Self-Surrender Permit ➕