# EXHIBIT D

## Texas License to Carry (LTC) Fee Table

*LTC applicants may be eligible for a discount and/or certain exemption(s).*

| Application Conditions | Government Code | Original Application Fee | Renewal Application Fee |
|---|---|---|---|
| Standard Condition | GC §411.174 | $40 | $40 |
| Senior Citizen | GC §411.174<br>GC §411.195 | $40 | $35 |
| Juvenile Probation Officer | GC § 411.1953 | $25 | $25 |
| Supervision Officer | GC § 411.1953 | $25 | $25 |
| Indigent | GC §411.174<br>GC §411.194 | $40 | $35 |
| Active Military | GC § 411.1951 | $0 | $0 |
| Active Texas Military Member | GC § 411.1951 | $0 | $0 |
| Veteran (Honorably Discharged) | GC §411.1951 | $25 | $25 |
| Active Texas Peace Officer | GC §411.1991 | $0 | $0 |
| Active Railroad Peace Officer | GC §411.1991 | $0 | $0 |
| Active Special Ranger of the Texas and Southwestern Cattle Raisers Association | GC §411.1991 | $0 | $0 |
| Correctional Officer currently employed by the Texas Department of Criminal Justice | GC §411.1994 | $0 | $0 |
| County Jailer | GC §411.1993 | $0 | $0 |
| Honorably Retired Texas Peace officer | GC §411.199 | $0 | $0 |
| Retired Railroad Peace Officer | GC §411.199 | $0 | $0 |
| Retired Special Ranger of the Texas and Southwestern Cattle Raisers Association | GC §411.199 | $0 | $0 |
| Retired Federal Officer | GC §411.199(g) | $0 | $0 |
| Former Reserve Law Enforcement Officer | GC §411.1992 | $25 | $25 |
| Active Judge | GC § 411.201 | $25 | $25 |
| Felony Prosecuting Attorney | GC § 411.201(h) | $0 | $0 |
| Other Prosecuting Attorney | GC § 411.174 | $40 | $40 |
| Retired Judge | GC §411.201 | $25 | $25 |
| Protective Order | GC § 411.1735 | $40 | $40 |
| At-Risk | GC §411.184 | $40 | $40 |
| County Clerk | GC §411.201 | $0 | $0 |
| District Clerk | GC §411.201 | $0 | $0 |

## Texas License to Carry (LTC) Fee Table

*LTC applicants may be eligible for a discount and/or certain exemption(s).*

| Application Conditions – Instructor | Government Code | Original Application Fee | Renewal Application Fee |
|---|---|---|---|
| Instructor Certification | GC §411.190 | $100 | $100 |
| Online Course Provider | GC §411.190 | $100 | $100 |
| School Safety Certification (Only for qualified Handgun Instructors) | GC §411.1901 | $100 | N/A |