# EXHIBIT E

Services    Agencies                                                                              Search Utah.gov

Utah Department of
# Public Safety                                                                        Select Language ▼

Divisions     Media     Events     Contact     About

## Criminal Identification (BCI)
☰ Menu

| How do I Apply for a Concealed Firearm Permit? | How do I Renew my Concealed Firearm Permit? | List of Certified Concealed Firearm Instructors |
| States that Honor the Utah Permit(s) | Provisional Concealed Firearm Permit | Information for Concealed Firearm Instructors |
| General Information | Concealed Firearm Permit Forms / Instructor Forms | Traveling with Firearms |

## How do I Apply for a Concealed Firearm Permit?

### Where to Apply:

Bureau of Criminal Identification
4315 South 2700 West Suite 1300
Taylorsville, Utah 84129
801-965-4445

Applications will be accepted through the mail or in person, from 8:00 am until 5:00 pm at the above location.

### What Will it Cost to Apply?

The fees to apply for a concealed firearm permit are $53.25 for Utah residents and $63.25 for non-residents.  Please make checks and money orders payable to the "Utah Bureau of Criminal Identification."

### Who is Eligible?

Minimum requirements for application for a concealed firearms permit in Utah are:

- Applicant must be at least 21 years of age for the standard permit; at least 18 years of age for the provisional permit
- Proof of good character…whereas the applicant;

    - has not been convicted of a felony;
    - has not been convicted of any crime of violence;
    - has not been convicted of any offense involving the use of alcohol;
    - has not been convicted of any offenses involving the unlawful use of narcotics or other controlled substances;
    - has not been convicted of any offenses involving moral turpitude;
    - has not been convicted of any offense involving domestic violence;
    - has not been adjudicated by a court of a state or of the United States as mentally incompetent, unless the adjudication has been withdrawn or reversed
    - is qualified to purchase and possess a firearm pursuant to Section 76-10-503 and federal law

*A criminal background check is conducted for all applicants.

### What Must Accompany the Application?

- **A Photocopy of your state issued Driver License**
- **Photograph**. One recent color photograph of passport quality.
- **Non-resident proof of permit**. If you reside in a state that recognizes the validity of the Utah CFP or has reciprocity with Utah, you must obtain a CFP or CCW from your home state and submit a copy of it with your application for a Utah permit. For a list of reciprocal states click here. You are considered a resident of whichever state issued your ID. If your state does not recognize the Utah permit this does not apply.
- **Fingerprint Card**. One fingerprint card. Must be filled out completely. Writing and prints must be legible. Fingerprint should be taken by a trained fingerprint technician. Fingerprint cards that are not legible will be returned to the applicant and will cause a delay in processing the application.


Give Feedback

Case 2:23-cv-10169-SPG-ADS   Document 20-7   Filed 01/26/24   Page 3 of 3   Page ID #:144

Click here for a fingerprint card example.   Download

*Fingerprint services are available from BCI or may be offered through your local law enforcement agency. There are private businesses that also offer this service. Check in your local phone directory.

- **Weapon Familiarity Certification**. Applicants must complete a firearms familiarity course certified by BCI. No exceptions. The course must be completed before you apply for a permit. Please have your instructor complete the certification information on the application. View a list of **(in-state) (out-of-state)** certified instructors.
- You may **download an application** here.

Utah.gov Home            Utah.gov Terms of Use            Utah.gov Privacy Policy            Translate Utah.gov

Copyright © 2024 State of Utah - All rights reserved.

Give Feedback