# EXHIBIT F

🇺🇸 An official website of the Washington state government  Here's how you know ⌄

    MENU

Home  ›  Professional Licenses  ›  Firearms dealers  ›  Fees: Firearms dealers

On this page

# Fees: Firearms dealers

 **Firearm Transfer Application notice**

Starting February 1, 2024, we'll no longer have the Firearm Transfer Application (FTA) form available on our site. You'll need to use WSP's new background check system, Secure Automated Firearms E-Check (SAFE) ↗, to file FTAs for firearms purchases.

Learn more about the fees involved with selling firearms.

## License fees

| Description | Fee |
| --- | --- |
| Firearms dealer license | $125 |
| Concealed pistol license | $36 plus fingerprinting fees |

Privacy - Terms

| Description | Fee |
| --- | --- |
| Concealed pistol license - renewal | $32 |
| Concealed pistol license - late renewal | $42 |
| Concealed pistol license - replacement | $10 |
| Alien firearms license | $50 plus fingerprinting fees |
| Semiautomatic assault rifle | $18 (non-taxable) |

# How to pay fees

- Fees are paid through the local law enforcement agency in the jurisdiction where your business resides.

- You will need to provide picture identification (i.e. Washington driver's license or identification card) along with a $125 check or money order payable to Washington State Treasurer.

- The law enforcement agency's address is dependent upon where your firearms dealer's business resides. Applications are then sent to DOL. See below for mailing addresses for forms with and without payments.

# Mailing addresses

### Forms with payments

Firearms Licensing
Department of Licensing
PO Box 9048
Olympia, WA 98507

### Mail without payments

Firearms Licensing
Department of Licensing
PO Box 9649
Olympia, WA 98507-9649

# Need additional help? Here's how to contact us:

- **Phone:** 360-664-6616 (TTY: Call 711)
- **Fax:** 360-570-4945
- **Email:** firearms@dol.wa.gov
- **Address:** Firearms Section Department of Licensing
  PO Box 9649
  Olympia , WA 98507

## Was this information helpful?

○ Yes  ○ No

How can we improve it?

[                                                                 ]

**Submit**