# EXHIBIT G

Los Angeles County Sheriff's Department



## Concealed Carry Weapon License

Click the button below for Concealed Carry Weapon License information and applications. You can apply for a new application, renew your current application or change the address associated with your application.

View details »

## Concealed Carry Weapon License  The process is easier than you think.

### Note:

The LASD will only accept first-time CCW applications from those who reside within our contract cities or unincorporated communities. Please click on the link below, enter your home address at the bottom of the page to verify you reside within our jurisdiction:

CLICK HERE

*Please confirm that your current address is within LASD jurisdiction with the link above before starting an online application.*

Applicants residing in a municipality other than those served by the LASD need to contact their local police department and apply for a CCW license with them.

## General Information

Learning the laws regulating the use of firearms is a must for responsible ownership. Local regulations differ and laws vary from state to state. Citizens must check with the jurisdiction where the firearm is to be used.

In California, the Sheriffs and their staff are required to follow strict state and local guidelines when performing the necessary background checks for issuing Concealed Carry Weapon licenses. Due to the detailed nature involved with conducting these background checks, appointment times and processing times can take multiple weeks. During the application process, the applicant will be asked to schedule an interview appointment for a new Concealed Carry Weapon license.

**NOTICE FOR RENEWAL:** If the applicant is <u>RENEWING</u> a Concealed Carry Weapon license in Los Angeles County, they may not apply until **90 <u>days before</u>** the expiration date listed on their current Concealed Carry Weapon license. These will be processed in the order they were submitted. You may track the progress/status of your order using the Order Tracker.

Pricing:

| Type of Permit | Standard 2 Year |
|---|---|
| **Initial Fee**<br>Paid on submission of your application | $43.00 |
| **Issuance Fee**<br>Paid upon the approval of the application | $173.00 |
| | |
| **Renewal Fee** | **STANDARD**<br>$129.00<br>DOJ Fee - $52.00<br>Sheriff Fee - $77.00 |

| | JUDICIAL $151.00 DOJ Fee - $74.00 Sheriff Fee - $77.00 |
|---|---|

**For credit card transactions a nominal credit card transaction fee will be charged for each transaction. Charges will be viewable prior to transaction completion.**
**Appointments for Concealed Carry Weapon licenses will be processed Tuesdays and Thursdays 07:00 AM to 1:40 PM.**
**CCW PERMITS WILL NOT BE ISSUE ON ANY GOVERNMENT HOLIDAY**
**Click the appropriate button on the left of the screen to proceed with an application for a Concealed Carry Weapon license.**

**Please note that this website is optimized for Edge, Safari, Chrome and Firefox.**

## For More Information, Contact:

**Los Angeles County Sheriff's Department**

**Address:** 211 West Temple Street, Los Angeles, CA 90012

**Phone:** 213-229-3110

**Email:** ccw_unit@lasd.org – questions pertaining to ccw procedure

CCWNotifications@lasd.org - for any notifications listed on your signed terms and conditions waiver.

**Website:** https://lasd.org/ccw/

## For Technical Support, Contact:

**Permitium Software**
Email: help@permitium.com
Phone: (855) 642-2453

[Terms of Use](#)     [Privacy Policy](#)

