# EXHIBIT H

Glendora Police Department



Select To Get Started:



**NEW** Concealed Carry Weapon License



**REQUEST A DUPLICATE** of an existing Concealed Carry Weapon License



**MODIFY** an existing Concealed Carry Weapon License

## General Information

Learning the laws regulating the use of firearms is a must for responsible ownership. Local regulations differ and laws vary from state to state. Citizens must check with the jurisdiction where the firearm is to be used.

In California, the Police Department is required to follow strict state and local guidelines when performing the necessary background checks for issuing Concealed Carry Weapon licenses. Due to the detailed nature involved with conducting these background checks, appointment times and processing times vary. During the application process, the applicant will be

asked to schedule an interview appointment for a new Concealed Carry Weapon license and will have fingerprints taken at the Police Department.

**If the applicant is RENEWING a Concealed Carry Weapon license in the City of Glendora, they must apply no later than 90 days before the expiration date listed on their current Concealed Carry Weapon license. Any licenses issued by another agency must be renewed by that agency or the applicant may submit a new application with the Glendora Police Department for consideration. All outside agency permit holders will be considered new applicants when applying with the Glendora Police Department.**

Please read the requirements section below to make sure you have all the information required for applying for a Concealed Carry Weapon License.

**Pricing:**

| Type of Permit | Standard 2 Year |
| --- | --- |
| **Initial Fee** <br> Paid on submission of your application | $139.00 <br> inc. Application Fee - $26, DOJ Livescan Fee - $93.00, Rolling Fee - $20.00 <br> *An additional Non-Refundable $5 Service and Credit Card Processing Fee will be applied to the initial fee.* |
| **Issuance Fee** <br> Paid upon the approval of the application | $104.00 |
| **Grand Total** <br> *The Grand Totals are a rough estimate as rolling fees vary.* | $243.00 |

- **For credit card transactions a nominal credit card transaction fee will be charged for each transaction. Charges will be viewable prior to transaction completion.**
- **Appointments for Concealed Carry Weapon licenses are available for booking through the system. The dates/times will vary based on availability.**
- **Click the appropriate button on the left of the screen to proceed with an application for a Concealed Carry Weapon license.**

*Gaining competency with firearms is like learning to drive a car or fly an airplane. You need expert instruction and practice. There is no shortcut. If you are not willing to invest the time and effort to become competent, then having a firearm and trying to use it can, in many instances, be more hazardous than any impending threat.*

**Please note that this website is optimized for Edge, Safari, Chrome and Firefox.**

CCW Information

## Concealed Carry Weapon License Requirements: must meet ALL requirements

 For the complete Glendora PD CCW Policy, **CLICK HERE**

**Authority**

California Penal Code sections 26150 and 26155 provide that a Sheriff of a county or the Chief or other head of municipal police department of any city, or city and county, shall issue or renew a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (Concealed Carry Weapon license).

**Who Shall be Issued a License**

The licensing authority specified in Penal Code sections 26150 and 26155 shall issue a license to persons who are not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Penal Code 26202, meet residential requirements, and have completed a course of training. All applicants for a Concealed Carry Weapon license will be fingerprinted and state and federal records will be checked to determine if they are eligible to possess firearms. Click here to view all categories that would prohibit a person from possessing firearms and being granted a Concealed Carry Weapon license.

**Completing the Application**

California Penal Code sections 26150 and 26155 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county shall issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license). Penal Code section 26175 requires the Attorney General to prescribe a statewide standard

application form for a CCW license. Answering all the questions on the Application does not guarantee the issuance of a Concealed Weapon Permit. The determination whether to issue the license is at the discretion of the licensing authority. Pursuant to California Penal Code section 26160, each licensing authority will have a written policy summarizing their requirements for issuance of a Concealed Weapon Permit. In addition, prior to issuing a Concealed Weapon Permit, the California State Statutes require proof that:

- The applicant is not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Penal Code 26202;
- The applicant is at least 21 years of age, and presents clear evidence of the person's identity and age, as defined in Penal Code 16400;
- The applicant is a resident of that city or city and county. Prima facie evidence of residency within the county or a city within the county includes, but is not limited to, the address where the applicant is registered to vote, the applicant's filing of a homeowner's property tax exemption, and other acts, occurrences, or events that indicate presence in the county or a city within the county is more than temporary or transient. The presumption of residency in the county or city within the county may be rebutted by satisfactory evidence that the applicant's primary residence is in another county or city within the county;
- The course of training prescribed by the licensing authority has been completed.
- The applicant is the recorded owner, with the Department of Justice, of the pistol, revolver, or other firearm for which the license will be issued.

**Character References**

You will need to provide the names and contact information of three persons willing to serve as references. One of the three must be a person described in Penal Code section 273.5, subdivision (b) (your spouse, or former spouse, your cohabitant or former cohabitant, your fiancée, or someone with whom you have, or previously had, an engagement or dating relationship, or the mother or father of your child), if applicable. At least one of the three must be your cohabitant if applicable.

**Prior to Filling Out This Application**

- Be prepared to scan a copy of your valid California Driver's license or California Identification card, which reflects your current City of Glendora address.
- Be prepared to scan copies of two proof of residency documents - current and consecutive utility bills/statements that are in your name and reflect your current address in the City of Glendora. If utility bills/statements are in your spouse's name, we will accept them with proof of marriage or legal domestic partnership. If you do not have utility bills in your name, residency documentation provided must be a monthly recurring bill. Mortgage statements and annual bills are NOT accepted as the primary proof of residency document. Past due bills/statements are NOT accepted. For the

- secondary proof of residency document, any current documents listed on the California DMV "Residency – Documents List" will be accepted. Click here for the list.
- Be sure that each firearm you plan on listing on your Concealed Carry Weapon license is on record in the state of California in your name.

**Training Required**

If applying for a **NEW** Concealed Carry Weapon license a course approved by the Glendora Police Department must be completed prior to permit issuance. This course will be a minimum of **16 hours**.This training is not required to be completed until the applicant's fingerprint based criminal background check from the California DOJ is received by the licensing authority. Once the licensing has received verification from California DOJ that the applicant is not prohibited from carrying a firearm, then the class may be taken.

If applying for a **RENEWAL** Concealed Carry Weapon license, a **8-hour** course approved by the Glendora Police Department must be completed prior to permit issuance.

If applying for a **MODIFICATION** to your current Concealed Carry Weapon license that includes a firearm change, address change, or name change, you will need to submit updated proof of verification for each change, including training certifications from a training vendor approved by the Glendora Police Department as well as complete and sign DOJ Form BOF 4502. Please refer to the City of Glendora Fee Schedule for the current fee for an amended license.

- The Glendora Police Department recognizes only select training facilities to satisfy your qualification certification. Training from any other facility will not be accepted. Approved training facilities are listed **HERE**.  The Glendora Police Department accepts only those training providers listed as approved by Los Angeles County Sheriff's Department.  For additional questions regarding this process please contact the Glendora Police Department CCW Coordinator by email mailto:ccw@glendorapd.org.

## For More Information, Contact:

**Glendora Police Department**

**Address:**

150 S Glendora Ave
Glendora, CA 91741

**Telephone:**

626-852-5234 (message only line)

Email:  ccw@glendorapd.org

## For Technical Support, Contact:

**Permitium Software**

Email: help@permitium.com

Phone: (855) 642-2453

Terms of Use        Privacy Policy

