# EXHIBIT J

Section 4. This ordinance shall take effect immediately upon its approval.

(Approved May 15, 1890. Vol. 3, p. 438.)

---

## ORDINANCE No. 1141.

AN ORDINANCE TO PROHIBIT THE CARRYING OF CONCEALED WEAPONS.

*Be it Ordained by the Council of the City of Oakland as follows:*

Section 1. It shall be unlawful for any person in the City of Oakland, not being a public officer or a traveler actually engaged in making a journey, to wear or carry concealed about his person without a permit, as hereinafter provided, any pistol, slung-shot, brass or iron knuckles, sand club, dirk or bowie knife, or iron bar or other dangerous or deadly weapon, or any sling or other contrivance by which shot or other missiles are or may be hurled or projected. A written permit may be granted by the Mayor for a period of not to exceed one year to any peaceable person whose profession or occupation may require him to be out at late hours of the night to carry a concealed deadly weapon upon his person.

Section 2. Every person violating any provision of this ordinance is guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not to exceed one hundred dollars; and in case such fine be not paid, then by imprisonment at the rate of one day for every two dollars of the fine so imposed.

Section 3. An ordinance entitled "An Ordinance to Prohibit the Carrying of Concealed Weapons in the City of Oakland," approved November 10, 1875, and also Section 1 of an ordinance entitled "An Ordinance Prohibiting the Carrying of Pistols and Sling-shots," approved May 4, 1881, are hereby repealed.

Section 4. This ordinance shall take effect immediately upon its approval.

(Approved May 15, 1890. Vol. 3, p. 439.)