# EXHIBIT K

# CHARTER AND ORDINANCES

OF THE

# CITY OF SACRAMENTO

TOGETHER WITH SUCH

STATUTES AS ARE ESPECIALLY IMPORTANT

AND AN

APPENDIX OF CITY OFFICERS FROM 1849 TO 1897, INCLUSIVE.

COMPILED BY

R. M. CLARKEN,

Attorney at Law.

SACRAMENTO:
D. JOHNSTON & CO., PRINTERS AND PUBLISHERS.
1896.

REFORM CLUB,
Committee on
MUNICIPAL ADMINISTRATION.

Digitized by Google          Original from
COLUMBIA UNIVERSITY

Case 2:23-cv-10169-SPG-ADS Document 20-13 Filed 01/26/24 Page 3 of 4 Page ID #:167

ment is played, to stand or be at or in the vicinity of any door or window of any such saloon, or on the sidewalk in front thereof, and by position, looks, motions, gestures, or words entice, or endeavor to entice, any person to enter such saloon.

SEC. 2. Any person violating the provisions of this ordinance shall be punished by fine not exceeding five hundred dollars, or by imprisonment in the city prison not exceeding ten days, or by both such fine and imprisonment. *Amendment, by Ordinance 95, passed July 17, 1876.*

## ORDINANCE NO. 83.

Establishing the grade of certain streets, passed April 24, 1876.

*The Board of Trustees of the City of Sacramento ordain as follows:*

SECTION 1. The grades of Second, Third, Fourth, Sixth, and Eighth streets, between I and J streets, shall be as determined by right lines drawn from the established grade of J street to points to the several adjacent alleys, six inches below the grade of J street, thence to the established grade of I street.

SEC. 2. The grades of Second, Third, Sixth, and Eighth streets, between J and K streets, shall be as determined by right lines drawn from the present established grade of K street to points at the several adjacent alleys, six inches below K street, thence to the established grade of J street.

SEC. 3. So much of section four, chapter five, of the City Ordinance as conflict with this ordinance is hereby repealed.

## ORDINANCE NO. 84.

Prohibiting the carrying of concealed deadly weapons, passed April 24, 1876.

*The Board of Trustees of the City of Sacramento ordain as follows:*

SECTION 1. It shall be unlawful for any person, not being a public officer or traveler, or not having a permit from the Police Commissioners of the City of Sacramento, to wear or carry, concealed, any pistol, dirk, or other dangerous or deadly weapon.

SEC. 2. Any person violating the provisions of this ordinance shall be punished by a fine not exceeding five hundred dollars, or by imprisonment in the city prison not exceeding ten days, or by both such fine and imprisonment. *Amendment, by Ordinance 95, passed July 17, 1876.*

SEC. 3. The Police Commissioners of the City of Sacramento may grant written permission to any peaceable person, whose profession or occupation may require him to be out at late hours of the night, to carry concealed deadly weapons for his protection.

SEC. 4. This ordinance shall be in force from and after its passage.

Generated on 2021-06-12 12:40 GMT / https://hdl.handle.net/2027/nnc1.cu56586930
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google  Original from COLUMBIA UNIVERSITY

### ORDINANCE NO. 85.

Amending section eight, of chapter fifteen, of Ordinance Number Seventeen, passed May 1, 1876.

*Incorporated in Ordinance 17.*

---

### ORDINANCE NO. 86.

An ordinance to regulate and license wash-houses and laundries within the city limits, passed May 8, 1876.

*Amended by Ordinance 96, July 24, 1876.*

---

### ORDINANCE NO. 87.

Amending section one, of chapter sixteen, of Ordinance Number Seventeen, passed May 8, 1876,

*Incorporated in Ordinance No. 17.*

---

### ORDINANCE NO. 88.

Amending section twelve, of chapter two, of Ordinance Number Seventeen, passed May 29, 1876.

*Incorporated in Ordinance No. 17.*

---

### ORDINANCE NO. 89.

An ordinance amendatory of certain chapters of Ordinance Number Seventeen, passed June twenty-seventh, eighteen hundred and seventy-two, passed May 29, 1876.

*Incorporated in Ordinance 17.*

---

### ORDINANCE NO. 90.

Granting to the Board of Education of the City of Sacramento certain property, passed May 29, 1876.

*Repealed by Ordinance 91.*

---

### ORDINANCE NO. 91.

Regulating Ordinance Number Ninety, passed June 1, 1876.

*The Board of Trustees of the City of Sacramento ordain as follows:*

SECTION 1. Ordinance Number Ninety, granting to the Board of Education of the City of Sacramento the use of certain property for school purposes, is hereby repealed.

SEC. 2. This ordinance shall take effect immediately.

Digitized by Google      Original from COLUMBIA UNIVERSITY