C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>Defendants. | CASE NO: 8:23-cv-10169-SPG (ADSx)<br><br>**DECLARATION OF KONSTADINOS T. MOROS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

1

DECLARATION OF KONSTADINOS T. MOROS

I, Konstadinos T. Moros, declare:

1. I am a member of the bar of the State of California. I am an attorney at law duly licensed to practice in the State of California and before the District Court for the Central District of California. I am counsel of record for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction in this matter. I have personal knowledge of the facts stated below, and if I were to be called as a witness, I could and would competently testify under oath as to the matters herein.

2. On January 16, 2024, I emailed Monica Choi Arredondo, Bruce A. Lindsay, and Sandra K. Sandoval, counsel for the La Verne Police Department and La Verne Chief of Police Colleen Flores, to inquire whether the La Verne Police Department intended to raise the psychological exam fee from $150 to $400. On January 25, I received a response that the City's contractor had indeed increased the fee, but passing the increased cost to applicants would require City Council approval. It is not yet clear whether the City Council intends to vote to pass that expense onto applicants.

3. On January 24, 2024, , I visited Cumberland County's webpage titled "License to Carry Firearms", located at https://www.cumberlandcountypa.gov/3094/License-to-Carry-Firearms. A true and correct copy of that webpage, as it appeared when I retrieved it online, is attached as Exhibit A to Plaintiffs' Request for Judicial Notice.

4. On January 23, 2024, I visited the MyCCW webpage for the La Verne Police Department. MyCCW is a contractor working with the La Verne Police Department to process all CCW permit applicants. The webpage, located at https://myccw.us/department?La-Verne-Police-Department, links to a fee schedule that is available at https://docs.google.com/document/d/1g_oOI4RbXAmUa3SiqwhFTvlBaY5ZIs_VOUtSdQocOEU/preview. A true and correct copy of that fee schedule, as it appeared when I retrieved it online, is attached as Exhibit B to

2

DECLARATION OF KONSTADINOS T. MOROS

1  Plaintiffs' Request for Judicial Notice.

2      5.    On January 23, 2024, I visited the Arizona Department of Public Safety's Concealed Weapons and Permits webpage, located at https://www.azdps.gov/services/public/cwp. A true and correct copy of that webpage, as it appeared when I retrieved it online, is attached as Exhibit C to Plaintiffs' Request for Judicial Notice.

3      6.    On January 23, 2024, I visited the Texas Department of Public Safety's Licensing and Registration webpage. That webpage, located at https://www.dps.texas.gov/section/handgun-licensing/licensing-registration, contains a link to a License to Carry Fee Table. A true and correct copy of that fee table, as it appeared when I retrieved it online, is attached as Exhibit D to Plaintiffs' Request for Judicial Notice.

4      7.    On January 23, 2024, I visited the Utah Department of Public Safety's webpage titled "How do I apply for a Concealed Firearm Permit?", located at https://bci.utah.gov/concealed-firearm/how-do-i-apply-for-a-concealed-firearm-permit. A true and correct copy of that webpage, as it appeared when I retrieved it online, is attached as Exhibit E to Plaintiffs' Request for Judicial Notice.

5      8.    On January 23, 2024, I visited the Washington Department of Licensing's webpage titled "Fees, Firearm Dealers", located at https://www.dol.wa.gov/professional-licenses/firearms-dealers/fees-firearms-dealers. A true and correct copy of that webpage, as it appeared when I retrieved it online, is attached as Exhibit F to Plaintiffs' Request for Judicial Notice.

6      9.    On January 23, 2024, I visited the Los Angeles County Sheriff's Department's Permitium webpage, located at https://lasd.permitium.com/entry. Permitium is a software service used by the Los Angeles County Sheriff's Department to process CCW permit applications. A true and correct copy of that webpage, as it appeared when I retrieved it online, is attached as Exhibit G to Plaintiffs' Request for Judicial Notice.

DECLARATION OF KONSTADINOS T. MOROS

| | |
|---|---|
| 1 | 10. On January 23, 2024, I visited the Glendora Police Department's |
| 2 | Permitium webpage, located at https://glendorapdca.permitium.com/ccw/start. |
| 3 | Permitium is a software service used by the Glendora Police Department to process |
| 4 | CCW permit applications. A true and correct copy of that webpage, as it appeared |
| 5 | when I retrieved it online, is attached as Exhibit H to Plaintiffs' Request for Judicial |
| 6 | Notice. |
| 7 | 11. On January 23, 2024, I visited the La Verne Police Department's CCW |
| 8 | webpage, located at https://www.lvpd.org/#Home/ From there, I retrieved |
| 9 | information distributed by LVPD about the required psychological assessment, |
| 10 | available online directly in PDF form at https://www.lvpd.org/uploads/ |
| 11 | Psychological%20Assesment.pdf. A true and correct copy of that PDF, as it |
| 12 | appeared when I retrieved it online, is attached as Exhibit I to Plaintiffs' Request |
| 13 | for Judicial Notice. |
| 14 | 12. On January 24, 2024, I visited Duke University's Center for Firearms |
| 15 | Law website, which contains a repository of historical gun laws. There, I retrieved a |
| 16 | copy of: Fred L. Button, ed., General Municipal Ordinances of the City of Oakland, |
| 17 | California (Oakland, CA; Enquirer, 1895), p. 218, Sec. 1, An Ordinance to Prohibit |
| 18 | the Carrying of Concealed Weapons, No. 1141. The webpage for that ordinance in |
| 19 | Duke's repository can be found at: https://firearmslaw.duke.edu/laws/fred-l-button- |
| 20 | ed-general-municipal-ordinances-of-the-city-of-oakland-california-oakland-ca- |
| 21 | enquirer-1895-p-218-sec-1-an-ordinance-to-prohibit-the-carrying-of-concealed- |
| 22 | weapons-no-1141. A true and correct copy of the ordinance is attached as Exhibit J |
| 23 | to Plaintiffs' Request for Judicial Notice. |
| 24 | 13. On January 24, 2024, I visited Duke University's Center for Firearms |
| 25 | Law website, which contains a repository of historical gun laws. There, I retrieved a |
| 26 | copy of: Prohibiting the Carrying of Concealed Deadly Weapons, Ordinance no. 84, |
| 27 | Charter and Ordinances of the City of Sacramento (1876). The webpage for that |
| 28 | ordinance in Duke's repository can be found at: https://firearmslaw.duke.edu/ |

DECLARATION OF KONSTADINOS T. MOROS

laws/prohibiting-the-carrying-of-concealed-deadly-weapons-ordinance-no-84-charter-and-ordinances-of-the-city-of-sacramento-1876. A true and correct copy of the ordinance is attached as Exhibit K to Plaintiffs' Request for Judicial Notice.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed within the United States on January 26, 2024.

*/s/Konstadinos T. Moros*
Konstadinos T. Moros, declarant

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:    8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF KONSTADINOS T. MOROS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
    *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| Dawyn R. Harrison, County Counsel<br>Caroline Shahinian, Deputy County Counsel<br>Office of the County Counsel<br>500 W Temple St Ste 648<br>Los Angeles, CA 90012-3196<br>cshahinian@counsel.lacounty.gov<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |

CERTIFICATE OF SERVICE

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed January 26, 2024

3                              *Christina Castron* (signature)
                               Christina Castron