1  C. D. Michel – SBN 144258
   cmichel@michellawyers.com
2  Joshua Robert Dale – SBN 209942
   jdale@michellawyers.com
3  Konstadinos T. Moros – SBN 306610
   kmoros@michellawyers.com
4  Alexander A. Frank – SBN 311718
   afrank@michellawyers.com
5  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Blvd., Suite 200
6  Long Beach, CA 90802
   Telephone: (562) 216-4444
7
   Donald Kilmer-SBN 179986
8  Law Offices of Donald Kilmer, APC
   14085 Silver Ridge Road
9  Caldwell, Idaho 83607
   Telephone: (408) 264-8489
10 Email: Don@DKLawOffice.com

11 Attorneys for Plaintiffs

12               **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-10169-SPG (ADSx)<br><br>**DECLARATION OF CLARENCE RIGALI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**42 U.S.C. §§ 1983 & 1988**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

DECLARATION OF CLARENCE RIGALI

## DECLARATION OF CLARENCE RIGALI

1. I, Clarence Rigali, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of Los Angeles County, California and reside within the City of La Verne.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I am a member of the California Rifle & Pistol Association, another plaintiff in this matter.

4. I am sixty years of age and disabled. I worked as a Union Millwright from 1981 until 2003, when I was injured in a serious power plant accident causing my disability.

5. I possess a Utah CCW permit, which required a background check and a safety course to obtain.

6. I live in a senior citizen mobile home park on a fixed income. Because of this, the total expense of getting a CCW permit from the La Verne Police Department, which is somewhere between $900-$1100 depending on the cost of the training course, is out of the question for me. I have been priced out of my constitutional right to bear arms.

7. I also object to the psychological exam La Verne requires, which is an unconstitutional suitability determination. Part of the reason for my objection is my terrible prior experience with psychologists.

8. When I sustained my work-related injury in 2003, I had between 240 – 480 volts of electricity enter my left forearm and exit both sides of my head, melting the metal fillings in my teeth as it passed through. A protracted lawsuit ensued following that injury, and I was sent to several antagonistic psychologists for examination as the defense tried to disprove his injuries.

9. That horrible experience has made me especially apprehensive about

subjecting myself to another such exam, let alone as a precondition to exercising an enumerated constitutional right.

10. Further, La Verne requires that applicants undergo psychological exams not locally, but in San Bernardino, 35 miles away. Such a travel requirement to be issued a permit to exercise a right represents an infringement of the right to bear arms that would be permitted in no other constitutional context, particularly given my disability.

11. To make matters worse, I understand that due to a recent change in California law "uncapping" the prior $150 maximum that may be charged for the psychological exam, La Verne is rumored to be raising the price of the exam by an additional $250, putting the total expense of obtaining a permit at around $1,200 or more, depending on the cost of the training course.

12. I pray this Court will help me and others in similar situations. La Verne should either be ordered to lower its fees dramatically, or alternatively, this Court should force California to honor my Utah CCW permit.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on January 12, 2024.

_____
Clarence Rigali
Declarant

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:   8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF CLARENCE RIGALI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
   *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

Dawyn R. Harrison, County Counsel
Caroline Shahinian, Deputy County Counsel
Office of the County Counsel
500 W Temple St Ste 648
Los Angeles, CA 90012-3196
cshahinian@counsel.lacounty.gov

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Bruce A. Lindsay
Monica Choi Arredondo
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, CA  92835
bal@jones-mayer.com
mca@jones-mayer.com

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 26, 2024

_Christina Castron_
Christina Castron

CERTIFICATE OF SERVICE