| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | C. D. Michel – SBN 144258<br>cmichel@michellawyers.com<br>Joshua Robert Dale – SBN 209942<br>jdale@michellawyers.com<br>Konstadinos T. Moros – SBN 306610<br>kmoros@michellawyers.com<br>Alexander A. Frank – SBN 311718<br>afrank@michellawyers.com<br>MICHEL & ASSOCIATES, P.C.<br>180 E. Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br><br>Donald Kilmer-SBN 179986<br>Law Offices of Donald Kilmer, APC<br>14085 Silver Ridge Road<br>Caldwell, Idaho 83607<br>Telephone: (408) 264-8489<br>Email: Don@DKLawOffice.com<br><br>Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-10169-SPG (ADSx)<br><br>**DECLARATION OF CYNTHIA GABALDON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**42 U.S.C. §§ 1983 & 1988**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

DECLARATION OF CYNTHIA GABALDON

## DECLARATION OF CYNTHIA GABALDON

1. I, Cynthia Gabaldon, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of Los Angeles County, California and reside within the City of La Verne.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I am a member of the California Rifle & Pistol Association, another plaintiff in this matter.

4. I have owned and trained with firearms for most of my life.

5. Encouraged by the Supreme Court's ruling in *Bruen*, I decided it was time to obtain a CCW permit. Unfortunately, the exorbitant fees La Verne charges have dissuaded me from applying. I am self-employed and have a son in college, so an extra $1,000 expense is too much for me at this time. I am thus priced out of a constitutional right.

6. On principle, I also do not want to subject myself to the psychological examination requirement, something that most issuing authorities in California (including LASD) do not require.

7. I hope this Court will force La Verne to reduce its fees and drop its psychological examination. I am also willing to instead obtain an Arizona CCW permit, which is far more affordable, if this Court orders California to honor the permits of other states.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on January 12, 2024.

*Cynthia Gabaldon*
Cynthia Gabaldon
Declarant

1

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:   8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF CYNTHIA GABALDON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
   *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| Dawyn R. Harrison, County Counsel<br>Caroline Shahinian, Deputy County Counsel<br>Office of the County Counsel<br>500 W Temple St Ste 648<br>Los Angeles, CA 90012-3196<br>cshahinian@counsel.lacounty.gov<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct. Executed January 26, 2024

*Christina Castron*
Christina Castron

---

CERTIFICATE OF SERVICE