C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | Case No.: 8:23-cv-10169-SPG (ADSx) <br><br> **DECLARATION OF ERICK VELASQUEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **42 U.S.C. §§ 1983 & 1988** <br><br> Hearing Date: March 13, 2024 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 5C <br> Judge: Hon. Sherilyn Peace Garnett |

DECLARATION OF ERICK VELASQUEZ

**DECLARATION OF ERICK VELASQUEZ**

1. I, Erick Velasquez, am a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a current resident of Los Angeles County, California.

3. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I am a member of the California Rifle & Pistol Association, another plaintiff in this matter.

4. I formerly held a valid and current California concealed carry weapon ("CCW") permit issued by the Los Angeles County Sheriff's Department, and carried a handgun daily for two years, without incident.

5. On April 10, 2023, I submitted my CCW permit renewal application with the Los Angeles County Sheriff's Department, expecting a simple process and quick approval given there had been no issues the last two years.

6. Then, on May 3, 2023, I was the victim of a crime. A burglar broke into my vehicle and stole three handguns, along with other valuables. The handguns were stored in a range bag in the locked trunk of my car, in compliance with California Penal Code 25610(a)(1).

7. I promptly called the police to report the theft. An officer from the Vernon Police Department arrived at the scene and took a report, which noted that I was eager to have the thief brought to justice. But as of this date, the perpetrator has not been found, which is deeply upsetting to me.

8. On August 23, 2023, the Sheriff's Department denied my CCW permit renewal application. As a reason for the denial, the letter had the box for "other" checked, but provided no further explanation. I called the Department and got in touch with Sergeant Berner, who explained that the theft of my firearms was the reason for the denial. He also informed me that there was no appeal process.

9. This is an especially outrageous reason to deny me my CCW permit renewal,

because if being the victim of a firearm *theft* is sufficient grounds to disarm me, then many LASD deputies who lost their guns would need to be disarmed too, given that "at least 103 L.A. County Sheriff's Department guns, ranging from service handguns to shotguns, were lost or stolen [between 2011 and 2016]."[1]

10. My being a victim of a crime is not a valid reason to deny me a constitutional right, particularly when I quickly complied in good faith with California law in reporting the theft of my firearms, and I had carried for two years without issue. I hope this Court will correct this infringement against my rights.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on January 15, 2024.

_____
Erick Velasquez
Declarant

---

[1] Tony Saavedra, *Police might not know where their guns are, and the law says that's OK*, Orange County Register (September 28, 2016), <https://www.ocregister.com/2016/09/28/police-might-not-know-where-their-guns-are-and-the-law-says-thats-ok/amp/> (as of September 21, 2023).

2
DECLARATION OF ERICK VELASQUEZ

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:   8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ERICK VELASQUEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington  
Jane E. Reilley  
Christina R.B. Lopez, Deputy Attorney General  
California Department of Justice  
Office of the Attorney General  
300 South Spring Street, Suite 1702  
Los Angeles, CA 90013-1230  
jane.reilley@doj.ca.gov  
Christina.Lopez@doj.ca.gov  
    *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

Dawyn R. Harrison, County Counsel  
Caroline Shahinian, Deputy County Counsel  
Office of the County Counsel  
500 W Temple St Ste 648  
Los Angeles, CA 90012-3196  
cshahinian@counsel.lacounty.gov  

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Bruce A. Lindsay  
Monica Choi Arredondo  
JONES MAYER  
3777 N. Harbor Blvd.  
Fullerton, CA  92835  
bal@jones-mayer.com  
mca@jones-mayer.com  

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 26, 2024

Christina Castron

CERTIFICATE OF SERVICE