C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-10169-SPG (ADSx)<br><br>**DECLARATION OF SHERWIN DAVID PARTOWASHRAF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**42 U.S.C. §§ 1983 & 1988**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

DECLARATION OF SHERWIN DAVID PARTOWASHRAF

# DECLARATION OF SHERWIN DAVID PARTOWASHRAF

I, Sherwin Partowashraf, declare as follows:

1. I am a resident of Los Angeles County, California, and make this Declaration stating my personal knowledge of the following set forth herein.

2. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I am a member of the California Rifle & Pistol Association, a plaintiff in this matter.

3. After waiting over a year and a half on my application, on October 3, 2023, my application for a CCW permit was denied by the Los Angeles County Sheriff's Department. Even though California law requires a reason for the denial be given, the reasoning for the denial was nothing more than a checkmark next to "other":

> We have received your application for a license to carry a concealed weapon. After careful review, your request does not satisfy the legal requirement under one or more sections of Penal Code section 26150(a) and therefore your request is denied.
>
> ☐ Criminal History
> ☐ Failure to Complete CCW Process
> ☐ Failure to Disclose Information
> ☐ Failure to Provide Required Information
> ☐ False Statement on Application
> ☐ Good Moral Character
> ☒ Other

4. When I called and spoke to a Sergeant employed by LASD, he explained that I was denied because someone had filed a temporary restraining order against me last year. I responded to him that the case had been dismissed as without merit and the judge dissolved the temporary restraining order. It did not matter, that was apparently enough to deny me my constitutional right to bear arms. The Sergeant also erroneously claimed California was a "may issue" state, and told me there was no appeals process.

5. The temporary restraining order was filed by an ex-girlfriend against

1

me after an attempt to extort me had failed. I attended a hearing at Stanley Mosk Courthouse, as did she, and at that hearing, she asked that the case be dismissed. She also asked that the proceedings be sealed to hide what she did, which I opposed, and thankfully the judge denied that oral motion.

---

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Family Division
Stanley Mosk Dept. - 25

22STRO03813
Youssefmir, Jacqueline T
vs
Partowashraf, Sherwin David

July 18, 2022
1:30 PM

Honorable Hillary Gerber, Commissioner

Janelle Brooks, Judicial Assistant
Cindy Cabada, Court Services Assistant

Angelica Orsat(#14385), Court Reporter

---

**NATURE OF PROCEEDINGS:** Request - DV Prevention w/o Minor Child (Case Initiation) filed by Petitioner on June 24, 2022

The following parties are present for the aforementioned proceeding:

Sherwin David Partowashraf, Respondent
Jacqueline T Youssefmir, Petitioner(via LA Court Connect)

The matter is called for hearing.

Case is dismissed at the request of the moving party.

The Petitioner's Request for Restraining Order is discharged. All Temporary Restraining Orders, if any, are dissolved.

Petitioner's oral motion to seal the case is denied.

---

6. When I had initially received the temporary restraining order, I complied and surrendered my firearms to the West Valley Police station. After the order was dissolved, I was able to pick up my firearms from the police.

7. None of this information was withheld from LASD. During the interview for my CCW, I informed the interviewing officer of the complete history of the temporary restraining order and its dissolution, and provided LASD a copy of the minute order included above.

8. I should not have my constitutional right denied to me because of false claims against me that were immediately dismissed once they came before a judge.

2
DECLARATION OF SHERWIN DAVID PARTOWASHRAF

If I were a danger to anyone, my firearms would not have been returned to me following the dissolution of the temporary restraining order.

9. The Second Amendment is critically important to me. Last year, I was the victim of a home invasion, and the district attorney prosecuted the criminal involved. Thankfully, I was not harmed. But due to LASD's unconstitutional denial of my CCW permit, if I face a similar danger out in public, I will have no effective means of self defense.

10. My right to carry depends on this Court confirming that LASD may not use unconstitutional criteria to deny CCW permit applications. Temporary restraining orders that are ultimately dissolved are not grounds for the denial of constitutional rights. I hope this Court grants Plaintiffs' requested injunction in full.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on January 15, 2024.

_____
Sherwin David Partowashraf
Declarant

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:   8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF SHERWIN DAVID PARTOWASHRAF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
   *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

Dawyn R. Harrison, County Counsel
Caroline Shahinian, Deputy County Counsel
Office of the County Counsel
500 W Temple St Ste 648
Los Angeles, CA 90012-3196
cshahinian@counsel.lacounty.gov

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Bruce A. Lindsay
Monica Choi Arredondo
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, CA  92835
bal@jones-mayer.com
mca@jones-mayer.com

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

Case 2:23-cv-10169-SPG-ADS   Document 20-25   Filed 01/26/24   Page 6 of 6   Page ID #:231

I declare under penalty of perjury that the foregoing is true and correct. Executed January 26, 2024

*Christina Castron*
Christina Castron

CERTIFICATE OF SERVICE