C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | Case No.: 8:23-cv-10169-SPG (ADSx) <br><br> **DECLARATION OF WOODROW STALTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **42 U.S.C. §§ 1983 & 1988** <br><br> Hearing Date: March 13, 2024 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 5C <br> Judge: Hon. Sherilyn Peace Garnett |

# DECLARATION OF WOODROW STALTER

I, Woodrow R. Stalter, declare as follows:

1. I am a resident of Los Angeles County, California, and make this Declaration stating my personal knowledge of the following set forth herein.

2. I am a law-abiding adult who is not prohibited from owning firearms under the laws of the United States of America or the state of California. I am a member of the California Rifle & Pistol Association, a plaintiff in this matter.

3. I have applied for a CCW permit with the Los Angeles County Sheriff's Department. I mailed in my application on July 11, **2022**. I know it was received because I sent it via certified mail with a return receipt, and I received the return receipt indicating the application got to LASD. I have followed all LASD requirements in relation to this process and yet am still waiting for a permit.

4. On November 28, 2022, I emailed to check in on when I could expect an update and received what appeared to be a canned response.

5. On June 12, 2023, I emailed again and received a similar response.

6. On June 15, 2023, I received a call from LASD to get my livescan completed, and I did the next day.

7. The livescan cleared all three of its underlying background checks by June 22, 2023.

8. I checked in again on November 6, 2023, and December 17, 2023, and got no substantive update.

9. On January 17, 2024, LASD called me and asked for verification of my name, address, telephone number, and email. They also sent me an email asking for my driver's license, passport, utility bill, and livescan. It's not clear to me how much time is left in the process from here.

10. I've been waiting over 18 months now merely to receive permission to exercise a constitutional right. That is not acceptable to me, and so I hope Plaintiffs succeed in getting relief from this Court.

1

DECLARATION OF WOODROW STALTER

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on January 17, 2024.

_____
Woodrow Stalter
Declarant

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.: 8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF WOODROW STALTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
   *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

Dawyn R. Harrison, County Counsel
Caroline Shahinian, Deputy County Counsel
Office of the County Counsel
500 W Temple St Ste 648
Los Angeles, CA 90012-3196
cshahinian@counsel.lacounty.gov

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Bruce A. Lindsay
Monica Choi Arredondo
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, CA 92835
bal@jones-mayer.com
mca@jones-mayer.com

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 26, 2024

_____
Christina Castron

CERTIFICATE OF SERVICE