# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG (ADSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 20]** |

1       On [Date], the Motion for Preliminary Injunction of Plaintiffs California Rifle &
2  Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of
3  America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick
4  Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia
5  Gabaldon, and Stephen Hoover came on regularly for hearing. Konstadinos T. Moros
6  appeared on behalf of Plaintiffs. [Insert] appeared on behalf of Defendant Robert Bonta,
7  while [insert] appeared on behalf of the Los Angeles defendants, and [insert] appeared on
8  behalf of the La Verne defendants.

        Plaintiffs' Motion argues that defendants' laws, policies, and practices related to concealed handgun license ("CCW permit") issuance result in unconstitutionally lengthy wait times, exorbitant fees, and forbidden discretionary criteria. The motion also argues that California must honor the CCW permits issued by other states.

        The Court, having considered Plaintiffs' Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

        1. Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna shall reach a decision on CCW permit applications within 120 days of the application being filed. If Defendants fail to issue a decision on an application within 120 days of issuance, the applicant may not be prosecuted under California Penal Code § 25850(a) for carrying a concealed firearm for the remainder of time the application is pending, provided he has submitted a livescan to the California Department of Justice and is not otherwise prohibited from owning firearms;

        2. Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores shall not charge CCW permit applicants more than the standard DOJ CCW permit application fee of $93, with the applicants bearing the cost of the training and livescan requirements;

        3. Both the Los Angeles and La Verne defendants shall cease their subjective issuance criteria. Los Angeles County Sheriff's Department and La Verne Police Department shall only deny applicants if they fail the California Department of Justice

background check. La Verne Police Department shall no longer require a psychological examination. Those previously denied CCW permits or renewals who are not otherwise prohibited from owning firearms may re-apply immediately.

4. All Defendants, as well as their employees, agents, successors in office, and all other public officials or law enforcement officers in California, as well as their successors in office, are enjoined and restrained from engaging in, committing, or performing, directly or indirectly by any means whatsoever, any enforcement of California Penal Code § 25850(a) against individuals who have unexpired CCW permits valid in any other state in the United States, or valid in the District of Columbia. Nothing in this Order shall be construed to bar enforcement of California Penal Code § 25850(a) against individuals who are prohibited from owning firearms, regardless of if they acquired a CCW permit prior to becoming prohibited.

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE