| | |
|---|---|
| 1 | C. D. Michel – SBN 144258<br>cmichel@michellawyers.com |
| 2 | Joshua Robert Dale – SBN 209942<br>jdale@michellawyers.com |
| 3 | Konstadinos T. Moros – SBN 306610<br>kmoros@michellawyers.com |
| 4 | Alexander A. Frank – SBN 311718<br>afrank@michellawyers.com |
| 5 | MICHEL & ASSOCIATES, P.C.<br>180 E. Ocean Blvd., Suite 200 |
| 6 | Long Beach, CA 90802<br>Telephone: (562) 216-4444 |
| 7 | |
| 8 | Donald Kilmer-SBN 179986<br>Law Offices of Donald Kilmer, APC |
| 9 | 14085 Silver Ridge Road<br>Caldwell, Idaho 83607<br>Telephone: (408) 264-8489 |
| 10 | Email: Don@DKLawOffice.com |
| 11 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-10169-SPG (ADSx)<br><br>**STIPULATION TO EXTEND PAGE LIMIT OF PLAINTIFFS' REPLY BRIEF**<br><br>Sherilyn Peace Garnett,<br>United States District Judge<br><br>Action Filed: December 5, 2023 |

1

STIPULATION TO EXTEND PAGE LIMIT OF PLFS' REPLY BRIEF

1  Plaintiffs California Rifle & Pistol Association, Incorporated, The Second
2  Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation,
3  Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer,
4  Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover
5  (collectively "Plaintiffs"); Defendant Robert Bonta, in his official capacity as
6  Attorney General of the State of California ("Defendant Bonta"); Defendants Los
7  Angeles County Sheriff's Department and Sheriff Robert Luna, in his official
8  capacity (collectively "County Defendants"); and Defendants La Verne Police
9  Department and La Verne Chief of Police Colleen Flores, in her official capacity
10 (collectively "La Verne Defendants" and together with Plaintiffs, Defendant Bonta,
11 and County Defendants, the "Parties"), through their respective attorneys of record,
12 hereby stipulate and request as follows:

   WHEREAS This Court's standing order indicates that it will consider requests to extend page limitations for good cause shown, and;

   WHEREAS Plaintiffs filed their motion for preliminary injunction, complete with a 25-page memorandum of points and authorities on January 26, 2024, and;

   WHEREAS Defendant Bonta, County Defendants, and La Verne Defendants each expect to file up to 25-page opposition briefs, and;

   WHEREAS Plaintiffs do not expect to be able to sufficiently reply to up to 75 pages of opposition briefing in just 15 pages;

   NOW THEREFORE, the parties stipulate to allowing Plaintiffs up to 30 pages for their reply brief.

   **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 5, 2024 | Respectfully submitted, |
| 2 | | MICHEL & ASSOCIATES, P.C. |
| 3 | | */s/ Konstadinos Moros* |
| 4 | | |
| 5 | | KONSTADINOS MOROS<br>*Attorneys for Plaintiffs* |
| 6 | | |
| 7 | Dated: February 5, 2024 | ROB BONTA<br>Attorney General of California |
| 8 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 9 | | JANE E. REILLEY<br>Deputy Attorney General |
| 10 | | |
| 11 | | */s/ Christina R.B. Lopez* |
| 12 | | CHRISTINA R.B. LÓPEZ<br>Deputy Attorney General |
| 13 | | *Attorneys for Defendant Robert Bonta* |
| 14 | | |
| 15 | Dated: February 5, 2024 | DAWYN R. HARRISON<br>COUNTY COUNSEL |
| 16 | | */s/ Caroline Shahinian* |
| 17 | | |
| 18 | | CAROLINE SHAHINIAN<br>DEPUTY COUNTY COUNSEL |
| 19 | | *Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* |
| 20 | | |
| 21 | Dated: February 5, 2024 | JONES MAYER |
| 22 | | */s/ Bruce A. Lindsay* |
| 23 | | |
| 24 | | BRUCE A. LINDSAY<br>MONICA CHOI ARREDONDO |
| 25 | | *Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION OF E-FILED SIGNATURES**

I, Konstadinos Moros, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND PAGE LIMIT OF PLAINTIFFS' REPLY BRIEF. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: February 6, 2024            *s/ Konstadinos Moros*
                                               Konstadinos Moros

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:    8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION TO EXTEND PAGE LIMIT OF PLAINTIFFS' REPLY BRIEF**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
   *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| Dawyn R. Harrison, County Counsel<br>Caroline Shahinian, Deputy County Counsel<br>Office of the County Counsel<br>500 W Temple St Ste 648<br>Los Angeles, CA 90012-3196<br>cshahinian@counsel.lacounty.gov<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |

CERTIFICATE OF SERVICE

1   I declare under penalty of perjury that the foregoing is true and correct. Executed February 6, 2024.

*Christina Castron*
Christina Castron

CERTIFICATE OF SERVICE