# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>  Defendants. | Case No. 2:23-cv-10169-SPG (ADSx)<br><br>**[PROPOSED] ORDER EXTENDING PAGE LIMIT OF PLAINTIFFS' REPLY BRIEF** |

-1-
ORDER

Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover; Defendant Robert Bonta, in his official capacity as Attorney General of the State of California; Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in his official capacity; and Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores, in her official capacity (the "Parties") have stipulated and request to allow Plaintiffs up to 30 pages for their reply brief on their filed motion for preliminary injunction. ECF No. 20. After full consideration, and good cause appearing, the Parties' request is GRANTED. Plaintiffs' reply brief shall be no longer than 30 pages.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE