# **EXHIBIT 1**

# L.A. County CCW Fee Matrix

| CITY | ADMINISTRATIVE FEE | DOJ FEE | LIVESCAN (ROLL FEE) | PSYCHOLOGICAL TEST | WEAPONS SAFETY* | USE MYCCW | TOTAL COST TO APPLICANT |
|---|---|---|---|---|---|---|---|
| ALHAMBRA: | $144 + $57+ | $93 | $25 | $150 | $250 | Y | $719 |
| ARCADIA: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| AZUSA: | LAUNCHING 2023 | N/A | N/A | N/A | N/A | N | N/A |
| BALDWIN PARK: | $100 + $398* | $93 | $25 | $150 | $250 | Y | $1016 |
| BELL: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| BELL GARDENS: | $100 + $398* | $93 | $25 | $150 | $250 | Y | $1016 |
| BEVERLY HILLS: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| BURBANK: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| CLAREMONT: | $100 + $398 | $93 | $25 | $150 | $250 | Y | $1016 |
| COVINA: | $100 | $93 | $25 | $150 | $250 | N | $618 |
| CULVER CITY: | $310 | $93 | $30 | $150 | $250 | N | $833 |
| DOWNEY: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| EL MONTE: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| EL SEGUNDO: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| GARDENA: | $369.64 | $93 | $33 | $150 | $250 | N | $895.64 |
| GLENDALE: | $100 | $93 | $25 | $150 | $250 | N | $618 |
| GLENDORA: | $130 | $93 | $20 | N/A | $250 | N | $493 |
| HAWTHORNE: | $615 | $93 | $25 | $150 | $250 | N | $1133 |
| HERMOSA BEACH: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| HUNTINGTON BEACH: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| INGLEWOOD: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| IRWINDALE: | $398 | $93 | $25 | N/A | $250 | Y | $766 |
| LA VERNE: | $150 + $398 | $93 | $20 | $150 | $250 | Y | $1061 + $20 CARD |
| LONG BEACH: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| LOS ANGELES PD: | $268 | $93 | $30 | N/A | $250 | N | $641 |
| LOS ANGELES SHERIFF: | $150 | $93 | $30 | N/A | $250 | N | $523 |
| MANHATTAN BEACH: | $398 | $93 | $25 | $150 | $250 | Y | $916 |
| MONROVIA: | $150 | $93 | $30 | $150 | $250 | N | $673 |
| MONTEBELLO: | $220 | $93 | $25 | N/A | $250 | N | $808 |
| MONTEREY PARK: | $283 | $93 | $25 | N/A | $250 | N | $651 |
| PALOS VERDES: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| PASADENA: | $337.14 | $93 | $25 | N/A | $250 | N | $707.14 |
| POMONA: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| REDONDO BEACH: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| SAN FERNANDO: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| SAN GABRIEL: | LAUNCHING 2023 | N/A | N/A | N/A | N/A | N | N/A |
| SAN MARINO: | $25 + $228.42 | $93 | $20 | $150 | $250 | N | $766.42 |
| SANTA MONICA: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| SIERRA MADRE: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| SIGNAL HILL: | $398* | $93 | $25 | $150 | $250 | Y | $916 |
| SOUTHGATE: | $100 + $398* | $93 | $25 | $150 | $250 | Y | $1016 |
| SOUTH PASADENA: | $502.16 | $93 | $25 | N/A | N/A | N | N/A |
| TORRANCE: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| VERNON: | NOT PROCESSING APPS | N/A | N/A | N/A | N/A | N | N/A |
| WEST COVINA: | $398 | $93 | $25 | $150 | $250 | Y | $916 |
| WHITTIER: | $243 | $93 | $25 | $150 | $250 | N | $761 |

*Actual cost may vary