| | |
|---|---|
| 1 | Bruce A. Lindsay, Esq., SBN 102794 |
| | bal@jones-mayer.com |
| 2 | Monica Choi Arredondo, Esq., SBN 215847 |
| | mca@jones-mayer.com |
| 3 | JONES MAYER |
| | 3777 North Harbor Boulevard |
| 4 | Fullerton, CA  92835 |
| | Telephone:  (714) 446-1400 |
| 5 | Facsimile:  (714) 446-1448 |

Attorneys for Defendants,
LA VERNE POLICE DEPARTMENT, LA VERNE
CHIEF OF POLICE COLLEEN FLORES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTE, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>*Honorable Sherilyn Peace Garnett*<br>*Magistrate Judge Autumn D. Spaeth*<br><br>**DECLARATION OF LT. CHRIS DRANSFELDT IN SUPPORT OF DEFENDANTS CITY OF LA VERNE AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing<br>Date:           March 13, 2024<br>Time:           1:30 p.m.<br>Courtroom:  5C |



DECLARATION OF LT. CHRIS DRANSFELDT ISO CITY OF LA VERNE AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF LT. CHRIS DRANSFELDT**

I, Lt. Chris Dransfeldt, declare as follows,

1. I am an adult and I am employed by the City of La Verne as a Lieutenant in the La Verne Police Department ("LVPD"). I make this declaration in support of Defendants City of La Verne ("City") and La Verne Chief of Police Colleen Flores' Opposition to Plaintiffs' Motion for Preliminary Injunction based on my own personal knowledge, except where I indicate that such knowledge is based on information and belief. If called upon to testify, I could and would truthfully testify to the following based on my personal knowledge.

2. As part of my official duties, I was requested by Acting Chief Sam Gonzalez to oversee research of the concealed carry weapon ("CCW") permit application fees of the city police departments in Los Angeles County, including the Sheriff's application fees.

3. The City has a Cadet program for part-time employees to introduce them to law enforcement and for them to provide assistance to various divisions of the LVPD.

4. To conduct research of the CCW application fees of the other police agencies in Los Angeles County, I asked two of the City's Cadets, Charles Sorbel and Elizabeth Canu, to assist with the project. I oversaw their work which required that they access the websites of the city police departments of the County, as well as the LA Sheriff's Office, to look for information regarding the CCW permit application program/process of the department and the listed fees for the CCW applications. If the application fees were listed on the website, Charles and Elizabeth were to list the city and the total fee set forth on the city's website truthfully on a document that I directed them to title "LA County CCW Fee Matrix," a true and correct copy of which is attached to my declaration as Exhibit 1.

5. Not all of the cities set forth their CCW permit application fees on their websites. Because of this, I instructed Charles and Elizabeth to make phone calls to the police departments that did not post their CCW application fees on their website. They

1  were to ask to speak with the department's personnel that was knowledgeable about
2  their CCW permit application fees to learn the amount of the application fees which that
3  police department was charging for CCW permit applications. When they were given
4  the requested information by the department's personnel, they were told to and did add
5  those cities and their total CCW application fee amounts to the LA County CCW Fee
6  Matrix that they were preparing.

7     6.   They gathered CCW application fees information from all of the police
8  departments that are listed on the LA County CCW Fee Matrix which is attached as
9  Exhibit 1. They finished preparing the CCW Fee Matrix and provided it to me as of
10 March 27, 2023.

11    7.   I confirmed with both Charles and Elizabeth that the information on the
12 LA County CCW Fee Matrix accurately reflects the CCW fee information that they
13 each obtained either from a city's website or by making personal calls to the city's
14 police department to gather the fee information.

15    8.   I provided a copy of the LA County CCW Fee Matrix to Acting Chief
16 Gonzalez to complete my assignment upon my receipt of the Matrix from Charles and
17 Elizabeth.

18    I declare under the penalty of perjury, under the laws of the United States of
19 America, that the foregoing is true and correct, as executed this 21st day of February
20 2024, at La Verne, California.

*Lt. Dransfeldt (Feb 21, 2024 12:48 PST)*
Lt. Chris Dransfeldt



- 2 -
DECLARATION OF LT. CHRIS DRANSFELDT ISO CITY OF LA VERNE AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION