MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, <br><br>Plaintiff, <br><br>v. <br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br>**DECLARATION OF REGINA R. CHAVEZ IN SUPPORT OF DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND SHERIFF ROBERT LUNA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br>Judge: Hon. Sherilyn Peace Garnett <br> Hearing Date: March 13, 2024 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 5C |

DECLARATION OF REGINA R. CHAVEZ
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-1016

ALAN SCHOENFELD (*pro hac vice* forthcoming)
alan.schoenfeld@wilmerhale.com
NOAH LEVINE (*pro hac vice* forthcoming)
noah.levine@wilmerhale.com
RYAN CHABOT (*pro hac vice* forthcoming)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

---

DECLARATION OF REGINA R. CHAVEZ
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-1016

I, Regina R. Chavez, declare:

1. I am a custody assistant in the Conceal Carry Weapon (CCW) Unit of the Los Angeles County Sheriff's Department (LASD).

2. I am writing this declaration to inform the Court about the process for obtaining a CCW permit in Los Angeles County and to provide the Court with copies of materials related to the denial of Erick Velasquez' CCW application.

3. LASD is currently working through a backlog of CCW applications that materialized in the wake of the *Bruen* decision.

4. Before the *Bruen* decision, applicants who applied for a CCW permit in California had to demonstrate good cause for the permit to issue, which limited the number of applications that LA County received. During this pre-*Bruen* time period—from early 2021 through July 2022—LASD accepted initial CCW applications from any of the 28 participating law enforcement agencies in LASD's MOU, which eventually led to all of LA County. LASD did so even where those residents lived in municipalities that could process their CCW applications instead.

5. On June 24, 2022, following the *Bruen* decision, the California Attorney General directed issuing authorities to no longer enforce the good cause requirement in the CCW permitting regime. LASD subsequently received a massive influx of CCW applications, approximately 1000–1200 per month for at least six months. Prior to *Bruen*, LASD staff were able to handle the volume of incoming applications. But the post-*Bruen* influx strained LASD's capacity.

6. Since then, LASD has made a number of changes to improve its response times.

7. *First*, LASD implemented an electronic application system. Prior to May 2023, LASD received all applications for CCWs by hard paper copy. LASD employees then manually inputted those applications into LASD's online system—a time- and labor-intensive process. On May 22, 2023, LASD launched

1

DECLARATION OF REGINA R. CHAVEZ
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-1016

its automated application system Permitium, through which applicants can apply directly online. This system eliminated LASD employee time spent inputting new applications into the system.

8.  *Second*, LASD staff members have been putting forth their best efforts to timely process CCW applications, including working overtime. Before January 2024, LASD typically had around five investigators who handled both renewals and initial applications, though the number of investigators fluctuated. During that time, the staff was able to process approximately 20-30 applications per week. LASD, with the assistance of available support personnel from other units, now has four permanent investigators dedicated to initial applications who are assigned approximately 45 applications each week and one investigator focused solely on CCW renewals who can process the background on approximately 40 applications per week. Despite its budget limitations, LASD is currently working to add additional investigators to the team.

9.  *Third*, LASD worked with law enforcement agencies to clarify the specific cities for which it would handle CCW applications. As of August 2022, LASD limited first-time applicants to residents residing within LASD's contract cities and LASD's unincorporated communities. Due to this change, the number of applications on a monthly basis significantly declined.

10. Notwithstanding LASD's efforts to improve processing times, a significant backlog remains. There are approximately 7,300 paper applications submitted before the shift to Permitium and approximately 2,100 applications submitted via Permitium that still need to be processed. In addition, the county-wide applications that LASD granted before the *Bruen* decision are now up for renewal, which is adding additional volume to the backlog. Currently, LASD is working through paper applications that were manually entered into LASD's tracking system in December 2022, though LASD would have received these hard copy applications months before then.

11. Beyond the volume concerns, there are additional factors affecting the processing timeline.

12. Applications as received often require LASD investigators to follow up with applicants to procure further documentation and information, causing additional delays.

13. For a period of time, background checks conducted by the Department of Justice often took longer than anticipated to complete. That was entirely outside LASD's control.

14. LASD experienced staffing shortages, budget constraints, and office relocation measures, which delayed processing applications.

15. Last, LASD also had a change in administration following the election of a new sheriff, causing delay in the approval and issuance of CCW licenses.

16. Attached hereto as Exhibit 1 is a true and correct copy of the Los Angeles Sheriff's Department's denial of Mr. Velasquez' carry a concealed weapon application.

17. Attached hereto as Exhibit 2 is a true and correct copy of the police reports retrieved during processing of Mr. Velasquez' carry a concealed weapon application.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2024.

/s/ *Regina R. Chavez*
Regina R. Chavez