# Exhibit 1



# OFFICE OF THE SHERIFF

## COUNTY OF LOS ANGELES
### HALL OF JUSTICE

ROBERT G. LUNA, SHERIFF



August 23, 2023

Mr. Erick R. Velasquez
███████████
Downey, California ███████

Dear Mr. Velasquez:

### CARRY A CONCEALED WEAPON APPLICATION

We have received your application to renew your license to carry a concealed weapon. After careful review, your request does not satisfy the legal requirement under one or more sections of Penal Code section 26150(a) and therefore your request is denied.

☐ Good Moral Character
☐ Failure to Disclose Information
☐ Criminal History
☐ False Statement on Application
☒ Other

If you have any questions about the results of our review of your application, please contact CCW Unit Sergeant S. Berner at (213) 229-3130.

Sincerely,

ROBERT G. LUNA, SHERIFF

*April Tardy*

APRIL L. TARDY
UNDERSHERIFF

211 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

*A Tradition of Service*
— Since 1850 —

Initial  Renewal


**Los Angeles County**
**Sheriff's Department**

## CCW Applicant Cover Page

**Interview Date** 6-5-23

**Applicant Name** VELASQUEZ, ERICK ROBERTS

**Residence Address** ▮▮▮▮▮ ST, Downey Y

**Email** erick_vYC yohio.com

### Required Document Checklist

|  | Investigator | Sergeant | Quality Control |
|---|---|---|---|
| Valid CDL / CA ID | JC | SB | W |
| DMV (JDIC) |  |  |  |
| Birth Certificate, Naturalization, or Passport | JC | SB | M |
| Utility Bill (gas, water, power, waste, cable, internet) | Jc | SB | W |
| DD 214 (if applicable) | N/A | N/A | — |
| AFS (all firearms) | JC | SB |  |
| Firearm Training Completed |  |  | c |

### Background Check

|  | Investigator | Notes | |
|---|---|---|---|
| JDIC | JC |  | |
| Custody Information Portal | JC |  | |
| MDD  Downey PD | N/A |  | |
| Live Scan |  | **Sent** | **Completed** |
| DOJ returns received Office use | Date/initials | No Charges | Charges |
|  | Renewal RC 8/24/23 DOJ portal checked | Clear X | Charges |

**Occupation** ASSISTANT

**Notes:**

- ASSISTANT
- SELF PROTECTION

IT SHOULD BE NOTED, THE APPLICANT HAD A NEGLIGENT DISCHARGE (2021) NO REPORT TAKEN. APP DID REPORT IT TO THE CCW UNIT. THE APP HAD THREE OF HIS FIREARMS STOLEN FROM HIS VEHICLE (2023), THIS INCIDENT WAS NOT REPORTED TO THE CCW UNIT

## Charges

| Date | Agency | Charge | Dispo | Disclosed | Not Disclosed |
|------|--------|--------|-------|-----------|---------------|
|      |        |        |       |           |               |
|      |        |        |       |           |               |
|      |        |        |       |           |               |
|      |        |        |       |           |               |
|      |        |        |       |           |               |
|      |        |        |       |           |               |

Investigator: _CABRERA_         Date: _6-3-23_

Sergeant: _J. Z._              Date: _8/29/23_

**APPROVED**            ( **DENIED** )

_April Tardy_

April L. Tardy

Undersheriff

OCA#
**CR23-0646**

**VERNON POLICE DEPARTMENT**
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

CA0197300

## LOCATION / TIME

| Report Date / Time | Incident Start Date / Time | Incident End Date / Time |
|---|---|---|
| 05/04/2023 00:11:09 | WEDNESDAY 05/03/2023 23:00:00 | THURSDAY 05/04/2023 00:05:00 |

| Internal Incident Status | Report Type | ☐ PC 293 Sex Crime | ☐ CHP180 |
|---|---|---|---|
| ACTIVE | VPD CA NIBRS Incident (Summary) | ☐ Evidence Collected | ☐ Hate Crime |

| Incident Location | | ☐ Serialized Property | ☐ Gang Related |
|---|---|---|---|
| 5182 MALABAR ST   VERNON   CA   90058 | | | |

| Secondary Location | Reporting Area |
|---|---|
| | 01 |

## OFFENSE

| Penal Code | F/M | Penal Code Description | | Counts | Attempt/Completed |
|---|---|---|---|---|---|
| 459PC | F | BURGLARY | | 1 | COMPLETED |

| Offense Location | Time Of Day | Bias Motivation | Structure |
|---|---|---|---|
| HIGHWAY / ROAD / ALLEY / STREET | NIGHT | NONE | |

Weapon

## VICTIM

| Name | Phone | Phone |
|---|---|---|
| ERICK ROBERTO VELASQUEZ | (562) 413-7130 | |

