# Exhibit 2

OCA# **CR23-0646**

# VERNON POLICE DEPARTMENT
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

CA0197300

## LOCATION / TIME

| Report Date / Time | Incident Start Date / Time | Incident End Date / Time | |
|---|---|---|---|
| 05/04/2023 00:11:09 | WEDNESDAY 05/03/2023 23:00:00 | THURSDAY 05/04/2023 00:05:00 | |
| Internal Incident Status | Report Type | ☐ PC 293 Sex Crime | ☐ CHP180 |
| ACTIVE | VPD CA NIBRS Incident (Summary) | ☐ Evidence Collected | ☐ Hate Crime |
| Incident Location | | ☐ Serialized Property | ☐ Gang Related |
| 5182 MALABAR ST VERNON CA 90058 | | Reporting Area | |
| Secondary Location | | 01 | |

## OFFENSE

| Penal Code | F/M | Penal Code Description | Counts | Attempt/Completed |
|---|---|---|---|---|
| 459PC | F | BURGLARY | 1 | COMPLETED |
| Offense Location | | Time Of Day | Bias Motivation | Structure |
| HIGHWAY / ROAD / ALLEY / STREET | | NIGHT | NONE | |
| Weapon | | | | |

## VICTIM

| Name | Phone | Phone |
|---|---|---|
| ERICK ROBERTO VELASQUEZ | (562) 413-7130 | |
| Address | | |
| [redacted] DOWNEY CA [redacted] | | |

| Occupation | Employer Name | Employer Address |
|---|---|---|
| UNKNOWN OR NOT STATED | TACOS EL GAVILAN | 5182 MALABAR ST VERNON CA 90058 |

| DOB | Age | Sex | Race | Ethnicity | SSN | License State | | Lic. Class |
|---|---|---|---|---|---|---|---|---|
| 1996 | 26 | M | Hispanic | H | | CA | [redacted] | C |

Injuries

## RELATED OFFENSES

| 459 | BURGLARY |
|---|---|

## SUSPECT

| Name | Phone | Phone |
|---|---|---|
| UNKNOWN | | |
| Address | | |

| Occupation | Employer | Employer Address |
|---|---|---|
| | | |

| DOB | Age | Sex | Height | Weight | Race | Ethnicity | SSN |
|---|---|---|---|---|---|---|---|

| Build | Complexion | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|

| Eye Color | Facial Hair | Speech | Teeth |
|---|---|---|---|

| License State | License Number | Lic. Class | Clothing |
|---|---|---|---|

| Solicit/Offer | Suspect Force | Forced Victim | Suspect Action |
|---|---|---|---|

## SCARS/MARKS/TATTOOS

**VERNON POLICE DEPARTMENT**
**FOR OFFICIAL USE ONLY**
Unauthorized use of this information
is a violation of Penal Code Sections
13302-13305 and may subject
violators to misdemeanor charges.
REL TO: ERICK R. VELASQUEZ
AGENCY: VICTIM
BY: DAwn  DATE 5-22-23

1

# VERNON POLICE DEPARTMENT
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

CA0197300

OCA#: CR23-0646

## RELATED OFFENSES

| | |
|---|---|
| 459 | BURGLARY |

## PROPERTY

**Status:** STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.)

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | SAVIOR | | BLACK |

**Statute Description:**

**Description:** PISTOL RANGE BAG

**Serial Number:**

| Value | Recovered Date | Recovered Value |
|---|---|---|
| $85.00 | | |

## RELATED TO
## PROPERTY

**Status:** STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.)

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | | | |

**Statute Description:**

**Description:** CHASE CHECKBOOK

**Serial Number:**

| Value | Recovered Date | Recovered Value |
|---|---|---|
| $0.00 | | |

## RELATED TO
## GUN

**Status:** STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.)

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | SMITH & WESSON - US | M&P SHIELD | BLACK |

