MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                    Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**DECLARATION OF RYAN CHABOT IN SUPPORT OF DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND SHERIFF ROBERT LUNA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:          Hon. Sherilyn Peace Garnett<br>Hearing Date:  March 13, 2024<br>Hearing Time:  1:30 p.m.<br>Courtroom:     5C |

| | |
|---|---|
| 1 | ALAN SCHOENFELD (*pro hac vice* forthcoming) |
| 2 | alan.schoenfeld@wilmerhale.com |
|   | NOAH LEVINE (*pro hac vice* forthcoming) |
| 3 | noah.levine@wilmerhale.com |
| 4 | RYAN CHABOT (*pro hac vice* forthcoming) |
|   | ryan.chabot@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING |
| 6 | HALE AND DORR LLP |
|   | 7 World Trade Center |
| 7 | 250 Greenwich Street |
| 8 | New York, NY 10007 |
|   | Telephone: (212) 937-7294 |
| 9 | Facsimile: (212) 230-8888 |
| 10 | |
|    | *Attorneys for Defendants Los Angeles County* |
| 11 | *Sheriff's Department and Sheriff Robert Luna* |

DECLARATION OF RYAN CHABOT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

I, Ryan Chabot, declare:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Los Angeles Sheriff's Department and Sheriff Robert Luna. I am licensed to practice law in the States of New York and New Jersey and will be seeking permission to participate in this litigation *pro hac vice* on behalf the Los Angeles Sheriff's Department and Sheriff Robert Luna. I have personal knowledge of the facts set forth herein and with the proceedings in this case, and if called to testify as a witness thereto, I would do so competently under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Request for a Domestic Violence Restraining Order against Sherwin David Partowashraf, with the name of the victim redacted.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Temporary Restraining Order restraining Sherwin David Partowashraf, with the name of the victim redacted.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Superior Court of California's July 18, 2022 minutes of proceedings in case number 22STRO03813, with the name of the victim redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2024.

/s/ Ryan Chabot

Ryan Chabot

1

DECLARATION OF RYAN CHABOT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark Selwyn, am the ECF user whose ID and password are being used to file this Declaration Of Ryan Chabot In Support Of Defendants Los Angeles County Sheriff's Department And Sheriff Robert Luna's Opposition To Plaintiffs' Motion For Preliminary Injunction. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: February 21, 2024            */s/ Mark Selwyn*
                                    Mark Selwyn