# Exhibit 1

**DV-100**

# Request for Domestic Violence Restraining Order

**Instructions:** To ask for a domestic violence restraining order, you will need to complete this form and other forms. After you complete this form, see next steps on page 12.

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

**JUN 2 4 2022**

Sherri R. Carter, Executive Officer/Clerk of Court
By: Y. Pineda, Deputy

## ① Person Asking for Protection

a. **Your name:** J██████ T Y███████

b. **Your age:** ████

c. ⚠ **Address where you can receive court papers**

(This address will be used by the court and by the person in ② to send you official court dates, orders, and papers. For privacy, you may use another address like a post office box or another person's address, if you have their permission and can get your mail regularly. If you have a lawyer, give their information.)

Address: ADDRESS CONFIDENTIAL

City: _____ State: _____ Zip: _____

*Fill in court name and street address:*

**Superior Court of California, County of**
LOS ANGELES
111 North Hill Street
Los Angeles, CA 90012
CENTRAL DISTRICT

*Court fills in case number when form is filed.*

**Case Number:**
22STRO03813

d. ⚠ **Your contact information** *(optional)*

(The court could use this information to contact you. If you don't want the person in ② to have this information, leave it blank or provide a safe phone number or email address. If you have a lawyer, give their information.)

Telephone: _____ Fax: _____

Email Address: ███████████████

e. **Your lawyer's information** *(if you have one)*

Name: Self-Represented _____ State Bar No.: _____

Firm Name: _____

## ② Person You Want Protection From

a. **Full Name:** Sherwin David Partowashraf Aka David Partow

b. **Age** *(give estimate if you do not know exact age):* 37

c. **Date of Birth** *(if known):* ███████████

d. **Gender:** ☒ M   ☐ F   ☐ Nonbinary

e. **Race:** Middle Eastern

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2022, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
(Domestic Violence Prevention)

DV-100, Page 1 of 12
→

LHI7542 LOS ANGELES

| Case Number: |
| --- |
|  |

③ **Your Relationship to the Person in** ②

(If you do not have one of these relationships with the person in ②, you are not eligible for this type of restraining order. You may be eligible for another type of restraining order. Learn more at *www.courts.ca.gov/selfhelp-abuse.htm*.)

☑ *Check all that apply*

a. ☐ We have a child or children together
   *(names of children):* _____

b. ☐ We are married or registered domestic partners.

c. ☐ We used to be married or registered domestic partners.

d. ☒ We are dating or used to date.

e. ☐ We are or used to be engaged to be married.

f. ☐ We are related. The person in ② is my *(check all that apply):*

   ☐ Parent, stepparent, or parent-in-law        ☐ Brother, sister, sibling, or sibling-in-law
   ☐ Child, stepchild, or legally adopted child    ☐ Grandparent or grandparent-in-law
   ☐ Child's spouse                               ☐ Grandchild or grandchild-in-law

g. ☐ We live together or used to live together. *(If checked, answer question below):*

   Have you lived together with the person in ② as a family or household (more than just roommates)?

   ☐ Yes   ☐ No   (If no, you do not qualify for this kind of restraining order unless you checked one of the other relationships listed above.)

④ **Other Restraining Orders and Court Cases**

a. Are there any restraining orders currently in place **or** that have expired in the last six months (examples: Did the police give you a restraining order that lasts a few days? Do you have one from the criminal court?)

   ☐ No
   ☒ Yes   *(If yes, give information below and attach a copy if you have one.)*
   (1) *(date of order):* 06/24/2022 _____   *(date it expires):* 07/01/2022 _____
   (2) *(date of order):* _____   *(date it expires):* _____

b. Are you involved in any other court case with the person in ②?

   ☒ No
   ☐ Yes   *(If you know, list where the case was filed (city, state, or tribe), the year it was filed, and case number.)*

   ☐ Custody _____
   ☐ Divorce _____
   ☐ Juvenile Court _____
   ☐ Criminal _____
   ☐ Other *(what kind of case?):* _____

**This is not a Court Order.**

Revised January 1, 2022        **Request for Domestic Violence Restraining Order**        DV-100, Page 2 of 12
                                        **(Domestic Violence Prevention)**                              →

LHI7542 LOS ANGELES

| Case Number: |
|---|
| |

### Describe Abuse

In this section, explain how the person in ② has been abusive. The judge will use this information to decide your request. Here are some examples of what "abuse" means under the law *(not a complete list)*:

