# Exhibit 2

| DV-110 | Temporary Restraining Order | Clerk stamps date here when form is filed. |
|---|---|---|

**FILED**
Superior Court of California
County of Los Angeles
JUN 24 2022
Sherri R. Carter, Executive Officer/Clerk of Court
By Cindy Cabada, Deputy

Instruction: The person asking for a restraining order must complete items ①, ②, and ③ only. The court will complete the rest of this form.

**① Protected Person** (name): J____ T Y____

**② Restrained Person**

*Full Name: Sherwin David Partowashraf Aka David Partow
*Gender: ☒ M  ☐ F  ☐ Nonbinary
*Age: 37  (Give estimate, if age unknown.)
Date of Birth: 4/18/1985   Height: 6' 2"   Weight: 220 lbs.
Hair Color: Brown   Eye Color: Brown
*Race: Middle Eastern
Relationship to person in ①: Dating
Address of restrained person: ____
City: Encino   State: CA   Zip: ____

Type, number, and location of firearms or ammunition:
two handguns and one assault rifle. three firearms and several boxes of ammunition. under his pillow, kitchen counter, and hallway closet.

(Information that has a star (*) next to it is required to add this order into a California police database. Give all the information you know.)

Fill in court name and street address:
**Superior Court of California, County of**
LOS ANGELES
111 North Hill Street
Los Angeles, CA 90012
CENTRAL DISTRICT

Court fills in case number when form is filed.
**Case Number:** 22STRO03813

**③ ☒ Other Protected People**

In addition to the person named in ①, the people listed below are protected by the orders listed in ⑥ through ⑨.

| Full name | Relationship to person in ① | Age |
|---|---|---|
| E____ Y____ | ____ | ____ |
| P____ Y____ | ____ | ____ |
| S____ Y____ | ____ | ____ |
| J____ Y____ | ____ | ____ |

☒ Check here if you need to list more people. List them on a separate piece of paper, write "DV-110, Other Protected People" at the top, and attach it to this form.

(The court will complete the rest of this form)

**④ Your Hearing Date (Court Date)**

This order expires at the end of the hearing listed below:
Hearing Date: 7/18/22   Time: 1:30  ☐ a.m. ☒ p.m.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2022, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

Temporary Restraining Order
(CLETS—TRO)
(Domestic Violence Prevention)

DV-110, Page 1 of 7 →

LHI7542 LOS ANGELES

| Case Number: |
|---|
|  |

**This order must be enforced throughout the United States. See page 5.**

### To the Person in ②
**The judge has granted temporary orders. See items ⑤ through ⑱.**
- If you do not obey these orders, you can be charged with a crime, go to jail or prison, and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.

### ⑤ No Guns, Other Firearms, or Ammunition
- You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.
- **Within 24 hours of receiving this order, you must** sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms you have in your immediate possession or control.
- **Within 48 hours of receiving this order,** you must file a receipt with the court that proves guns have been turned in or sold. (You may use <u>form DV-800</u>, *Proof of Firearms Turned In, Sold, or Stored,* for the receipt.)
- ☐ The court has received information that you own or possess firearm(s) or ammunition.

### ⑥ Cannot Look for Protected People
You must not take any action to look for any person protected by this order, including their addresses or locations.

☐ If checked, this order was **not granted** because the judge found good cause not to make the order.

### ⑦ Order to Not Abuse      ☐ Not requested      ☐ Denied until the hearing      ☒ Granted as follows:
**You must not do the following things to the person in ① and any person listed in ③:**
- Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, keep under surveillance, impersonate (on the internet, electronically, or otherwise), block movements, annoy by phone or other electronic means (including repeatedly contact), or disturb the peace.
- "Disturb the peace" means to destroy someone's mental or emotional calm. This can be done directly or indirectly, such as through someone else. This can also be done in any way, such as by phone, over text, or online. Disturbing the peace includes coercive control.
- "Coercive control" means a number of acts that unreasonably limit the free will and individual rights of any person protected by this restraining order. Examples include isolating them from friends, relatives, or other support; keeping them from food or basic needs; controlling or keeping track of them, including their movements, contacts, actions, money, or access to services; and making them do something by force, threat, or intimidation, including threats based on actual or suspected immigration status.

**This is a Court Order.**

Revised January 1, 2022

**Temporary Restraining Order
(CLETS—TRO)
(Domestic Violence Prevention)**

DV-110, Page 2 of 7 →

LHI7542 LOS ANGELES

Case Number: _____

**⑧ No-Contact Order**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:

a. You must **not contact** ☒ the person in ①   ☒ the persons in ③
directly or indirectly, by any means, including by telephone, mail, email, or other electronic means.

b. ☐ Exception to 8a:
   (1) ☐ You may have brief and peaceful contact with the person in ① only to communicate about your children for court-ordered visits.
   (2) ☐ You may have contact with your children only during court-ordered contact or visits.
   (3) ☐ Other *(explain):* _____

c. Peaceful written contact through a lawyer or process server or another person for service of legal papers related to a court case is allowed and does not violate this order.

**⑨ Stay-Away Order**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:

a. You must stay at least *(specify):* __100__ yards away from *(check all that apply):*
   ☒ Person in ①.                      ☐ School of person in ①.
   ☒ Home of person in ①.              ☒ Persons in ③.
   ☒ Job or workplace of person in ①.  ☐ Children's school or child care.
   ☒ Vehicle of person in ①.           ☐ Other *(explain):*

b. ☐ Exception to 9a:
The stay-away orders do not apply:
   (1) ☐ For you to briefly and peacefully exchange your children for court-ordered visits.
   (2) ☐ For you to visit with your children for court-ordered contact or visits.
   (3) ☐ Other *(explain):* _____

**⑩ Order to Move Out**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address):* _____

**⑪ Other Orders**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

_____
_____
_____

**⑫ Child Custody and Visitation**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

Child custody and visitation are ordered on the attached <u>form DV-140</u>, *Child Custody and Visitation Order,* or *(list other form):* _____. The parent with temporary custody of the child must not remove the child from California without permission from the court.

