# Exhibit 3

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Stanley Mosk Dept. - 25

**22STRO03813**
Y███████, J███████ T███████
vs
**Partowashraf, Sherwin David**

**July 18, 2022**
**1:30 PM**

Honorable Hillary Gerber, Commissioner

Janelle Brooks, Judicial Assistant             Angelica Orsat(#14385), Court Reporter
Cindy Cabada, Court Services Assistant

---

**NATURE OF PROCEEDINGS:**  Request - DV Prevention w/o Minor Child (Case Initiation) filed by Petitioner on June 24, 2022

The following parties are present for the aforementioned proceeding:

    Sherwin David Partowashraf, Respondent

    J███████ T Y███████, Petitioner(via LA Court Connect)

The matter is called for hearing.

Case is dismissed at the request of the moving party.

The Petitioner's Request for Restraining Order is discharged.  All Temporary Restraining Orders, if any, are dissolved.

Petitioner's oral motion to seal the case is denied.