MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND SHERIFF ROBERT LUNA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C |

1

DEFS' REQUEST FOR JUDICIAL NOTICE ISO OPP. TO PLS' MPI
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

1  ALAN SCHOENFELD (*pro hac vice* forthcoming)
2  alan.schoenfeld@wilmerhale.com
   NOAH LEVINE (*pro hac vice* forthcoming)
3  noah.levine@wilmerhale.com
   RYAN CHABOT (*pro hac vice* forthcoming)
4  ryan.chabot@wilmerhale.com
5  WILMER CUTLER PICKERING
     HALE AND DORR LLP
6  7 World Trade Center
7  250 Greenwich Street
   New York, NY 10007
8  Telephone: (212) 937-7294
9  Facsimile: (212) 230-8888

10
11 *Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

2

DEFS' REQUEST FOR JUDICIAL NOTICE ISO OPP. TO PLS' MPI
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

# DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna respectfully request that this Court take judicial notice of the following documents in support of their opposition to Plaintiffs' motion for preliminary injunction. The attached are copies of the laws detailed in Defendants' Survey of Historical License Requirements, which is included at the next page.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

"A trial court may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999). The accuracy of these public records consisting of enacted legislation cannot reasonably be questioned, and judicial notice of these records is therefore appropriate. Fed. R. Evid. 201(b).

Dated: February 21, 2024

WILMER CUTLER PICKERING
    HALE AND DORR LLP


By: */s/ Mark Selwyn*
    Mark Selwyn


MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP

3

DEFS' REQUEST FOR JUDICIAL NOTICE ISO OPP. TO PLS' MPI
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

|   |   |
|---|---|
| 1 | 2600 El Camino Road |
| 2 | Palo Alto, California 94306 |
|   | Telephone: (650) 858-6031 |
| 3 | Facsimile: (650) 858-6100 |
| 4 |   |
|   | ALAN SCHOENFELD (*pro hac vice* |
| 5 | forthcoming) |
| 6 | alan.schoenfeld@wilmerhale.com |
|   | NOAH LEVINE (*pro hac vice* forthcoming) |
| 7 | noah.levine@wilmerhale.com |
| 8 | RYAN CHABOT (*pro hac vice* |
|   | forthcoming) |
| 9 | ryan.chabot@wilmerhale.com |
| 10 | WILMER CUTLER PICKERING |
|   |   HALE AND DORR LLP |
| 11 | 7 World Trade Center |
| 12 | 250 Greenwich Street |
|   | New York, NY 10007 |
| 13 | Telephone: (212) 937-7294 |
| 14 | Facsimile: (212) 230-8888 |

DEFS' REQUEST FOR JUDICIAL NOTICE ISO OPP. TO PLS' MPI
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169