**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Having considered Plaintiffs' motion for preliminary injunction, the briefs filed in support and opposition, any other documents and files, and oral argument on the motion, the Court finds that the Plaintiffs failed to show that they are likely to succeed on the merits of their claims against Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, that irreparable harm will result absent relief, or that the equities or public interest favors relief.

Accordingly, Plaintiffs' motion for preliminary injunction is DENIED.

**IT IS SO ORDERED.**

Dated: _____                    _____

Sherilyn Peace Garnett
United States District Judge