| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Bruce A. Lindsay, Esq., SBN 102794<br>bal@jones-mayer.com<br>Monica Choi Arredondo, Esq., SBN 215847<br>mca@jones-mayer.com<br>JONES & MAYER<br>3777 North Harbor Boulevard<br>Fullerton, CA  92835<br>T: (714) 446-1400; F: (714) 446-1448<br><br>ATTORNEY(S) FOR:   Defendants, LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES | ; |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>                                                        Plaintiff(s),<br><br>                    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10<br><br>                                                        Defendant(s). | CASE NUMBER:<br><br>2:23-cv-10169-SPG-ADS<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Defendants, LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SEE ATTACHMENT. | |

| | |
|---|---|
| February 22, 2024<br>Date | */s/Bruce A. Lindsay*<br>Signature<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendants, LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES |

## ATTACHMENT TO
## NOTICE OF INTERESTED PARTIES

| PARTY | CONNECTION / INTEREST |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED | Plaintiff |
| THE SECOND AMENDMENT FOUNDATION | Plaintiff |
| GUN OWNERS OF AMERICA, INC. | Plaintiff |
| GUN OWNERS FOUNDATION | Plaintiff |
| GUN OWNERS OF CALIFORNIA INC. | Plaintiff |
| ERICK VELASQUEZ, an individual | Plaintiff |
| CHARLES MESSEL, an individual | Plaintiff |
| BRIAN WEIMER, an individual | Plaintiff |
| CLARENCE RIGALI, an individual | Plaintiff |
| KEITH REEVES, an individual | Plaintiff |
| CYNTHIA GABALDON, an individual | Plaintiff |
| STEPHEN HOOVER, an individual | Plaintiff |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT | Defendant |
| SHERIFF ROBERT LUNA in his official capacity | Defendant |
| LA VERNE POLICE DEPARTMENT | Defendant |
| LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity | Defendant |
| ROBERT BONTA, in his official capacity as Attorney General of the State of California | Defendant |