1 | Bruce A. Lindsay, Esq., SBN 102794
bal@jones-mayer.com
2 | Monica Choi Arredondo, Esq., SBN 215847
mca@jones-mayer.com
3 | JONES MAYER
3777 North Harbor Boulevard
4 | Fullerton, CA 92835
Telephone: (714) 446-1400
5 | Facsimile: (714) 446-1448

6 | Attorneys for Defendants,
LA VERNE POLICE DEPARTMENT, LA VERNE
7 | CHIEF OF POLICE COLLEEN FLORES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, <br><br>  Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br>  Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br> *Honorable Sherilyn Peace Garnett* <br> *Magistrate Judge Autumn D. Spaeth* <br><br> **DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' JOINDER IN DEFENDANT ROB BONTA'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing <br> Date:   March 13, 2024 <br> Time:   1:30 p.m. <br> Courtroom:   5C |





TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants LA VERNE POLICE DEPARTMENT ("City") and LA VERNE CHIEF OF POLICE COLLEEN FLORES hereby joins in DEFENDANT ROBERT BONTA's Brief and Opposition to Plaintiffs' Motion for Preliminary Injunction, filed with the Court on or about February 21, 2024 [DOC 25].  The arguments, authorities, and/or evidence referenced therein and/or submitted in support thereof are incorporated as though restated herein.

Dated: February 22, 2024             JONES MAYER

By: */s/Bruce A. Lindsay*
　　Bruce A. Lindsay
　　Monica Choi Arredondo
　　Attorneys for Defendants,
　　LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES