Name and address:
Henry Nikogosyan (SBN 326277)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Rifle and Pistol Association, Inc., et al., <br><br> Plaintiff(s) <br><br> v. <br><br> Los Angeles County Sheriff's Department, et al., <br><br> Defendant(s). | **CASE NUMBER** <br><br> 2:23-cv-010169-SPG-ADS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Chabot, Ryan M.                                        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 295-6513              (212) 230-8888

*Telephone Number*        *Fax Number*

ryan.chabot@wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Los Angeles County Sheriff's Department and Sheriff Robert Luna

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Nikogosyan, Henry M.                                   of

*Designee's Name (Last Name, First Name & Middle Initial)*

326277          (213) 443-5300          (212) 443-5400

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

henry.nikogosyan@wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____
                                   **U.S. District Judge/U.S. Magistrate Judge**