# EXHIBIT "1"

## Exhibit 1: Citations

**U.S. Supreme Court**

McDonald v. Chicago, 130 S.Ct. 3020, 3039 n. 21, 3041 n.25, 3043, 3132 (2010)

D.C. v. Heller, 128 S.Ct. 2783, 2795 (2008)

**Federal Appellate Courts**

Vincent v. Garland, 80 F.4th 1197, 1204 n.2 (10th Cir. 2023)

Jones v. Bonta, 34 F.4th 704, 718 n.15 (9th Cir. 2022): Struck down California law banning sale of long guns and semiautomatic firearms to those under 21.

U.S. v. Chester, 628 F.3d 673, 691 (4th Cir. 2010)

Hirschfeld v. BUREAU OF ALCOHOL, FIREARMS, TOBACCO, 5 F. 4th 407, 426 n.15, 420 n.27, 429 n.29, 437. n.49 (4th Cir. 2021) citing "Second Amendment Limitations and Criminological Considerations."

Young v. Hawaii, 896 F.3d 1044, 1059 (9th Cir. 2018)

Duncan v. Becerra 70 F.3d 1133, 1149 (9th Cir. 2020).

Duncan v. Becerra, 970 F.3d 1133, 1149 n.7 (9th Cir. 2020)

Mance v. Sessions, 896 F.3d 699, 714 n.16 (5th Cir. 2018)

National Rifle Association, Inc. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, 714 F.3d 334, 340 n.6, 343 n.22, 4343 n.25 (5th Cir. 2013) .

Ezell v. City of Chicago, 651 F.3d 684, 702 n.11 (7th Cir. 2011).

U.S. v. Chester, 628 F.3d 673, 681 (4th Cir. 2010)

U.S. v. Yancey, 621 F.3d 681, 685 (7th Cir. 2010)

U.S. v. Skoien, 587 F.3d 803, 810 (7th Cir. 2009)

**Federal District Courts**

*Fouts v. Bonta*, 561 F. Supp. 3d 941 (S.D. Cal. 2024)

U.S. v. Reed (S.D.Miss. 2024), n.5

U.S. v. Lee (S.D.Miss. 2024), n.5

U.S. v. Bass (S.D.Miss. 2024), n.9

U.S. v. Cockerham (S.D.Miss. 2024), n. 8

U.S. v. Butler (N.D.Miss. 2024)

Duncan v. Bonta, 2023 WL 6180472 *29 n. 185, *31 n.208, (S.D. Cal. 2023)

United States v. Jackson, 2023 WL 6881818 *6 (N.D.Miss. 2023)

Hanson v. D.C., 2023 WL 3019777 *14 (D.D.C. 2023)

U.S. v. Posey, 665 F.Supp.3d 762, 770 (D.Ind. 2023)

U.S. v. Schnur, (S.D.Miss. 2023)

U.S. v. Gray, (D.Colo. 2022)

Koons v. Platkin, 2023 WL 3478604, *103, *107 (2023) (D.N.J. 2023)

U.S. v. Perez-Garcia United States v. Perez-Garcia, 628 F.Supp.3d 1046, 1054 (S.D.Cal. 2022)

U.S. v. Daniels, 610 F.Supp.3d 892, 896 n.5 (S.D.Miss. 2022)

King v. Sessions, 2018 WL 3008527 *4 (N.D.Miss. 2023)

Powell v. Tompkins, 26 F.Supp.2d 367, 486 (D.Mass. 2013)

Moody v. Arc of Howard County, Inc., 5 n.4, 94 Empl. Prac. Dec. P 44,221, Not Reported in F.Supp.2d (2011).

**State Supreme Courts**

State v. Roundtree, 952 NW 2d 765, 786 (Wisc. 2021) citing "Second Amendment Limitations and Criminological Considerations."
State v. Christen, 96 Wis.2d 705, 766 (2021)

State v. Sieyes, 225 P.3d 995, 1001 (Wash. 2010)

Senna v. Florimont, 958 A.2d 427, 433 n.4 (N.J. 2008)

Mosby v. Devine, 851 A.2d 1031, 1055, 1056, 1059, 1061, 1065, 1068, 1072 (R.I. 2004)

Pagel v. Franscell, 57 P.3d 1226, 1234 (Wyo. 2002)

**Cases in Which I Have Testified and Provided Expert Declarations**

Boland v. Bonta (C.D.Cal. 2023)

Rocky Mountain Gun Owners v. Polis (2023)

**Cases in Which I Have Provided Expert Declarations**

Association Of New Jersey Rifle & Pistol Clubs v. Platkin (D.N.J. 2023)

Antonyuk v. Hochul (N.D.N.Y. 2023)

Baird v. Bonta (E.D.Cal. 2023)

Brumback v. Ferguson (E.D.Wash. 2024)

Delaware State Spotrsmen Association v. Delaware Department of Safety and Homeland SSecurity (D.Del. 2023)

Georgia v. Nichols (Fulton Co. 2023)

National Association For Gun Rights v. Lopez (D.Haw. 2023)

Wolford v. Lopez (D.Haw. 2023)

National Association For Gun Rights v. City Of Naperville, Illinois (S.D.Ill. 2023)

Herrera v. Raoul (N.D.Ill. 2023)

May v. Bonta (C.D.Cal. 2023)

New York State Police Investigator Christopher Gonyo v. Sullivan (New York Co. 2023)

Ohio v. City of Columbus (Ct.Com.Pleas Fairfield Co. 2023)

OREGON FIREARMS FEDERATION  v. Kotek (D.Ore. 2023)

Palmer v. Rhode Island Department of Environmental Management (R.I.Sup.Ct. 2022)

Rhode v. Bonta (S.D.Cal. 2024)

Rhode Island v. Grace (R.I.Sup. 2023)

Rupp v. Bonta (C.D.Cal. 2023)

USA  v. Ayala (M.D.Fla. 2024

USA v. Martin (E.D.Cal. 2023)

USA v. Bailey (E.D.Tenn. 2023)

USA v. Kazmende (Ga.N.D. 2023)