# EXHIBIT "3"

## Exhibit 3: Misleading Kasakia Indians Commerce Citation

# LAWS

OF THE

## COLONIAL AND STATE GOVERNMENTS,

RELATING TO

# INDIANS AND INDIAN AFFAIRS,

FROM **1633** TO **1831**, INCLUSIVE:

WITH

# AN APPENDIX

CONTAINING THE PROCEEDINGS OF THE CONGRESS
OF THE CONFEDERATION.

AND THE

## LAWS OF CONGRESS,

FROM 1800 TO 1830, ON THE SAME SUBJECT.

---

WASHINGTON CITY:
PUBLISHED BY THOMPSON AND HOMANS.
1832.

Checked
v 1913

#### An act concerning the Kaskaskia Indians.

1814.

Whereas a former law of this legislature has been found insufficient to prevent evil disposed persons from selling and giving intoxicating drinks to the Kaskaskia Indians, or from cheating and defrauding the said Indians, out of their property by pretended or real purchases, and whereas the former practice is productive of disorder, and other pernicious consequences, and the latter a violation of moral justice and good policy: for remedy thereof,

SEC. 1. *Be it enacted by the Legislative Council and House of Representatives, and it is hereby enacted by the authority of the same,* That if any white person or free person of colour either male or female shall hereafter without license from the Governor as superintendent of Indian affairs within this territory, or from some sub-agent appointed by him, either sell or give to any Kaskaskia Indian or any other Indian, residing with them, any quantity of whiskey, gin, brandy, rum, cider or any other intoxicating drink, such per-

Digitized by Google

241

son so offending, shall forfeit and pay twenty dollars, to be recovered upon warrant before any justice of the peace, who shall, upon conviction of such offence, issue execution returnable in thirty days against either the body or goods of such offender as may be required of the said justice of the peace, and upon such execution there shall be no security whatever taken.

Illinois, 1814.