C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>Defendants. | CASE NO: 8:23-cv-10169-SPG (ADSx)<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (COMBINED REPLY)**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

1

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE (COMBINED REPLY)

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Under Federal Rule of Evidence 201, Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover request that the Court take judicial notice of the following documents submitted in rebuttal to support the Combined Reply in Support of Plaintiffs' Motion for Preliminary Injunction:

1. **Florida Department of Agriculture and Consumer Services Acceptable Firearms Training Documentation Webpage**. A true and correct copy of this document is attached as **Exhibit L.** Exhibit L is available online at https://www.fdacs.gov/Consumer-Resources/Concealed-Weapon-License/Applying-for-a-Concealed-Weapon-License/Acceptable-Firearms-Training-Documentation  (last visited Feb. 24, 2024).

2. **Florida Department of Agriculture and Consumer Services Eligibility Requirements for a Florida Concealed Weapon License Webpage**. A true and correct copy of this document is attached as **Exhibit M**. Exhibit M is available online at https://www.fdacs.gov/Consumer-Resources/Concealed-Weapon-License/Applying-for-a-Concealed-Weapon-License/Eligibility-Requirements (last visited Feb. 24, 2024).

3. **Riverside County Sheriff's Department Concealed Carry License Webpage, Permitium**. A true and correct copy of this document is attached as **Exhibit N**. Exhibit N is available online at https://riversideca.permitium.com/ccw/start (last visited Feb. 24, 2024).

4. **San Bernardino County Sheriff's Department Concealed Carry License Webpage, Permitium**. A true and correct copy of this document is attached as **Exhibit O**. Exhibit O is available online at https://sbcsd.permitium.com/ccw/start (last visited Feb. 24, 2024).

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE (COMBINED REPLY)

1  A court shall take judicial notice of such a fact if requested by a party and
2  supplied with the necessary information. *See* Fed. R. Evid. 201(d). Judicial notice
3  of Exhibits A through K is proper because the documents for which this request is
4  made are "capable of accurate and ready determination by resort to sources who
5  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Indeed, "[a]
6  trial court may presume that public records are authentic and trustworthy."
7  *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999) (taking judicial
8  notice of agency report).

9  Most of these exhibits are either directly from government websites, or the
10 websites of contractors working with those governments to handle CCW permit
11 application processing. "[A] court can take judicial notice of a government's
12 website." *EVO Brands, LLC v. Al Khalifa Grp. LLC*, 657 F. Supp. 3d 1312, 1321
13 (C.D. Cal. 2023), citing *Daniels–Hall v. National Education Association*, 629 F.3d
14 992, 999 (9th Cir. 2010) (taking judicial notice of information on the websites of
15 two school districts because they were government entities).

16 Judicial notice of these records is therefore appropriate.

Respectfully submitted,

Dated: February 28, 2024        **MICHEL & ASSOCIATES, P.C.**

/s/ *C.D. Michel*
C.D. Michel
Counsel for Plaintiffs


Dated: February 28, 2024        **LAW OFFICES OF DON KILMER**

/s/ *Don Kilmer*
Don Kilmer
Counsel for Plaintiff The Second Amendment Foundation

3
SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE (COMBINED REPLY)

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:   8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (COMBINED REPLY)**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov

*Attorney for Defendant Robert Bonta*

Henry Michael Nikogosyan
Ryan M. Chabot
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
mark.selwyn@wilmerhale.com
ryan.chabot@wilmerhale.com

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Bruce A. Lindsay
Monica Choi Arredondo
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, CA  92835
bal@jones-mayer.com
mca@jones-mayer.com

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 28, 2024

*Christina Castron*
Christina Castron

CERTIFICATE OF SERVICE