# EXHIBIT L

2/28/24, 11:57 AM Acceptable Firearms Training Documentation / Applying for a Concealed Weapon License / Concealed Weapon License / Consu…

Case 0:23-cv-10168-SPC-ADS Document 32-7 Filed 02/28/24 Page 2 of 6 PageID #:1291



# Florida Department of Agriculture and Consumer Services

Commissioner Wilton Simpson

My Settings/Mi Configuración

**Menu**

Pay/Register Online    Forms    By Topic ▼    Our Department ▼

Search    Search

Home  /  Consumer Resources  /  Concealed Weapon License  /  Applying for a Concealed Weapon License  /  Acceptable Firearms Training Documentation

# Acceptable Firearms Training Documentation

EXHIBIT L-1

2/28/24, 11:57 AM	Acceptable Firearms Training Documentation / Applying for a Concealed Weapon License / Concealed Weapon License / Consu…

Case 0:23-cv-10169-SPC-ADS   Document 32-7   Filed 02/28/24   Page 3 of 6 PageID #: 1292

> **Do not send original training documents or other related materials.**

# Approved Training Courses

To qualify for a concealed weapon license, Florida law requires you to submit proof of competency with a firearm. A copy of a Certificate of Completion or similar document from any of the following courses or classes is acceptable:

- Any hunter education or hunter safety course approved by the Florida Fish and Wildlife Conservation Commission or a similar agency in another state;
- Any National Rifle Association firearms safety or training course;
- Any firearms safety or training course or class available to the general public offered by a law enforcement agency, junior college, college, or private or public institution or organization or firearms training school, using instructors certified by the National Rifle Association, the Criminal Justice Standards and Training Commission, or the Florida Department of Agriculture and Consumer Services;
- Any law enforcement firearms safety or training course or class offered for security guards, investigators, special deputies, or any division or subdivision of law enforcement or security enforcement;
- Any firearms training or safety course or class conducted by a state-certified instructor or by an instructor certified by the National Rifle Association.

# Training Certificate Requirements

The copy of the training certificate/document must be clear and legible and must include:

- Your name,

**L-2**

2/28/24, 1:57 AM  Acceptable Firearms Training Documentation / Applying for a Concealed Weapon License / Concealed Weapon License / Consu…

Case 0:23-cv-10168-SPC-ADS   Document 32-7   Filed 02/28/24   Page 4 of 6 PageID #:1293

- Your instructor's name,
- Your instructor's qualifications/credentials (National Rifle Association instructor, law enforcement firearms instructor, Class "K" Firearm Instructor licensed by the state of Florida, etc.) and
- Your instructor's license/certification number.

# For Active Military and Veterans

- **Active-duty military** personnel may submit copies of any of the following documents that confirm experience with a firearm gained during service:
    - Military orders including call to active-duty letter;
    - A statement of military service that identifies you and provides your date of entry on your current active-duty period (it must be signed by, or at the direction of, the adjutant, personnel officer or commander of your unit or higher headquarters);

- **Former military** personnel can submit a DD Form 214 reflecting honorable discharge from military service.

# Other Acceptable Forms of Training Documentation

Documentary evidence of experience with a firearm obtained through participation in an organized shooting competition is also acceptable.

Applying for a Concealed Weapon License

L-3

Case 0:23-cv-10169-SPC-ADS Document 32-7 Filed 02/28/24 Page 5 of 6 PageID #:1294

### Acceptable Firearms Training Documentation

Eligibility Requirements

Submitting Fingerprints Electronically for a Concealed Weapon License FAQ

## Need more information?

 Live Chat

 Contact Us

### Share this page

   

L-4

2/28/24, 11:57 AM  Acceptable Firearms Training Documentation / Applying for a Concealed Weapon License / Concealed Weapon License / Consu…

Case 0:23-cv-10169-SPC-ADS   Document 32-7   Filed 02/28/24   Page 6 of 6 PageID #:1295

Employment

FAQ

Public Notices

Contracts

Accessibility

Privacy Policy



Call Us

Send Us a Message

Live Chat

©2024 Florida Department of Agriculture and Consumer Services

Florida Capitol — Tallahassee, Florida 32399-0800

Questions? 1-800-HELP-FLA (1-800-435-7352) or 1-800-FL-AYUDA (1-800-352-9832), Monday – Friday 8:00 a.m.–5:00 p.m. EST | LIVE CHAT

L-5