# EXHIBIT M

2/28/24, 11:58 AM  Eligibility Requirements / Applying for a Concealed Weapon License / Concealed Weapon License / Consumer Resources / Hom…

Case 0:23-cv-10169-SPC-ADS Document 32-8 Filed 02/28/24 Page 2 of 6 PageID #:1297



**Florida Department of
Agriculture and Consumer Services**

Commissioner Wilton Simpson

My Settings/Mi Configuración

Menu

Pay/Register Online      Forms      By Topic ▼      Our Department ▼

Search      Search

Home   /   Consumer Resources   /   Concealed Weapon License   /   Applying for a Concealed Weapon License   /   Eligibility Requirements

# Eligibility Requirements for a Florida Concealed Weapon License

**EXHIBIT M-1**

To be eligible for a Florida concealed weapon or firearm license:

- You must be 21 years of age or older unless you are a servicemember, as defined in Section 250.01, Florida Statutes, or you are a veteran of the United States Armed Forces who was discharged under honorable conditions; in these instances, you may carry a concealed weapon or concealed firearm if you are 18 years of age or older.
- You must be able to demonstrate competency with a firearm.
- Unless you are serving overseas in the United States Armed Forces, you must currently reside in the United States and be a U.S. citizen or deemed a lawful permanent resident alien by Department of Homeland Security, U.S. Citizenship and Immigration Service. If you are serving overseas in the U.S. Armed Forces, submit a copy of your deployment documentation with your application. Those who are Resident Aliens must provide a valid Permanent Resident Alien card.

# Possible Reasons for Ineligibility

- The physical inability to handle a firearm safely.
- A felony conviction (unless civil and firearm rights have been restored by the convicting authority).
- Having adjudication withheld or sentence suspended on a felony or misdemeanor crime of violence unless three years have elapsed since probation or other conditions set by the court have been fulfilled.
- A conviction for a misdemeanor crime of violence in the last three years.
- A conviction for violation of controlled substance laws or multiple arrests for such offenses.
- A record of drug or alcohol abuse.
- Two or more DUI convictions within the previous three years.
- Being committed to a mental institution or adjudged incompetent or mentally defective.
- Failing to provide proof of proficiency with a firearm.

**M-2**

- Having been issued a domestic violence injunction or an injunction against repeat violence that is currently in force.
- Renouncement of U.S. citizenship.
- A dishonorable discharge from the armed forces.
- Being a fugitive from justice.

Detailed explanations of these various disqualifying conditions are provided in the Application Instructions [ 777.9 kB ]  for the concealed weapon or firearm license.

# Determine If You Are Eligible

Determine if you are eligible for a concealed weapon license by answering a few simple questions.

## Eligibility Requirements

Disqualifying Conditions

Document reader download links:

Adobe PDF Reader

**Need more information?**

**M-3**

Case 0:23-cv-10169-SPC-ADS Document 32-8 Filed 02/28/24 Page 5 of 6 PageID #:1390

 Live Chat

 Contact Us

## Share this page

   

Employment

FAQ

Public Notices

Contracts

Accessibility

Privacy Policy



M-4



**Call Us**

**Send Us a Message**

**Live Chat**

©2024 Florida Department of Agriculture and Consumer Services

Florida Capitol — Tallahassee, Florida 32399-0800

Questions? 1-800-HELP-FLA (1-800-435-7352) or 1-800-FL-AYUDA (1-800-352-9832), Monday – Friday 8:00 a.m.–5:00 p.m. EST | LIVE CHAT

# M-5