DOWNEY  CA

| Occupation | Employer Name | Employer Address |
|---|---|---|
| UNKNOWN OR NOT STATED | TACOS EL GAVILAN | 5182 MALABAR ST  VERNON  CA 90058 |

| Age | Sex | Race | Ethnicity | SSN | License State | License Number | Lic. Class |
|---|---|---|---|---|---|---|---|
| 25 | M | Hispanic | H | | CA | | C |

Injuries

## RELATED OFFENSES

| 459 | BURGLARY |
|---|---|

## SUSPECT

| Name | Phone | Phone |
|---|---|---|
| UNKNOWN | | |

Address

| Occupation | Employer | Employer Address |
|---|---|---|
| | | |

| DOB | Age | Sex | Height | Weight | Race | Ethnicity | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Build | Complexion | Hair Color | | Hair Length | | Hair Style |
|---|---|---|---|---|---|---|
| | | | | | | |

| Eye Color | | Facial Hair | | Speech | | Teeth |
|---|---|---|---|---|---|---|
| | | | | | | |

| License State | License Number | | Lic. Class | Clothing |
|---|---|---|---|---|
| | | | | |

| Solicit/Offer | Suspect Force | | Forced Victim | Suspect Action |
|---|---|---|---|---|

**VERNON POLICE DEPARTMENT**
**FOR OFFICIAL USE ONLY**
Unauthorized use of this information
is a violation of Penal Code Sections
13302-13305 and may subject
violators to misdemeanor charges.
REL TO: _ERICK R. VELASQUEZ_
AGENCY: _VICTIM_
BY: _DAULL_   DATE _5-22-23_

## SCARS/MARKS/TATTOOS

1

# VERNON POLICE DEPARTMENT
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

OCA# CR23-0646

CA0197300

## RELATED OFFENSES

| 459 | BURGLARY |
|---|---|

## PROPERTY

| Status |
|---|
| STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.) |

| Quantity | Make | | | Color |
|---|---|---|---|---|
| 1 | SAVIOR | | | BLACK |

| Statute Description | | Model | |
|---|---|---|---|
| | | | |

| Description | Serial Number |
|---|---|
| PISTOL RANGE BAG | |

| Value | Recovered Date | Recovered Value |
|---|---|---|
| $85.00 | | |

## RELATED TO
## PROPERTY

| Status |
|---|
| STOLEN,ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.) |

| Quantity | Make | | Model | Color |
|---|---|---|---|---|
| 1 | | | | |

| Statute Description | | Serial Number | |
|---|---|---|---|
| | | | |

| Description | Serial Number |
|---|---|
| CHASE CHECKBOOK | |

| Value | Recovered Date | Recovered Value |
|---|---|---|
| $0.00 | | |

## RELATED TO
## GUN

| Status |
|---|
| STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.) |

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | SMITH & WESSON - US | M&P SHIELD | BLACK |

| Statute | | Serial Number | |
|---|---|---|---|
| | | JBT0542 | |

| Description | |
|---|---|
| PISTOL WITH HOLOSUN OPTIC | |

| Caliber | Barrel Length | Type | Action Type | Damage Description |
|---|---|---|---|---|
| 9MM | 4 3 INCHES | HANDGUN | SEMI-AUTOMATIC | |

| Stolen Value | Recovered Date | Recovered Value |
|---|---|---|
| 750 | | |

## RELATED TO
## GUN

| Status |
|---|
| STOLEN ETC. INCLUDING BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.) |

2



# VERNON POLICE DEPARTMENT
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

OCA# CR23-0646

CA0197300

| Quantity | Make | | | |
|---|---|---|---|---|
| 1 | BERETTA(FI INDUSTRIES) - US | | | |

| Statute | | Model | Color |
|---|---|---|---|
| | | 92X PERFORMANCE | SILVER |

| Description | Serial Number |
|---|---|
| PISTOL | BST12132 |

| Caliber | Barrel Length | Type | Action Type | Damage Description |
|---|---|---|---|---|
| 9MM | 4.9 inches | HANDGUN | SEMI-AUTOMATIC | |

| Stolen Value | Recovered Date | Recovered Value |
|---|---|---|
| 1900 | | |

## RELATED TO

## GUN

**Status**
STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.)

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | CZ - CK | 75 COMPACT | BLACK |

| Statute | | Serial Number |
|---|---|---|
| | | G379584 |

| Description |
|---|
| PISTOL |

| Caliber | Barrel Length | Type | Action Type | Damage Description |
|---|---|---|---|---|
| 9MM | 4.7 INCHES | HANDGUN | SEMI-AUTOMATIC | |

| Stolen Value | Recovered Date | Recovered Value |
|---|---|---|
| 750 | | |

## RELATED TO

## VEHICLE

| Vehicle Status | Status |
|---|---|
| VICTIM VEHICLE | |

| Year | Make | Model | Style | Color |
|---|---|---|---|---|
| 2021 | Honda | Accord | 4T | WHITE |

| Statute | | Damage |
|---|---|---|
| | | |

| State of Plate | License Plate | Year of Plate | VIN |
|---|---|---|---|
| CA | 8WLR558 | 2023 | 1HGCV1F31MA066984 |

| Value | Recovered Date | Recovered Value |
|---|---|---|
| | | |

**Comments**

## RELATED TO

ERICK VELASCUEZ



**VERNON POLICE DEPARTMENT**
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

OCA#
**CR23-0646**

CA0197300

---

NARRATIVE

NARRATIVE

On 05-04-23, at approximately 0011 hours, I was dispatched to 5182 Malabar Street regarding a vehicle burglary report. Upon arrival, I spoke with the victim, Erick Velasquez who told me the following.