**Statute:**

**Serial Number:** JBT0542

**Description:** PISTOL WITH HOLOSUN OPTIC

| Caliber | Barrel Length | Type | Action Type | Damage Description |
|---|---|---|---|---|
| 9MM | 4.3 INCHES | HANDGUN | SEMI-AUTOMATIC | |

| Stolen Value | Recovered Date | Recovered Value |
|---|---|---|
| 750 | | |

## RELATED TO
## GUN

**Status:** STOLEN ETC. INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.

**VERNON POLICE DEPARTMENT**
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

OCA#: CR23-0646

CA0197300

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | BERETTA(FI INDUSTRIES) - US | 92X PERFORMANCE | SILVER |

| Statute | | Serial Number | |
|---|---|---|---|
| | | BST12132 | |

Description: PISTOL

| Caliber | Barrel Length | Type | Action Type | Damage Description |
|---|---|---|---|---|
| 9MM | 4.9 inches | HANDGUN | SEMI-AUTOMATIC | |

| Stolen Value | Recovered Date | Recovered Value |
|---|---|---|
| 1900 | | |

**RELATED TO**

**GUN**

Status: STOLEN/ETC.(INCLUDES BRIBED, DEFRAUDED, EMBEZZLED, EXTORTED, RANSOMED, ROBBED, ETC.)

| Quantity | Make | Model | Color |
|---|---|---|---|
| 1 | CZ - CK | 75 COMPACT | BLACK |

| Statute | | Serial Number |
|---|---|---|
| | | G379584 |

Description: PISTOL

| Caliber | Barrel Length | Type | Action Type | Damage Description |
|---|---|---|---|---|
| 9MM | 4.7 INCHES | HANDGUN | SEMI-AUTOMATIC | |

| Stolen Value | Recovered Date | Recovered Value |
|---|---|---|
| 750 | | |

**RELATED TO**

**VEHICLE**

| Vehicle Status | Status |
|---|---|
| VICTIM VEHICLE | |

| Year | Make | Model | Style | Color |
|---|---|---|---|---|
| 2021 | Honda | Accord | 4T | WHITE |

| Statute | Damage |
|---|---|

| State of Plate | License Plate | Year of Plate | VIN |
|---|---|---|---|
| CA | 8WLR558 | 2023 | 1HGCV1F31MA066984 |

| Value | Recovered Date | Recovered Value |
|---|---|---|

Comments:

**RELATED TO**

ERICK VELASQUEZ

3



**VERNON POLICE DEPARTMENT**
4305 S Santa Fe Ave
Vernon, CA 90058
(323)587-5171

OCA#
CR23-0646

CA0197300

## NARRATIVE

NARRATIVE

On 05-04-23, at approximately 0011 hours, I was dispatched to 5182 Malabar Street regarding a vehicle burglary report. Upon arrival, I spoke with the victim, Erick Velasquez who told me the following.

Velasquez said on 05-03-23, at approximately 2330 hours, he was working at the above-mentioned address when he heard a car alarm activate. Velasquez said he thought it was a random vehicle (not his), so he ignored it. Velasquez said he finished his shift at approximately midnight hours and went out to his vehicle which was parked on Malabar Street, north of 52nd Street. Velasquez said he opened his vehicle and saw that the center console was open and some of his belongings were scattered throughout the vehicle. Velasquez said he then checked the trunk of his vehicle and began to look for his pistol range bag which contained three pistols. Velasquez said his range bag was taken. After further inspection, he also noticed the suspect(s) stole his Chase checkbook. For further regarding the stolen property, refer to the property portion of this report.

Velasquez said he can identify the stolen property if seen again and is desirous of prosecution for the burglary to his vehicle.

Investigation:

There was no damage to the vehicle so it's unknown how the suspect(s) entered the vehicle. I was unable to obtain any latent finger prints.

I checked the surrounding area for video surveillance cameras and located several on the west wall of the above-mentioned address. Velasquez said the surveillance cameras do work; however, they don't record. No evidence was located.

I took photographs of the scene and Velasquez provided me with photographs of two of the stolen pistols. I searched the internet and obtained a sample photograph of the third stolen pistol. I later downloaded these photographs into this report.

I provided Velasquez a business card containing the report number and Marsy's Law printed on the back.