- harassed you
- made repeated unwanted contact with you
- tracked, controlled, or blocked your movements
- kept you from getting food or basic needs
- isolated you from friends, family, or other support
- made threats based on actual or suspected immigration status
- made you do something by force, threat, or intimidation
- stopped you from accessing or earning money

- hit, kicked, pushed, or bit you
- injured you or tried to
- threatened to hurt or kill you
- sexually abused you
- abused a pet or animal
- destroyed your property
- choked or strangled you
- abused your children

⑤ **Most recent abuse**

a. Date of abuse *(give an estimate if you don't know the exact date)*: __06/22/2022 and 06/23/2022__

b. Did anyone else hear or see what happened on this day?
   ☐ I don't know  ☐ No  ☒ Yes  *(If yes, give names):* not provided

c. Did the person in ② use or threaten to use a gun or other weapon?
   ☐ No  ☒ Yes  *(If yes, describe gun or weapon):* two handguns and one assault rifle

d. Did the person in ② cause you any emotional or physical harm?
   ☐ No  ☒ Yes  *(If yes, describe harm):*
   See 1 in Addendum (attached herein)

e. Did the police come? ☐ I don't know  ☐ No  ☒ Yes *(If the police gave you a restraining order, list it in ④.)*

f. Give more details about how the person in ② was abusive on this day. Details can include what was said, done, or sent to you (examples: text messages, emails, or pictures), how often something happened, etc.

   Sherwin David Partowashraf Aka David Partow physically abused me. Sherwin David Partowashraf Aka David Partow threatened to physically abuse me. Sherwin David Partowashraf Aka David Partow stalked me. Sherwin David Partowashraf Aka David Partow sexually assaulted me. Sherwin David Partowashraf Aka David Partow disturbed my peace. See declaration for additional details.

g. How often has the person in ② abused you like this?
   ☐ Just this once  ☐ 2–5 times  ☒ Weekly  ☐ Other: _____
   Give dates or estimates of when it happened, if known:
   06/14/2022 through 06/18/2022

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

LHI7542 LOS ANGELES

| Case Number: |
|---|
|  |

**⑥ Has the person in ② abused you in a different way from the abuse you described in ⑤?**
**If yes, describe below.**

a. Date of abuse *(give an estimate if you don't know the exact date):* 06/16/2022

b. Did anyone else hear or see what happened on this day?
☒ I don't know   ☐ No   ☐ Yes   *(If yes, give names):* _____

c. Did the person in ② use or threaten to use a gun or other weapon?
☐ No   ☒ Yes   *(If yes, describe gun or weapon):* See 2 in Addendum *(attached herein)*

d. Did the person in ② cause you any emotional or physical harm?
☐ No   ☒ Yes   *(If yes, describe harm):*
bruises, anxiety, sleeplessness, loss of appetite, performed degrading and violent sexual acts towards me

e. Did the police come? ☐ I don't know   ☒ No   ☐ Yes *(If the police gave you a restraining order, list it in ④.)*

f. Give more details about how the person in ② was abusive on this day. Details can include what was said, done, or sent to you (examples: text messages, emails, or pictures), how often something happened, etc.
Sherwin David Partowashraf Aka David Partow sexually assaulted me. Sherwin David Partowashraf Aka David Partow disturbed my peace. See declaration for additional details.

g. How often has the person in ② abused you like this?
☐ Just this once   ☐ 2–5 times   ☒ Weekly   ☐ Other: _____
Give dates or estimates of when it happened, if known:
04/03/2022 through 06/23/2022

**This is not a Court Order.**

LHI7542 LOS ANGELES

Case Number:

**(7) Is there other abuse by the person in (2) that you want the judge to know about? If yes, describe below.**

a. Date of abuse *(give an estimate if you don't know the exact date):* 06/01/2022

b. Did anyone else hear or see what happened on this day?
   ☒ I don't know   ☐ No   ☐ Yes   *(If yes, give names):* _____

c. Did the person in (2) use or threaten to use a gun or other weapon?
   ☐ No   ☒ Yes   *(If yes, describe gun or weapon):* two handguns and one assault rifle

d. Did the person in (2) cause you any emotional or physical harm?
   ☐ No   ☒ Yes   *(If yes, describe harm):*
   sleeplessness, anxiety, loss of appetite, extreme distress

e. Did the police come? ☐ I don't know   ☒ No   ☐ Yes *(If the police gave you a restraining order, list it in (4).)*

f. Give more details about how the person in (2) was abusive on this day. Details can include what was said, done, or sent to you (examples: text messages, emails, or pictures), how often something happened, etc.
   Sherwin David Partowashraf Aka David Partow stalked me. Sherwin David Partowashraf Aka David Partow
   disturbed my peace. See declaration for additional details.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

g. How often has the person in (2) abused you like this?
   ☐ Just this once   ☐ 2–5 times   ☒ Weekly   ☐ Other: _____
   Give dates or estimates of when it happened, if known:
   04/03/2022 through 06/23/2022