**This is a Court Order.**

Revised January 1, 2022   **Temporary Restraining Order (CLETS—TRO) (Domestic Violence Prevention)**   DV-110, Page 3 of 7 →

LHI7542 LOS ANGELES

| Case Number: |
|---|
|  |

**(13) Protect Animals**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:
a. ☒ You must stay at least __100__ yards away from the animals listed below.
b. ☒ You must not take, sell, hide, molest, attack, strike, threaten, harm, get rid of, transfer, or borrow against the animals.
c. ☐ The person in ① is given the sole possession, care, and control of the animals listed below.

| Name (or other way to ID animal) | Type of animal | Breed (if known) | Color |
|---|---|---|---|
| Buddy | Dog | Chihuahua | Tan |
| | | | |
| | | | |
| | | | |

**(14) Control of Property**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
Until the hearing, **only** the person in ① can use, control, and possess the following property:

_____
_____
_____

**(15) Health and Other Insurance**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
The person ☐ in ①  ☐ in ②  is ordered **not** to cash, borrow against, cancel, transfer, dispose of, or change the beneficiaries of any insurance or coverage held for the benefit of the parties —or their children, if any— for whom support may be ordered, or both.

**(16) Record Communications**   ☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:
The person in ① may record communications made by the person in ② that violate this order.

**(17) Property Restraint**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
The person ☐ in ①  ☐ in ②  must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. (If the court granted ⑧, the person in ② must not contact the person in ①. To notify the person in ① of new or big expenses, have a server mail or personally give the information to the person in ① or contact their lawyer, if they have one.)

**(18) Pay Debts Owed for Property**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:
The person in ② must make these payments until this order ends:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**This is a Court Order.**

Revised January 1, 2022    **Temporary Restraining Order**    DV-110, Page 4 of 7
(CLETS—TRO)
(Domestic Violence Prevention)



Case Number: ☐

**⑲ Orders That May Be Made at the Hearing Date (Court Date)**

If the person in ① checked any of these orders on form DV-100, a judge could grant them at your court date.

- Child Support
- Lawyer's Fees and Costs
- Batterer Intervention Program
- Spousal Support
- Pay Expensed Caused by Abuse
- Transfer of Wireless Phone Account

**⑳ No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this order for free.
Bring a copy of all the papers that you need to be served to the sheriff or marshal.

**㉑ ☒ Attached pages**

Number of pages attached to this seven-page form: 1

**Judge's Signature**

Date: JUN 2 4 2022

_[signature]_
Judge or Judicial Officer

---

**Certificate of Compliance With VAWA**

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA), upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---

**This is a Court Order.**

Revised January 1, 2022 — **Temporary Restraining Order (CLETS—TRO) (Domestic Violence Prevention)** — DV-110, Page 5 of 7

LHI7542 LOS ANGELES

| Case Number: |
|---|
|  |

## Warnings and Notices to the Restrained Person in ②

### Your Address to Receive Court Orders

If the judge makes a restraining order at the hearing (court date), which has the same orders as in this Temporary Restraining Order, you will get a copy of that order by mail at your last known address, which is written in ② on page 1. If your address was not listed on this form or is incorrect, contact the court. If you did not go to your court date and want to know if the judge granted a restraining order against you, contact the court.

### Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not go to your hearing (court date), the judge can make custody and visitation orders for your children without hearing from you.

- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from a parent's paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve form FL-150, *Income and Expense Declaration*, or form FL-155, *Financial Statement (Simplified)*, if you want the judge to have information about your finances. Otherwise, the court may make support orders without hearing from you.

- **Spousal support:** File and serve form FL-150, *Income and Expense Declaration*, so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

## Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

### Arrest Required if Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Penal Code, § 13710(b).)

## This is a Court Order.

Revised January 1, 2022 | **Temporary Restraining Order**<br>**(CLETS—TRO)**<br>**(Domestic Violence Prevention)** | DV-110, Page 6 of 7 

LHI7542 LOS ANGELES

| Case Number: |
|---|
| |

## Conflicting Orders–Priorities for Enforcement

If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced according to the following priorities (see Penal Code, § 136.2, and Family Code, §§ 6383(h), 6405(b)):

1. **EPO:** If one of the orders is an *Emergency Protective Order* (form EPO-001), and it is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.

2. **No-Contact Order:** If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence in enforcement over any other restraining or protective order.

3. **Criminal Order:** If none of the orders includes a no-contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.

4. **Family, Juvenile, or Civil Order:** If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

## Child Custody and Visitation

- The custody and visitation orders are on form DV-140. They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.

- At items 8b(1) or 9b(1) of this order, the judge may allow the person in ② to have brief and peaceful contact with the person in ①, as needed to follow court-ordered visits. Conduct of the person in ② that is **not** brief and peaceful is a violation of this order.

- **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

*(The clerk will fill out this part.)*

---

*Clerk's Certificate*
*[seal]*

—Clerk's Certificate—

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

**This is a Court Order.**

MC-025

| SHORT TITLE: Youssefmir v. Partowashraf | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* DV-110 Item 3, Other Protected People

*(This Attachment may be used with any Judicial Council form.)*
Attachment to Form DV-110

| Full Name | How are they related to you? | Age |
|---|---|---|
| J▮ Y▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮ |

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

LHI7542 LOS ANGELES