Velasquez said on 05-03-23, at approximately 2330 hours, he was working at the above-mentioned address when he heard a car alarm activate. Velasquez said he thought it was a random vehicle (not his), so he ignored it. Velasquez said he finished his shift at approximately midnight hours and went out to his vehicle which was parked on Malabar Street, north of 52ndStreet. Velasquez said he opened his vehicle and saw that the center console was open and some of his belongings were scattered throughout the vehicle. Velasquez said he then checked the trunk of his vehicle and began to look for his pistol range bag which contained three pistols. Velasquez said his range bag was taken. After further inspection, he also noticed the suspect(s) stole his Chase checkbook. For further regarding the stolen property, refer to the property portion of this report.

Velasquez said he can identify the stolen property if seen again and is desirous of prosecution for the burglary to his vehicle.

Investigation·

There was no damage to the vehicle so it's unknown how the suspect(s) entered the vehicle. I was unable to obtain any latent finger prints.

I checked the surrounding area for video surveillance cameras and located several on the west wall of the above-mentioned address. Velasquez said the surveillance cameras do work; however, they don't record. No evidence was located.

I took photographs of the scene and Velasquez provided me with photographs of two of the stolen pistols. I searched the internet and obtained a sample photograph of the third stolen pistol. I later downloaded these photographs into this report.

I provided Velasquez a business card containing the report number and Marsy's Law printed on the back.

I completed an AFS Clets form for each stolen pistol and forwarded the forms to Vernon Dispatch. Vernon Dispatch entered the stolen pistols into AFS.

| ADMIN | | |
|---|---|---|
| Officer Name NEWTON TODD 623 | Date 05/04/2023 04:17:00 | Involvement Type REPORTING |
| Officer Name RAMOS JOSE 607 | Date 05/05/2023 04:13:21 | Involvement Type REVIEWING |

4



# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
**USE BLACK INK ONLY**

**1199619084764**

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

STATE FILE NUMBER

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD — FIRST (GIVEN) **ERICK** | 1B. MIDDLE **ROBERTO** | 1C. LAST (FAMILY) **VELASQUEZ** |

| 2. SEX **MALE** | 3A. THIS BIRTH, SINGLE, TWIN, ETC **SINGLE** | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC — | 4 — MM/DD/CCYY **1996** | 4B. HOUR — (24 HOUR CLOCK TIME) **1822** |

| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY **MISSION HOSPITAL** | 5B. STREET ADDRESS — STREET, NUMBER, OR LOCATION **3111 E. FLORENCE AVE.** | |
| | 5C. CITY **HUNTINGTON PARK** | 5D. COUNTY **LOS ANGELES** | 5E. PLANNED PLACE OF BIRTH **HOSPITAL** |

| **FATHER OF CHILD** | 6A. NAME OF FATHER — FIRST (GIVEN) **ROBERTO** | 6B. MIDDLE — | 6C. LAST (FAMILY) **VELASQUEZ** | 7. STATE OF BIRTH **MEXICO** | BIRTH /68 |

| **MOTHER OF CHILD** | 8A. NAME OF MOTHER — FIRST (GIVEN) **MARIA** | 8B. MIDDLE **CONCEPCION** | 9C. LAST (MAIDEN) **BOJORQUEZ** | 10. STATE OF BIRTH **MEXICO** | BIRTH /75 |

| **PARENTS CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT — SIGNATURE *MARIA CONCEPCION Bojorquez* | 12B. RELATIONSHIP TO CHILD **MOTHER** | 12C. DATE SIGNED **08/05/96** |
| **CERTIFICATION OF BIRTH** | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE — DEGREE OR TITLE *Nan Chung* | 13B. LICENSE NUMBER **A33017** | 13C. DATE SIGNED **08/05/96** |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT **N CHUNG, MD, 3034 E FLORENCE AV, HUNTINGTON PARK** | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |

| **LOCAL REGISTRAR** | 15A. DATE OF DEATH | 15B. STATE FILE NO (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE *Mark Zimmerman* | 17. DATE ACCEPTED FOR REGISTRATION **08/23/1996** |