I completed an AFS Clets form for each stolen pistol and forwarded the forms to Vernon Dispatch. Vernon Dispatch entered the stolen pistols into AFS.

| ADMIN | | |
|---|---|---|
| Officer Name | Date | Involvement Type |
| NEWTON TODD 623 | 05/04/2023 04:17:00 | REPORTING |
| Officer Name | Date | Involvement Type |
| RAMOS JOSE 607 | 05/05/2023 04:13:21 | REVIEWING |

4

```
PAGE .02
TO: PED0   FROM: CLETS           08/17/23  06:12:45
4ZBE0PED0B.IG
CA0190097 RE: SER/G379584
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* STOLEN
SER/G379584 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/75
DOT/20230504 ENT/2 BBL/4-7 COL/BLACK
ORI/CA0197300 - VERNON PD OCA/CR23-0646
NOA/N
FCN/3052312400217

IMMEDIATELY CONFIRM WITH CA0197300 VERNON PD MNE/VER0
TELEPHONE 323 587-5171

* DROS - DEALER SALE
SER/G379584 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/CZ 75 SP 01   01152
DOT/20230206 BBL/4-7 UOM/IN COL/BLACK MAT/STEEL, POLY
   *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996       OLN/D5664038
ADR/
CTY/DOWNEY ST/CA ZIP/       CCC/1900
   *** DEALER INFORMATION ***
DLR/RIFLE GEAR DID/21331
DDD/18065 MOUNT SHAY ST
DCY/FOUNTAIN VALLEY DST/CA DZC/92708 DCC/3000 DTN/949-209-6413
ORI/CA0300700 - FOUNTAIN VALLEY PD OCA/T2133101026401391
FCN/3802304703574

* DROS - DEALER SALE
SER/G379584 MAK/SSS SAUER, J. P., & SONS CAL/45
TYP/P PISTOL  MOD/P220RCARRY
DOT/20071030 BBL/3-75
   *** PURCHASER INFORMATION ***
NAM/KELLY,THOMAS FRANCIS DOB/19670304 OLN/D6879646
ADR/2250 BAY ST SUITE 213
CTY/SAN FRANCISCO ST/CA ZIP/94123 CCC/3800
ORI/CA0380100 - SAN FRANCISCO PD OCA/T3910866
FCN/4670730800347


CHECKING NCIC
END AFS RESPONSE.
```

*Handwritten annotations:*
- LISTED ON 2023 CCW APPLICATION.
- STOLEN 5/4/23 IN VERNON

```
PAGE 02
TO: PEO0   FROM: CLETS          12/05/23  08:32:22
4ZBE0PEO0P.IG
CA0190097 RE: SER/BST12132
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* STOLEN
SER/BST12132 MAK/BER BERETTA CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/92X PERFORMANCE
DOT/20230504 ENT/2 BBL/4-9 COL/ALUMINUM/SILVER
ORI/CA0197300 - VERNON PD OCA/CR23-0646
NOA/N
FCN/3052312400215

IMMEDIATELY CONFIRM WITH CA0197300 VERNON PD MNE/VER0
TELEPHONE 323 587-5171

* DROS - PO NON-ROSTER HANDGUN PPT
SER/BST12132 MAK/BER BERETTA CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/92X
DOT/20230119 BBL/5 UOM/IN COL/ALUMINUM/SILVER
   *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996     OLN/D5664038
ADR/
CTY/DOWNEY ST/CA ZIP/       CCC/1900
   *** SELLER/TRANSFEROR INFORMATION ***
SNM/SOTO,CAMILO SDB/19930312 SDL/E2224229
SDD/477 EAST 60TH ST
SCY/LONG BEACH SST/CA SZC/90805 CCC/1900
SEM/32000(B)(4)
   *** DEALER INFORMATION ***
DLR/MATCH GRADE GUNSMITHS DID/23564
DDD/16305 S PIUMA AVENUE
DCY/CERRITOS DST/CA DZC/90703 DCC/1900 DTN/562-691-3808
ORI/CA0190000 - LOS ANGELES CO SD OCA/T2356401024601449
FCN/2322303302196

* DROS - DEALER SALE
SER/BST12132 MAK/BER BERETTA CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/92X
DOT/20221112 BBL/4-7 UOM/IN COL/BLACK
   *** PURCHASER INFORMATION ***
NAM/SOTO,CAMILO DOB/19930312 OLN/E2224229
ADR/477 EAST 60TH ST
CTY/LONG BEACH ST/CA ZIP/90805 CCC/1900
PEM/32000(B)(4)
   *** DEALER INFORMATION ***
DLR/PROFORCE LAW ENFORCEMENT DID/20966
DDD/655 N BERRY ST STE H
DCY/BREA DST/CA DZC/92821 DCC/3000 DTN/714-257-9095
ORI/CA0300200 - BREA PD OCA/T2096601017800288
FCN/3752234002159


CHECKING NCIC
END AFS RESPONSE.
```