☒ **Check this box if you need more space to describe the abuse.** You can use <u>form DV-101, *Description of Abuse*</u>, and turn it in with this form. You can also use a separate sheet of paper, write "Describe Abuse" abuse at the top, and turn it in with this form.

**This is not a Court Order.**

Revised January 1, 2022     **Request for Domestic Violence Restraining Order**     DV-100, Page 5 of 12
(Domestic Violence Prevention)

LHI7542 LOS ANGELES

07/06/22

| Case Number: |
| --- |

## ⑧ Other Protected People

Do you want the restraining order to protect your children, family, or someone you live with?

a. ☐ No

b. ☒ Yes *(If yes, complete the section below):*

(1) <u>Full name</u>     <u>Age</u>     <u>Relationship to you</u>     <u>Lives with you?</u>

| Full name | Age | Relationship to you | Lives with you? |
| --- | --- | --- | --- |
| E▌▌Y▌ | ▌ | | ☒ Yes ☐ No |
| P▌▌Y▌ | ▌ | | ☒ Yes ☐ No |
| S▌▌Y▌ | ▌ | | ☐ Yes ☒ No |
| J▌▌Y▌ | ▌ | | ☐ Yes ☒ No |

☒ Check this box if you need to list more people. Use a separate piece of paper and write "DV-100, Other Protected People" at the top. Turn it in with this form.

(2) Why do these people need protection?

RP purposely placed his employment near my parent's home in order to stalk me, and falsely claimed to be in contact with my father, in which I documented recorded footage of him having access to photos of my parent's home, which I never sent him nor which he ever entered. He made several threats to punch my father if he ever saw him, even stating he would kill him if given the opportunity, and pressured me to give him my parent's address in order to stalk their home. Additionally, RP asked me to show him my brother's home in the near vicinity, and made note of the location, also asking several questions about my brother's employment and place of employment. Additionally, RP stated that he would show up unannounced and uninvited to my sister's wedding in order to crash her wedding, and interrogated me about my second brother's employment

## ⑨ Does Person in ② Have Firearms (Guns) or Ammunition?

a. ☐ I don't know

b. ☐ No

c. ☒ Yes *(If you have information, complete the section below.)*

(1) Describe firearms or ammunition *(examples: long, short, black, silver, handgun, rifle, semiautomatic):* two handguns and one assault rifle

(2) Number of firearms or ammunition, if known: three firearms and several boxes of ammunition

(3) Where they are located or stored, if known: under his pillow, kitchen counter, and hallway closet

**This is not a Court Order.**

LHI7542 LOS ANGELES

**Case Number:**

---

## Choose the Orders That You Want a Judge to Make

In this section, you will choose the orders you want a judge to make now. Every situation is different.
Choose the orders that fit your situation.

☑ *Check all the orders that you want a judge to make (order).*

(10) ☒ **Order to Not Abuse**

**I ask the judge to order the person in ② to not do the following things to me or anyone listed in ⑧:**

Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.

**Disturbing the peace** includes, but is not limited to:

- Isolating you from friends, relatives, or other support; keeping you from food or basic needs; controlling or keeping track of you, including your movements, contacts, actions, money, or access to services; and making you do something by force, threat, or intimidation, including threats related to actual or suspected immigration status.

- Destroying your mental or emotional well-being. This can be done directly or indirectly, such as through someone else. This can also be done in any way, including by phone, text, or online.

(11) ☒ **No-Contact Order**

I ask the judge to order the person in ② to not contact me or anyone listed in ⑧.

(12) ☒ **Stay-Away Order**

a. I ask the judge to order the person in ② to stay away from:

☑ *Check all that apply*

☒ Me.    ☒ My vehicle.    ☐ My children's school or childcare.

☒ My home.    ☐ My school.    ☒ Other *(please explain):*

☒ My job or workplace.    ☒ Each person in ⑧.    ▮my parent's house▮ ▮and my family▮ ▮and my brother's house.▮ ▮parent's home in order to stalk me▮

b. How far do you want the person to stay away from all the places you checked above?