This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

APR 0 1 2021





**1000003635180**

0008186960 - 02 - E

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# Spectrum

April 6, 2023
Account Number: **8448 30 053 1535935**
Security Code: **1521**
Service At:

DOWNEY CA

**Auto Pay Notice**

## NEWS AND INFORMATION

**Enrolled in Auto Pay:** Your Auto Pay payment will be deducted on
your due date.

**Have questions about your bill?**
Visit us at **Spectrum.net/billing**
Or, call us at 1-855-70-SPECTRUM (1-855-707-7328)



**Stream your favorite movies and TV shows with Mi
Plan Latino and save!** Get Spectrum TV® Mi Plan
Latino for $39.99 more a month for 12 months and
enjoy 145+ live channels in English and Spanish, plus
**FREE** HD. Turn all your screens into a TV with the
**FREE** Spectrum TV App. NO cable boxes required!
Download the Spectrum TV App and stream Live TV
and On Demand at home and on the go. Plus, enjoy
over 40,000 On Demand titles. **CALL 1-888-619-5153
now.**

| Summary | _Service from 04/06/23 through 05/05/23 details on following pages_ | |
|---|---|---:|
| Previous Balance | | 44.99 |
| Payments Received -Thank You! | | -44.99 |
| **Remaining Balance** | | **$0.00** |
| Spectrum Internet™ | | 44.99 |
| Current Charges | | $44.99 |
| _YOUR AUTO PAY WILL BE PROCESSED 04/23/23_ | | |
| **Total Due by Auto Pay** | | **$44.99** |

**Moving is easy with Spectrum!** We'll get your Spectrum services
set up in your new home so you can get settled even faster.
Manage your account through the My Spectrum App and learn
about self-install options to handle your move on your terms. **Call
1-877-892-1764 or visit** Spectrum.net/easymove.

**Download the latest version of the My Spectrum App from
your device's app store.** The My Spectrum App makes it easier
than ever to manage your Spectrum services. A hassle-free
experience with one convenient place for handling all your account
needs.

**Thank you for choosing Spectrum.**
To avoid a late fee, the BALANCE must be paid by the DUE DATE. We
appreciate your prompt payment and value you as a customer.

**Auto Pay** Thank you for signing up for auto pay. Please note your payment
may be drafted and posted to your Spectrum account the day after your
transaction is scheduled to be processed by your bank.

# Spectrum

4145 S. FALKENBURG RD RIVERVIEW FL 33578-8652
8448 3000 NO RP 06 04072023 NNNNNNNN 01 979749

ERICK VELASQUEZ
8534 SUVA ST
DOWNEY CA 90240-3353

April 6, 2023

**ERICK VELASQUEZ**

Account Number: 8448 30 053 1535935
Service At:

DOWNEY CA

| **Total Due by Auto Pay** | **$44.99** |
|---|---:|

SPECTRUM
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074

844830053153593500044990

**Spectrum▸**

April 6, 2023

ERICK VELASQUEZ
Account Number: 8448 30 053 1535935
Security Code: **1521**

**Have questions about your bill?**
Visit us at **Spectrum.net/billing**
Or, call us at 1-855-70-SPECTRUM (1-855-707-7328)

8448 3000  NO RP 06 04072023 NNNNNNNN 01 979749



## Charge Details

| | | |
|---|---|---|
| Previous Balance | | 44.99 |
| Credit Card Payment | 03/30 | -44.99 |
| **Remaining Balance** | | **$0.00** |

**Payments received after 04/06/23 will appear on your next bill.**

**Service from 04/06/23 through 05/05/23**

### Spectrum Internet™

| | |
|---|---|
| Spectrum Internet | 79.99 |
| Promotional Discount | -40.00 |
| Your promotional price will expire on 01/05/25 | |
| | |
| WiFi Service | 5.00 |
| Spectrum Internet Ultra | 20.00 |
| Promotional Discount | -20.00 |
| Your promotional price will expire on 01/05/27 | |

| | |
|---|---|
| | **$44.99** |
| Spectrum Internet™ Total | **$44.99** |
| **Current Charges** | **$44.99** |
| Total Due by Auto Pay | **$44.99** |

## Billing Information

**Tax and Fees** - This statement reflects the current taxes and fees for your area (including sales, excise, user taxes, etc.). These taxes and fees may change without notice. Visit spectrum.net/taxesandfees for more information.

**Terms & Conditions** - Spectrum's detailed standard terms and conditions for service are located at spectrum.com/policies.

**Spectrum Terms and Conditions of Service** - In accordance with the Spectrum Terms and Conditions of Service, Spectrum services are billed on a monthly basis. Spectrum does not provide credits for monthly subscription services that are cancelled prior to the end of the current billing month.

**Alternate Statement Formats** - Alternative formats of Spanish, Spanish or English Braille and Spanish or English large print are available for future billing statements and customer communications, by request, and can be provided within 30 days of Spectrum's receipt of the request.  To request an alternative format option, please contact Spectrum at 1-844-762-1301.