*Handwritten annotation:* NOT LISTED AS A CCW. STOLEN 5/4/23 IN VERNON

```
PAGE 02
TO: PEO0   FROM: CLETS        12/05/23   07:10:02
4ZBE0PEO0A.IG
CA0190097 RE: SER/JBT0542
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* STOLEN
SER/JBT0542 MAK/SW SMITH AND WESSON CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/MP SHIELD
DOT/20230504 ENT/2 BBL/4-3 COL/BLACK
ORI/CA0197300 - VERNON PD OCA/CR23-0646
NOA/N
FCN/3052312400220

IMMEDIATELY CONFIRM WITH CA0197300 VERNON PD MNE/VER0
TELEPHONE 323 587-5171

* DROS - DEALER SALE
SER/JBT0542 MAK/SW SMITH AND WESSON CAL/9
TYP/PI PISTOL   SEMI-AUTOMATIC MOD/M P9SHLD BK HIVIZ 11905
DOT/20190514 BBL/3 UOM/IN COL/BLACK MAT/STNLS STL; PLYM
  *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996        OLN/D5664038
ADR/
CTY/DOWNEY ST/CA ZIP/          CCC/1900
  *** DEALER INFORMATION ***
DLR/TURNER'S OUTDOORSMAN DID/16577
DDD/11336 FIRESTONE BLVD
DCY/NORWALK DST/CA DZC/90650 DCC/1900 DTN/562-929-4056
ORI/CA0190000 - LOS ANGELES CO SD OCA/T1657700890000123
FCN/2321914408569

CHECKING NCIC
END AFS RESPONSE.
```

*Handwritten annotation:* LISTED ON 2021 + 2023 CCW APPLICATION   STOLEN 5/4/23 IN VERNON

```
PAGE 01  06/02/23  08:08:45 PDP0 PRINT REQUESTED BY TERMINAL PED0
TO: PED0   FROM: CLETS          06/02/23  08:08:30           PAGE 002
4ZBE0PED0R.IG
CA0190097 RE: NAM/VELASQUEZ,ERICK ROBERTS DOB/19960801
RESPONSE TO QGH INQUIRY

DATA IN AFS.

* DROS - PO NON-ROSTER HANDGUN PPT
SER/F417192 MAK/FOZ CESKA ZBROJOVKA FOX CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/P07
DOT/20230119 BBL/3-5 UOM/IN COL/BLACK
 *** PURCHASER INFORMATION ***
NAM/VELASQUEZ,ERICK ROBERTO DOB/1996     OLN/D5664038
ADR
CTY/DOWNEY ST/CA ZIP/         CCC/1900
 *** SELLER/TRANSFEROR INFORMATION ***
SNM/SOTO,CAMILO SDB/19930312 SDL/E2224229
SDD/477 EAST 60TH ST
SCY/LONG BEACH SST/CA SZC/90805 CCC/1900
SEM/32000(B)(4)
 *** DEALER INFORMATION ***
DLR/MATCH GRADE GUNSMITHS DID/23564
DDD/16305 S PIUMA AVENUE
DCY/CERRITOS DST/CA DZC/90703 DCC/1900 DTN/562-691-3808
```

# Facsimile Transmission



# Los Angeles County Sheriff's Department

*CCW Division*

**From:**
Name: Cabrera, Jared
Fax Number: 323 415-9804   (213)
Voice Phone: 626-404-0348   229-3110

**To:**
Name: Downey PD - Records Unit
Company:
Fax Number: 15629042384
Voice Phone:

Date/Time: Tuesday, December 5, 2023 8:32:18 AM
Page(s) + Cover: 02

**FAX NOTES:**

Accidental discharge report for Velazquez, Erick

BOF 1-112 (Rev. 08/2022)