☐ 100 yards (300 feet)    ☒ Other *(give distance in yards):* 167 yards

This is not a Court Order.

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

LHI7542 LOS ANGELES

| Case Number: |
|---|
|  |

**(12) Stay-Away Order (continued)**

c. Do you and the person in **(2)** live together or live close to each other?

☒ No   ☐ Yes *(If yes, check one):*

    ☐ Live together *(If you live together, you can ask that the person in* **(2)** *move out in* **(13)** *.)*

    ☐ Live in the same building, but not in the same home

    ☐ Live in the same neighborhood

    ☐ Other *(please explain):* _____

d. Do you and the person in **(2)** have the same workplace or go to the same school?

☒ No   ☐ Yes *(If yes, check all that apply):*

    ☐ Work together at *(name of company):* _____

    ☐ Go to the same school *(name of school):* _____

    ☐ Other *(please explain):* _____

**(13) ☐ Order to Move Out**

a. I ask the judge to order the person in **(2)** to move out of the home, located at:

    *(Give address):* _____

b. I have a right to live at this address because:

    ☑ *Check all that apply*

| | |
|---|---|
| ☐ I own the home. | ☐ I have lived at this address for ____ years, ____ months. |
| ☐ My name is on the lease. | ☐ I pay for some or all the rent or mortgage. |
| ☐ I live at this address with my child(ren). | ☐ Other *(please explain):* _____ |

**(14) ☐ Other Orders**

*(Describe any additional orders you want the judge to make to keep you, your children, or the people in* **(8)** *safe.):*

_____

_____

_____

**(15) ☐ Child Custody and Visitation**

Check this box if you have a child with the person in **(2)** and want the court to make or change a child custody/visitation order. You must also fill out form DV-105, *Request for Child Custody and Visitation Orders*, and attach

**This is not a Court Order.**

Revised January 1, 2022     **Request for Domestic Violence Restraining Order**     DV-100, Page 8 of 12
**(Domestic Violence Prevention)**

LHI7542 LOS ANGELES

07/06/22

Case Number:

**16** ☒ **Protect Animals**

a. (You may ask the court to protect your animals, your children's animals, or the person in **②**'s animals.)

| Name *(or other way to ID animal)* | Type of animal | Breed *(if known)* | Color |
|---|---|---|---|
| (1) Buddy | dog | Chihuahua | Tan |
| (2) | | | |
| (3) | | | |
| (4) | | | |

b. I ask the judge to protect the animals listed above by ordering the person in **②** to:

☑ *Check all that apply*

(1) ☒ Stay away from the animals by at least:
☐ 100 yards (300 feet)  ☒ Other *(give distance in yards):* 167 yards

(2) ☒ **Not** take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.

(3) ☐ Give me sole possession, care, and control of the animals because *(check all that apply):*
☐ Person in **②** abuses the animals.  ☐ I take care of these animals.
☐ I purchased these animals.  ☐ Other *(please explain):* _____
_____

**17** ☐ **Control of Property**

a. I ask the judge to give **only me** temporary use, possession, and control of the property listed here *(describe):*
_____
_____

b. Explain why you want control of the property you listed:
_____
_____
_____

**18** ☐ **Health and Other Insurance**

I ask the judge to order the person in **②** to **not** make any changes to any insurance or other coverage for me, the person in **②**, or our children, including not being allowed to cancel, cash, borrow against, transfer, dispose of, or change the beneficiaries for the insurance.

**19** ☒ **Record Communications**

I ask the judge to allow me to record calls or communications the person in **②** makes to me, when those calls or communications violate this restraining order.

**This is not a Court Order.**

LHI7542 LOS ANGELES

| Case Number: |
|---|
|  |

**(20)** ☐ **Property Restraint** *(only if you are married or a registered domestic partner with the person in* **(2)**.)

I ask the judge to order the person in **(2)** **not to** borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the person in **(2)** to notify me of any new or big expenses and to explain them to the court.

**(21)** ☐ **Extend My Deadline to Give Notice to Person in (2)**

(Usually, the judge will give you about two weeks to give notice, or to "serve" the person in **(2)** of your request. If you need more time to serve, the judge may be able to give you a few extra days.)