**Spectrum Security Center:** Spectrum offers tools and solutions to keep you and your family safe when connected. Learn how to safeguard your information, detect scams and how to identify fraud alerts. Learn more at Spectrum.net/SecurityCenter.

**Authorization to Convert your Check to an Electronic Funds Transfer Debit** - If your check is returned, you expressly authorize your bank account to be electronically debited for the amount of the check plus any applicable fees. The use of a check for payment is your acknowledgment and acceptance of this policy and its terms and conditions.

**Past Due Fee / Late Fee Reminder** - A late fee will be assessed for past due charges for service.

**Franchise Administrator** - City of Downey, City Hall  11111 Brookshire Ave  Downey CA 90241

**Complaint Procedures** - If you disagree with your charges, you need to register a complaint no later than 60 days after the due date on your bill statement.

Local Spectrum Store:  12214 Lakewood Blvd. Suites 112&116, Downey CA 90706  Store Hours:  Mon thru Sat - 10:00am to 8:00pm; Sun - 12:00pm to 5:00pm or 7220 Eastern Ave., Units D&E, Bell Gardens CA 90201  Store Hours:  Mon thru Sat - 10:00am to 8:00pm; Sun - 12:00pm to 5:00pm

**Spectrum▸**

For questions or concerns, please call **1-855-707-7328**.



STATE OF CALIFORNIA
BOF 4012 (Rev. 08/2022)

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
**STANDARD INITIAL AND RENEWAL APPLICATION**
**FOR LICENSE TO CARRY A CONCEALED WEAPON**

DEPARTMENT OF JUSTICE
PAGE 3 of 11

| Official Use Only |
| --- |

**Type of License Requested**

☒ Standard  ☐ Judge
☒ Reserve Officer  ☐ 90 Day

☐ **Initial Application**   ☒ **Renewal Application**

**Public Disclosure Admonition:**

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_____
Applicant Signature

Date: 03/24/23

_____
Witness Signature

Badge Number: 474112

Date: 6-3-23

**Section 1 - Applicant Personal Information**

Last Name: Velasquez

First Name: Erick

Middle Name: Roberto

If Applicable, Maiden Name or Other Names(s) Used

City of Residence: Downey

County of Residence: Los Angeles

Country of Citizenship: United States of America

Date of Birth: ▮▮▮▮▮▮

Place of Birth (City, County, State): Huntington Park, Los Angeles, CA

Height: 5'8

Weight: 138 lbs

Eye Color: Green

Hair Color: black

M/F: M

**Section 2 - Applicant Clearance Questions**

1. Do you now have, or have you ever had, a license to carry a concealed weapon (CCW)? If yes, please enter the issuing agency name, issue date and CCW license number. Use additional pages if necessary.  ☒YES ☐NO

Issuing Agency: Los Angeles Sheriffs department

Issue Date: 08/01/2021

CCW No.: AQ35Q85744

2. Have you ever applied for and been denied a CCW license? If yes, please enter the agency name, date, and the reason for denial.  ☐YES ☒NO

Agency Name: _____

Date: _____

Reason for Denial: _____

3. Have you ever held and subsequently renounced your United States citizenship? If yes, please explain.  ☐YES ☒NO

4. If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable? If yes, please explain.  ☐YES ☒NO

**RECEIVED**

**APR 12 2023**

**UNDERSHERIFF'S OFFICE**

STATE OF CALIFORNIA
BOF 4012 (Rev. 08/2022)

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
**STANDARD INITIAL AND RENEWAL APPLICATION**
**FOR LICENSE TO CARRY A CONCEALED WEAPON**

DEPARTMENT OF JUSTICE
PAGE 4 of 11

5.  Are you now, or have you been, a party to a lawsuit in the last five years? If yes, please explain.   ☐YES ☒NO

6.  Are you now, or have you been, subject to a restraining order(s) from any court? If yes, please explain.   ☐YES ☒NO

7.  Are you on probation or parole from any state for conviction of any offense including traffic? If yes, please explain.   ☐YES ☒NO

8.  List all traffic violations (moving violations only) and motor vehicle accidents you have had in the last five years. Use additional pages if necessary.

| Date | Violation/Accident | Agency | Citation No. |
|------|-------------------|--------|--------------|
|      |                   |        |              |
|      |                   |        |              |
|      |                   |        |              |
|      |                   |        |              |
|      |                   |        |              |

9.  Have you ever been convicted of any criminal offense (civilian or military) in the U.S. or any other country? If yes, please explain including the date, agency, charges and disposition.   ☐YES ☒NO

10. Have you withheld any fact that might affect the decision to approve this license? If yes, please explain.   ☐YES ☒NO

STATE OF CALIFORNIA
BOF 4012 (Rev. 08/2022)