**CALIFORNIA DEPARTMENT OF JUSTICE
BUREAU OF FIREARMS
STANDARD INITIAL AND RENEWAL APPLICATION
FOR LICENSE TO CARRY A CONCEALED WEAPON**

DEPARTMENT OF JUSTICE
PAGE 11 of 11

### Section 8 – Release of Information and Declaration

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

_____    03/24/23
Applicant Signature                  Date

_____    47411     6-3-23
Witness Signature       Badge Number    Date

Case 2:23-cv-10169-SPG-ADS   Document 27-3   Filed 02/21/24   Page 12 of 13   Page ID #:776

12/10/2023   21:40       5629042384                    DOWNEY PD RECORDS                              PAGE   03/04



# DOWNEY POLICE DEPARTMENT
## CASE REPORT

CASE# 2021-00016162

**EVENT**
- REPORTED DATE/TIME: 04/20/2021 00:38
- OCCURRED INCIDENT TYPE: Suspicious Incident
- OCCURRED FROM DATE/TIME: 04/20/2021 00:20
- OCCURRED THRU DATE/TIME: 04/20/2021 00:20
- LOCATION OF OCCURRENCE: 9617 STAMPS AVE Downey,

**ACCIDENTAL DISCHARGE**

**OFFENSES** — STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT

CONFIDENTIAL
Released To: LASD / Garcia
By: [signature]   Date: 18/11/03

CONFIDENTIAL
Dissemination, distribution, or copying of this document for unauthorized purposes is ... unlawful.

**SUBJECT**
- JACKET/SUBJECT TYPE: Adult Subject
- NAME (LAST, FIRST, MIDDLE SUFFIX): VELASQUEZ, ERICK ROBERTO
- DOB: [redacted]/1996
- AGE or AGE RANGE: 24
- ADDRESS: [redacted] DOWNEY, CA
- SEX: Male
- HEIGHT: 5'8 – 5'8
- WEIGHT: 128 – 128
- HAIR: BRO
- EYE: GRN
- PRIMARY PHONE: (562)413-7130

**REPORTING OFFICER:** SKOLL, 13635
**DATE:** 04/20/2021
**REVIEWED BY:** HERNANDEZ, MICHAEL
**DATE:** 04/20/2021

1 OF 2

Case 2021-00016162 Page 1 OF 2



## DOWNEY POLICE DEPARTMENT
### CASE REPORT
CASE# 2021-00016162

### NARRATIVE

On 04/20/21, at approximately 0040 hours, I responded to 9617 Stamps Ave, regarding a report of shots fired. The reporting party stated he accidentally discharged a 9mm, and nobody had been hurt. Corporals Barajas and Flores and I responded and contacted Erick Velasquez at his residence. The following is a summary of his statement to me.

Velasquez brought home a CZ 75 Compact handgun (serial number F034049) earlier in the day. The firearm is a double action/single action hammer fired handgun with a safety, but no decocking mechanism. He was familiarizing himself with the firearm in his bedroom on the second floor, and he did not have any dummy rounds. He put a live 9mm round into the chamber, and he meant to slowly and manually ease the hammer forward. The hammer slipped from his fingers and the weapon discharged into the wall to the south of his bedroom. He did not believe anyone was injured.

I inspected the firearm and rendered it safe. On the south wall of Velasquez's residence on the second floor, I observed damage, and Velasquez stated it was the result of the round passing through the wall, heading towards 9623 Stamps Ave. I was unable to contact anyone at that address. It did not appear as though there was any damage to 9623 Stamps Ave from the firearm.

I was unable to trace the path of the bullet through the wall from the inside of the residence using a flexible gun lock. Officers were unable to see my flashlight shining through the wall from the inside of the residence.

Sgt Pelayo was advised of the incident.

CONFIDENTIAL

Dissemination, distribution, or copying of this document for unauthorized purposes is ... unlawful.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 13635 SKOLL | 04/20/2021 | HERNANDEZ, MICHAEL | 04/20/2021 |

OF

Case 2021-00016162 Page 2 OF 2