I ask the judge to give me more time to serve the person in **(2)** because *(explain why you need more time):*

_____

_____

**(22)** ☐ **Pay Debts (Bills) Owed for Property**

(If you want the person in **(2)** to pay any debts owed for property, list them and explain why. The amount can be for the entire bill or only a portion. Some examples include rent, mortgage, car payment, etc.)

a. I ask the judge to order the person in **(2)** to make these payments while the restraining order is in effect:

(1) Pay to: _____ For: _____ Amount: $ _____ Due date: _____

(2) Pay to: _____ For: _____ Amount: $ _____ Due date: _____

(3) Pay to: _____ For: _____ Amount: $ _____ Due date: _____

Explain why you want the person in **(2)** to pay the debts listed above:

_____

_____

_____

b. **Special decision (finding) by the judge if you did not agree to the debt** *(optional)*

(If you did not agree to the debt or debts listed above, you can ask the judge to decide (find) that one or more debts was made without your permission and resulted from the person in **(2)**'s abuse. This may help you defend against the debt if you are sued in another case.)

Do you want the judge to make this special decision (finding)?

☐ No    ☐ Yes    *(If yes, answer the questions below.)*

(1) Which of the debts listed above resulted from the abuse? *(check all that apply):*

☐ a(1)    ☐ a(2)    ☐ a(3)

(2) Do you know how the person in **(2)** made the debt or debts?

☐ No    ☐ Yes

*(If yes, explain how the person in* **(2)** *made the debt or debts):*

_____

_____

_____

**This is not a Court Order.**

Revised January 1, 2022                    **Request for Domestic Violence Restraining Order**                    DV-100, Page 10 of 12
(Domestic Violence Prevention)

LHI7542 LOS ANGELES

**Case Number:**

## Orders That You Want a Judge to Make at Your Court Date

Below is a list of orders that a judge cannot make right away but can make at your court date in a few weeks. The person in ② must be notified of your court date before the judge can consider making any of the orders listed below. Check all the orders that you want the judge to make at your court date.

**(23) ☒ Pay Expenses Caused by the Abuse**

I ask the judge to order the person in ② to pay for things **caused directly** by the person in ② (damaged property, medical care, counseling, temporary housing, etc.). Bring proof of these amounts to your court date.

| Pay to: J█████Y | For: See 3 in Addendum✱ Amount: $ 10,000 |
| Pay to: J█████Y | For: Psychological Counseling Amount: $ $600 |
| Pay to: J█████Y | For: Hospital Visit Amount: $ $1000 |

**(24) ☐ Child Support** *(this only applies if you have a minor child with the person in ②)*

    ☑ *Check all that apply*

a. ☐ I do not have a child support order and I want one.

b. ☐ I have a child support order and I want it changed *(attach a copy if you have one)*.

c. ☐ I now receive or have applied for TANF, Welfare, or CalWORKS.

**(25) ☐ Spousal Support** *(this only applies if you are married or a registered domestic partner with person in ②)*

I ask the judge to order the person in ② to give me financial assistance.

**(26) ☐ Lawyer's Fees and Costs**

I ask that the person in ② pay for some or all of my lawyer's fees and costs.

**(27) ☒ Batterer Intervention Program**

I ask the judge to order the person listed in ② to go to a 52-week batterer intervention program. (The goal of a batterer's intervention program is to stop abuse. There are weekly classes to teach accountability, abuse effects, and gender roles. If ordered to complete this program, the person in ② would have to show proof to the judge that they enrolled and completed the program.)

**(28) ☐ Transfer of Wireless Phone Account**

(If the person in ② holds the rights to your cell phone account, you can ask the judge to transfer your number or your child's number to you. This means you will be financially responsible for these accounts. If you want to have control over a mobile device, like a cell phone, make this request at ⑰.)

I ask the judge to order the wireless service provider to transfer the billing responsibility and rights to the wireless phone numbers listed below to me because the account currently belongs to the person in ②:

a. ☐ My number   ☐ Number of child in my care   (including area code): _____

b. ☐ My number   ☐ Number of child in my care   (including area code): _____

**This is not a Court Order.**

Revised January 1, 2022     **Request for Domestic Violence Restraining Order** (Domestic Violence Prevention)     DV-100, Page 11 of 12 ➔

LHI7542 LOS ANGELES

Case Number: _____

---

## Automatic Orders That a Judge Can Make Right Away

**(29)  No Guns, Other Firearms, or Ammunition**

If the judge grants you a restraining order, the person in ② must sell or turn in any firearms that they have or control. The person in ② would also be prohibited from buying firearms and ammunition.