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
## STANDARD INITIAL AND RENEWAL APPLICATION
## FOR LICENSE TO CARRY A CONCEALED WEAPON

DEPARTMENT OF JUSTICE
PAGE 5 of 11

## Section 3 - Description of Weapons

List below the weapons you desire to carry if granted a CCW license.  You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated.  Any misuse will cause an automatic revocation and possible arrest.  Use additional pages if necessary.

| Make | Model | Caliber | Serial Number |
|------|-------|---------|---------------|
| Smith & Wesson | MP Shield | 9mm | JBTQ 547 STOLEN |
| C-2 | PQ7 | 9mm | FL1792 |
| C2 | SP-01 | 9mm | 63705 81 STOLEN |

## Section 4 - CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license.  In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:

- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Title 49, section 46505 of the United States Code states that a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines.  Further, a person must declare that he/she is carrying such firearm, tear gas, or any dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made.  Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority.  Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

STATE OF CALIFORNIA
BOF 4012 (Rev. 08/2022)

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
**STANDARD INITIAL AND RENEWAL APPLICATION**
**FOR LICENSE TO CARRY A CONCEALED WEAPON**

DEPARTMENT OF JUSTICE
PAGE 8 of 11

## Section 6 - Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through an act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of any application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding false statements on a CCW Application, manslaughter, killing in defense of self or property, limitation on self-defense and defense of property, and child access and firearm storage, stated in this application.

I have read and understand the Firearms Prohibiting Categories attachment to this application. I further acknowledge that these prohibiting categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW license.

_____          03/24/2023
                Applicant Signature                              Date

_____     474112       6-3-23
                Witness Signature              Badge Number        Date

STATE OF CALIFORNIA
BOF-4012 (Rev. 08/2022)

DEPARTMENT OF JUSTICE
PAGE 9 of 11

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### STANDARD INITIAL AND RENEWAL APPLICATION
### FOR LICENSE TO CARRY A CONCEALED WEAPON

## Section 7 - Investigator's Interview Notes

**Velasquez**
Applicant Last Name

**Erick**
First Name

**Roberts**
Middle Name

**1996** **26**
Age

**2134**
～y No.

**D5664038**
CA Driver License/ID No.

CA Driver License Restrictions

**Downey** **CA** **562-413-7130**
City · State · Telephone Number (Day)

Mailing Address (if different) · City · State · Zip Code · Telephone Number (Evening)

Spouse/Domestic Partner Last Name · First Name · Middle Name

Physical Address (if different than applicant) · City · State · Zip Code · Telephone Number

**Corporate Assistant**
Applicant Occupation

**Tacos Gavilan**
Business/Employer Name

**Vernon** **CA** **323-514-8226**
City · State · Zip Code · Telephone Number

five years. Use additional pages if necessary.

**Downey** **CA**
City · State

**La Mirada** **CA**
City · State

Address · City · State · Zip Code

Address · City · State · Zip Code

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity? If yes, please explain.  ☐YES ☑NO

3. Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program. If yes, please explain.  ☐YES ☑NO

STATE OF CALIFORNIA
BOP 4012 (Rev. 08/2022)

# CALIFORNIA DEPARTMENT OF JUSTICE
## BUREAU OF FIREARMS
### STANDARD INITIAL AND RENEWAL APPLICATION
### FOR LICENSE TO CARRY A CONCEALED WEAPON

DEPARTMENT OF JUSTICE
PAGE 10 of 11

## Section 7 - Investigator's Interview Notes - Continued

4. Have you ever been involved in an incident involving firearms? If yes, please explain.   ☐ YES ☒ NO

5. Have you ever been involved in a domestic violence incident? If yes, please explain.   ☐ YES ☒ NO

6. List any arrest or formal charges, with or without disposition, for any criminal offenses within the U.S. or any other country (civilian or military).   ☐ YES ☒ NO

Please provide any additional information that should be considered in evaluating your moral character.

Additional Information.  Use additional pages if necessary.

I have attached two letters of Good Moral character.

Additionally, I would like to state that I believe my moral character to be of good value. I was raised by a Father & Mother who struggled through life just to achieve a better life for my siblings and I. I use this as my fuel to constantly help not only my family, but anyone who may find themselves in troubled waters.