**(30)  Cannot Look for Protected People**

If the judge grants you a restraining order, the person in ② will not be allowed to look for the address or location of any person protected by the restraining order, unless the court finds good cause not to make this order.

**(31)  Additional pages**

If you used additional paper or forms, enter the number of extra pages attached to this form: _____ 9 _____

**(32)  Your signature**

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: June 24, 2022 _____

J▮▮▮▮▮T Y▮▮▮▮ _____          ▶ J▮▮▮▮▮ Y▮▮▮▮▮ _____
*Type or print your name*                        *Sign your name*

Electronically signed pursuant to Code of Civil Proc. § 1010.6 and Cal. Rules of Court 2.257

**(33)  Your lawyer's signature** *(if you have one)*

Date: _____

_____                              ▶ _____
*Lawyer's name*                                  *Lawyer's signature*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Your Next Steps

**❶  You must complete at least three additional forms:**
- Form DV-110, *Temporary Restraining Order (only items 1, 2 and 3)*
- Form DV-109, *Notice of Court Hearing (only items 1 and 2)*
- Form CLETS-001, *Confidential CLETS Information*
- **If you are asking for child custody and visitation,** you must complete form DV-105, *Request for Child Custody and Visitation Order*s and form DV-140, *Child Custody and Visitation Order.*

**❷**  Turn in your completed forms to the court. Find out when your forms will be ready for pick up.

**❸**  Once you get your forms back from the court, have someone "serve" a copy of all forms on the person in ②. The sheriff or marshal can do this for free. Learn more about how to "serve" your papers and prepare for your court date: https://selfhelp.courts.ca.gov/sheriff-serves-your-request-restraining-order.

**❹**  If you are asking for child support, spousal support, or lawyer's fees, you must also complete form FL-150, *Income and Expense Declaration.* If you are only asking for child support (item 23), you may be eligible to fill out a simpler form, FL-155. Read form DV-570 to see if you are eligible. Turn in your completed form to the court before your court date. You must also have someone mail or personally deliver a copy to the person in ②.

**This is not a Court Order.**

Revised January 1, 2022          **Request for Domestic Violence Restraining Order**          DV-100, Page 12 of 12
(Domestic Violence Prevention)

LHI7542 LOS ANGELES

**MC-025**

| | |
|---|---|
| SHORT TITLE: Y████ v. Partowashraf | CASE NUMBER: |

**ATTACHMENT** *(Number):* Item 8 - Other Protected People

*(This Attachment may be used with any Judicial Council form.)*
DV-100 Item 8 - Other Protected People

Lives with you?

| Full Name | Age | How are they related to you? | Yes | No |
|---|---|---|---|---|
| J██ Y█████ | ██ | █████ | | X |

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** _____ **of** _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

*www.courtinfo.ca.gov*

**ATTACHMENT**
**to Judicial Council Form**

LHI7542 LOS ANGELES

07/06/22

# Addendum
to DV-100

1. bruises, cuts, anxiety, sleeplessness , loss of appetite, flashbacks, extreme distress: sexually assaulted me with nonconsensual rape and sodomy and physically assaulted my arm where I was struck against the armrest of the passenger seat of his vehicle with noticable cuts and bruises, forcibly removed my belongings from his vehicle and forced me to walk across the Border from Mexico back into the USA

2. RP showed me his two handguns, one of which he placed to his forehead acting out a suicide, and also his assault rifle, all recently purchased within the last two months of my meeting him

3. Missed work and accumulated debt

DV-100, Item #5

I am the Petitioner in this case.  Sherwin David Partowashraf Aka David
Partow is the Respondent ("RP").  RP and I are dating (or used to date).

On 06/22/2022 RP invited me on a business trip to Ensenada, Mexico in
which RP drove into the foreign country, and proceeded to rape and
sodomize me in the hotel room, Hotel Corona - Room #310, where I was
screaming and struggling for RP to stop, which he did not and on
06/23/2022, RP was driving us back into the USA and assaulted me in the
vehicle approximately one mile away from the border, in which RP struck my
arm repeatedly on the armrest of the passenger seat where I was seated,
with noticeable cuts and bruises on my arms and then RP proceeded to
forcibly remove my belongings from his vehicle and forcibly ejected me from
the vehicle to walk across the border by myself in a state of complete fear
and terror, in which I suffered extreme sunburns to walk the distance to the
border with over 80 pounds of luggage wearing flip flops and a tank top. RP
also showed me footage on his cellular device including photos of my
parent's home, which I never sent him nor which he was present to take
those photos himself, and claimed to be in contact with my father, which my
father has denied RP has access to my father's phone number. He also
proceeded to call his lawyer "Ramin S.", making false accusations towards
me to deliberately cause extreme distress, and his lawyer proceeded to
recommend to him to forcibly eject me from the vehicle, a clear unethical
conduct which needs to be reported to the State Bar, all of which was being
recorded both by RP's vehicle internal and external cameras, as well as my