SELF PROTECTION

STATE OF CALIFORNIA
BOF 4012 (Rev. 08/2022)

**CALIFORNIA DEPARTMENT OF JUSTICE**
**BUREAU OF FIREARMS**
**STANDARD INITIAL AND RENEWAL APPLICATION**
**FOR LICENSE TO CARRY A CONCEALED WEAPON**

DEPARTMENT OF JUSTICE
PAGE 11 of 11

## Section 8 - Release of Information and Declaration

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Applicant Signature

03/24/23
Date

_____
Witness Signature

427112
Badge Number

6-3-23
Date

## CCW Interview Guideline

During this interview, you will be asked questions related to any arrests, detentions, and convictions you may have experienced. Similar questions were also asked on the initial application you submitted. You MUST disclose every arrest, detention, and conviction regardless of the outcome or information told to you by court personnel or even your own attorney. The live scan will reveal this information despite your belief it was expunged, or the charge was dismissed from your record. Failure to disclose ALL arrests, detentions, and convictions will be grounds for denial. Do you understand?                (Y) N

1. Have you ever used any other name than what is listed on your application?   Y /(N)
2. Have you ever been arrested under a different name?   Y /(N)

3. Military:
   Were you honorably discharged?   Y /N
   Were you ever subject to court martial?   Y / N

   Have you ever filed a Restraining Order?   Y /(N)

4. Have you ever been the victim/witness of a violent crime?   Y /(N)
   What were your actions?

5. Have you ever been involved in a fight?   Y /(N)

6. Driving:
   Has your driver's license ever been suspended or revoked?   Y /(N)
   Have you ever been involved in street racing?   Y /(N)
   Have you ever driven drunk?   Y /(N)
   Have you ever been involved in road rage incident?   Y /(N)
   Have you ever been involved in a hit and run incident?   Y /(N)
   Have you ever been issued a warrant for failure to appear/failure to pay a fine? Y /(N)
   Have you ever been pulled over and the vehicle searched?   Y /(N)

7. Have you ever been detained or questioned by law enforcement in any investigation, or listed on a police report as a Suspect?   (Y) N
   - 2023, APP'S 2 FIREARMS STOLEN FROM HIS VEHICLE

8. Do you have any record sealed or expunged?   Y /(N)
   ↳ NOT NOTIFIED
   CCW .

9. Residence:
   Has law enforcement ever been to your home for any reason, whether you called   NOTIFIED
   them or not? 2021, NEGLIGENCE DISCHARGE AT HIS HOUSE - (N) N   CCW
   Have you ever had any confrontation with a neighbor, this or previous address? Y /(N)   UNIT
   Is there anyone in the home who is currently/previously on probation or parole? Y /(N)

10. Have you ever attempted suicide or placed on a 5150 hold?    Y / **N**
11. Have you ever been under the care of a psychiatrist or psychologist?    Y / **N**
12. Are you currently taking any prescription medication that would impair your judgement or prevent you from operating a motor vehicle?    Y / **N**

13. Have you ever used any illegal narcotic?    Y / **N**

14. Do you currently use marijuana?    Y / **N**

    (If YES, advise CCW license is VOID while under the influence.)

15. Employment:
    Is there any negative employment history (termination/suspension/write up/resignation in lieu of termination/verbal or physical altercation with supervisor or co-worker)    Y / **N**
    Have you ever worked for a law enforcement agency?    Y / **N**

    Security Guards:
    Is this CCW license for employment promotion?    Y / N
    Do you currently work as executive protection?    Y / N

16. Have you ever been or do you currently associate with a gang/clique/motorcycle club?    Y / **N**
17. Have you ever carried an unauthorized concealed weapon on your person or in your vehicle?    Y / **N**
18. Did I not ask you something, that you feel I should know, prior to ending this interview?    Y / **N**


_CABNENA_                    _6-3-23_
Investigator                Date


_VIA PHONE ON 6-3-23, ENICK VELAZQUEZ_
Applicant                Date

```
PAGE .02   '
TO: PED0  FROM: CLETS              08/17/23  06:12:45
4ZBE0PED0B.IG
CA0190097 RE: SER/G379584
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* STOLEN
SER/G379584 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/75
DOT/20230504 ENT/2 BBL/4-7 COL/BLACK
ORI/CA0197300 - VERNON PD OCA/CR23-0646
NOA/N
FCN/3052312400217

IMMEDIATELY CONFIRM WITH CA0197300 VERNON PD MNE/VER0
TELEPHONE 323 587-5171

* DROS - DEALER SALE
SER/G379584 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/CZ 75 SP 01  01152
DOT/20230206 BBL/4-7 UOM/IN COL/BLACK MAT/STEEL, POLY
 *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996    OLN/D5664038
ADR/
CTY/DOWNEY ST/CA ZIP/    CCC/1900
 *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T2133101026401391
FCN/3802304703574

* DROS - DEALER SALE
SER/G379584 MAK/SSS SAUER, J. P., & SONS CAL/45
TYP/P PISTOL  MOD/P220RCARRY
DOT/20071030 BBL/3-75
 *** PURCHASER INFORMATION ***
NAM/KELLY,THOMAS FRANCIS DOB/19670304 OLN/D6879646
ADR/
CTY/SAN FRANCISCO ST/CA ZIP/    CCC/3800
ORI/CA0380100 - SAN FRANCISCO PD OCA/T3910866
FCN/4670730800347

CHECKING NCIC
END AFS RESPONSE.
```

LISTED ON 2023
CCW APPLICATION.