07/06/22

own phone camera

On 06/16/2022, he showed me all three of his new guns, one of which he placed to his side of the forehead, acting out a suicide, as a result I was terrified and did not feel safe. Many times RP also performed degrading and violent sexual acts towards me, including slapping, choking, hitting, and name-calling, as well as forced penetration, in which I stated many times my discomfort and non-consent to these acts

On 06/01/2022, I asked him to stop contacting me and attempted to block him, in which RP continued to contact me and used different phone numbers to harass me, leaving several voicemails over a series of weeks

I am asking for these orders because: I am terrified of this person after repeated harassment, stalking, sexual assault, physical battery, and extreme intimidation took place, upon which I experienced extreme bodily injuries, emotional harm, and endangerment of my life to eject me from his vehicle at the Mexico/USA border. Additionally RP has displayed his weapons towards me, stating he will carry them around in public, and made several threats to kill and injure my father

Name: ▓▓▓▓▓ T. y▓▓▓▓▓        Petitioner/Respondent

Case Number: _____

**EXHIBIT LIST**

| Letter or Number | Title or Description of Exhibit | Date of Exhibit |
|---|---|---|
| 1 | EPO granted 6/24/2022 | Expires 7/1/2022 |
| 2 | LAPD Investigative Report | 6/24/2022 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

03/06/22

**Exhibit** _____

**EMERGENCY PROTECTIVE ORDER** *(See reverse for important notices.)*

LAW ENFORCEMENT CASE NUMBER: **T22005709**

| 1. | **PROTECTED PERSONS** *(insert names of all persons protected by this Order):* |
| --- | --- |

2. **RESTRAINED PERSON** *(name):* SHERWIN PARTOWASHAF

Sex: ☑M ☐F Ht.: 602 Wt.: 220 Hair color: BLK Eye color: BRO Race: OTH Age: 37 Date of birth: /85

3. **TO THE RESTRAINED PERSON:**

   a. ☒ YOU MUST NOT harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy any personal property of, disturb the peace of, keep under surveillance, or block the movements of each person named in item 1.

   b. ☒ YOU MUST NOT contact, either directly or indirectly, by any means, including but not limited to by telephone, mail, e-mail or other electronic means, any person named in item 1.

   c. ☒ YOU MUST ☒ stay away at least: 100 yards from each person named in item 1.

      ☒ stay away at least: 100 yards from ☐ move out immediately from

      *(address):*

   d. YOU MUST NOT own, possess, purchase, receive, or attempt to purchase or receive any firearm or ammunition. If you have any firearms, you must turn them in to a law enforcement agency or sell them to, or store them with, a licensed gun dealer.

   e. YOU MUST NOT take any action, directly or through others, to obtain the addresses or locations of any person named in item 1.

4. ☐ *(Name):* _____ is given temporary care and control of the following minor children of the parties *(names and ages):* _____

5. **THIS ORDER WILL EXPIRE AT THE CLOSE OF THE COURT BUSINESS DAY ON:** 07/01/22

6. **TO THE PROTECTED PERSON:** If you need protection for a longer period of time, you must request restraining orders from the court in the county where you live:
   INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED
   *(Name and address of court):* 111. N HILL ST, LA, 90012 SELF HELP CENTER RM 345 (213)830-0800 STANLEY MOSK COURTHOUSE

   If you go to court to request restraining orders, take your copy of this form with you. If a juvenile petition is pending, file in that court.

7. Reasonable grounds for the issuance of this Order exist, and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking.

8. Judicial officer *(name):* SHERYL BEASLEY granted this Order on *(date):* 06/24/22 at *(time):* 0325

**APPLICATION**

9. The events that caused the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse (except solely financial abuse), or stalking are *(give facts and dates; specify weapons):*
   PROTECTED PERSON AND RESTRAINED PERSON ARE IN DATING RELATIONSHIP WHILE IN MEXICO (6/24/22) RP RAPED AND BATTERED PR. PP IS IN FEAR OF RP BECAUSE HE KNOWS WHERE SHE LIVES AND HAS ACCESS TO APT GARAGE. RP ALSO OWNS FIREARMS, HOWEVER HAS NOT THREATENED PP.