STOLEN 5/4/23 IN

VERNON

```
PAGE 02
TO: PEO0   FROM: CLETS          12/05/23  08:32:22
4ZBE0PEOOP.IG
CA0190097 RE: SER/BST12132
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* STOLEN
SER/BST12132 MAK/BER BERETTA CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/92X PERFORMANCE
DOT/20230504 ENT/2 BBL/4-9 COL/ALUMINUM/SILVER
ORI/CA0197300 - VERNON PD OCA/CR23-0646
NOA/N
FCN/3052312400215

IMMEDIATELY CONFIRM WITH CA0197300 VERNON PD MNE/VER0
TELEPHONE 323 587-5171

* DROS - PO NON-ROSTER HANDGUN PPT
SER/BST12132 MAK/BER BERETTA CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/92X
DOT/20230119 BBL/5 UOM/IN COL/ALUMINUM/SILVER
 *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996     OLN/D5664038
ADR/
CTY/DOWNEY ST/CA ZIP/     CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/SOTO,CAMILO SDB/19930312 SDL/E2224229
SDD/
SCY/LONG BEACH SST/CA SZC/90805 CCC/1900
SEM/32000(B)(4)
 *** DEALER INFORMATION ***
DLR/MATCH GRADE GUNSMITHS DID/23564
DDD/
DCY/CERRITOS DST/CA DZC/90703 DCC/1900 DTN/562-691-3808
ORI/CA0190000 - LOS ANGELES CO SD OCA/T2356401024601449
FCN/2322303302196

* DROS - DEALER SALE
SER/BST12132 MAK/BER BERETTA CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/92X
DOT/20221112 BBL/4-7 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/SOTO,CAMILO DOB/19930312 OLN/E2224229
ADR/477 EAST 60TH ST
CTY/LONG BEACH ST/CA ZIP/90805 CCC/1900
PEM/32000(B)(4)
 *** DEALER INFORMATION ***
DLR/PROFORCE LAW ENFORCEMENT DID/20966
DDD/
DCY/BREA DST/CA DZC/92821 DCC/3000 DTN/714-257-9095
ORI/CA0300200 - BREA PD OCA/T2096601017800288
FCN/3752234002159


CHECKING NCIC
END AFS RESPONSE.
```

NOT LISTED AS

A CCW.

STOLEN 5/4/23 IN

VERNON

PAGE 02
TO: PEO0   FROM: CLETS                    12/05/23   07:10:02
4ZBE0PEO0A.IG
CA0190097 RE: SER/JBT0542
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* STOLEN
SER/JBT0542 MAK/SW SMITH AND WESSON CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/MP SHIELD
DOT/20230504 ENT/2 BBL/4-3 COL/BLACK
ORI/CA0197300 - VERNON PD OCA/CR23-0646
NOA/N
FCN/3052312400220

IMMEDIATELY CONFIRM WITH CA0197300 VERNON PD MNE/VER0
TELEPHONE 323 587-5171

* DROS - DEALER SALE
SER/JBT0542 MAK/SW SMITH AND WESSON CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/M P9SHLD BK HIVIZ 11905
DOT/20190514 BBL/3 UOM/IN COL/BLACK MAT/STNLS STL; PLYM
 *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996█████ OLN/D5664038
ADR/████████
CTY/DOWNEY ST/CA ZIP/█████ CCC/1900
 *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16577
DDD/████████
DCY/NORWALK DST/CA DZC/90650 DCC/1900 DTN/562-929-4056
ORI/CA0190000 - LOS ANGELES CO SD OCA/T1657700890000123
FCN/2321914408569

CHECKING NCIC
END AFS RESPONSE.

*(handwritten annotations:)*
LISTED ON
2021 + 2023
CCW APPLICATION
STOLEN 5/4/23 IN
VERNON

```
PAGE 01  06/02/23  08:08:45 PDP0 PRINT REQUESTED764 TERMINAL PED0
TO: PED0   FROM: CLETS              06/02/23  08:08:30              PAGE 002
4ZBE0PED0R.IG
CA0190097 RE: NAM/VELASQUEZ,ERICK ROBERTS DOB/19960801
RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PO NON-ROSTER HANDGUN PPT
SER/F417192 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/P07
DOT/20230119 BBL/3-5 UOM/IN COL/BLACK
  *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996      OLN/D5664038
ADR/
CTY/DOWNEY ST/CA ZIP/         CCC/1900
  *** SELLER/TRANSFEROR INFORMATION ***
SNM/SOTO,CAMILO SDB/19930312 SDL/E2224229
SDD/477 EAST 60TH ST
SCY/LONG BEACH SST/CA SZC/90805 CCC/1900
SEM/32000(B)(4)
  *** DEALER INFORMATION ***
DLR/MATCH GRADE GUNSMITHS DID/23564
DDD/
DCY/CERRITOS DST/CA DZC/90703 DCC/1900 DTN/562-691-3808
```