10. ☒ Firearms were: ☐ observed ☒ reported ☐ searched for ☐ seized

11. ☐ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 3c.

12. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 9. A custody order ☐ does ☒ does not exist.

By: MCCLOUD 43897
(PRINT NAME OF LAW ENFORCEMENT OFFICER) (SIGNATURE OF LAW ENFORCEMENT OFFICER)

Agency: LAPD / WILSHIRE Telephone No.: 2124730476 Badge No.: 43897

**PROOF OF SERVICE**

13. Person served *(name):*

14. I personally delivered copies of this Order to the person served as follows: Date: Time:
    Address:

15. At the time of service, I was at least 18 years of age and not a party to this cause. ☐ I am a California law enforcement officer.

16. My name, address, and telephone number are *(this does not have to be server's home telephone number or address):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

(TYPE OR PRINT NAME OF SERVER) (SIGNATURE OF SERVER) Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
EPO-001 [Rev. January 1, 2014]
Approved by DOJ
**EMERGENCY PROTECTIVE ORDER (CLETS–EPO)**
(Domestic Violence, Child Abuse, Elder or Dependent Adult Abuse, or Stalking)
Family Code, §§ 6240–6275;
Penal Code, § 646.91
www.courts.ca.gov

07-06-22

**Exhibit** _____ 2 _____

Page 1 of 1   03.01.00 (05/2021)

REPORT OF: RAPE   INVEST DIV. INC # HIL   22062400000281   DR #

## CASE SCREENING FACTOR(S)

**TRANSIT SERVICES BUREAU**

- ☑ SUSPECT/VEHICLE NOT SEEN
- ☑ PRINTS OR OTHER EVIDENCE NOT PRESENT
- ☑ MO NOT DISTINCT
- ☑ PROPERTY LOSS LESS THAN $5,000
- ☑ NO SERIOUS INJURY TO VICTIM
- ☑ ONLY ONE VICTIM INVOLVED

**PREMISES** (SPECIFIC TYPE)   ☐ ATM

HOTEL ROOM

**VICTIM**

LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS)   SEX DESC HT WT AGE DOB

ADDRESS R -

B -

E-MAIL ADDRESS   CELL PHONE

DR. LIC. NO. (IF NONE, OTHER ID & NO.)   FOREIGN LANGUAGE SPOKEN   OCCUPATION

**SECURITY SERVICES DIV**

**ENTRY** 459/BFV POINT OF ENTRY   POINT OF EXIT
- ☐ FRONT
- ☐ REAR   METHOD
- ☐ SIDE
- ☐ ROOF
- ☐ FLOOR   INSTRUMENT/TOOL USED
- ☐ OTHER

LOCATION OF OCCURRENCE   SAME AS V'S ☐ RES. ☐ BUS.   R.D.
C. ROTREID CRHR

DATE & TIME OF OCCURRENCE   DATE & TIME REPORTED TO PD
06/22/22 2000 -   06/24/22 0250

PRINTS BY PREL. INV.
ATTEMPT ☐Y ☐N
OBTAINED ☐Y ☐N

TYPE PROPERTY STOLEN/LOST/DAMAGED   03.04.00 GIVEN   STOLEN/LOST $   RECOVERED $   EST. DAMAGED ARSON/VAND. $

**CTSOB MAJOR CRIMES**

VICT'S VEH (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.   NOTIFICATION(S) (PERSON & DIVISION)   CONNECTED REPORT(S) (TYPE & DR #)

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

SUSP ₁VICT LLIVE IN A DATINGRELATIONSHIP. SUSP UNWILLINGLY & KNOWLY PERENATRED VICT PEACEFULLY W/O VICT

CONSENT W/ HIS PENIS.

**SHOTS FIRED**

TRANSIT-RELATED INCIDENT ☐   MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☑   MOTIVATED BY HATRED/PREJUDICE ☐   OR RECEIVED BY PHONE ☐   DOMESTIC VIOLENCE ☐

**REPORTING EMPLOYEE(S)**

| INITIALS, LAST NAME | SERIAL NO. | DIV./DETAIL | PERSON REPORTING | SIGNATURE |
|---|---|---|---|---|
| K. ROLDAN | 43912 | 01 | | |
| R. MCCLOUD | 42897 | 7A2 | X | |

NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.