# EXHIBIT N

# Riverside County Sheriff's Department



## Select To Get Started:



**NEW** Concealed Carry Weapon License



**RENEW** Concealed Carry Weapon License.  Be sure you apply **180 days before** the expiration of your current permit.



**REQUEST A DUPLICATE** of an existing Concealed Carry Weapon License



**MODIFY** an existing Concealed Carry Weapon License (Change of address, add/delete firearms, legal name change, etc.)

---

## General Information

EXHIBIT N-1

Learning the laws regulating the use of firearms is a must for responsible ownership. Local regulations differ and laws vary from state to state. Citizens must check with the jurisdiction where the firearm is to be used.

In California, the Sheriffs and their staff are required to follow strict state and local guidelines when performing the necessary background checks for issuing Carry Concealed Weapon licenses. Due to the detailed nature involved with conducting these background checks, appointment times and processing times can take multiple weeks. During the application process, the applicant will be asked to schedule an interview appointment for a new Carry Concealed Weapon license.

> INITIAL applicants will be required to attend an (16) hour CCW training course and qualification. RENEWAL applicants will be required to attend a (8) CCW training course and qualification. ALL applicants must use a training vendor from the list below or attend the CCW training and qualification at the Riverside County Sheriff's training locations.
>
> Check the status of an EXISTING order: CLICK HERE

> Check the list of Training Vendors: CLICK HERE

> Initial applicants should complete the Live Scan after submitting the application and before the scheduled interview.
>
> Schedule your live scan as soon as possible. Click here to download the Live Scan forms and Live Scan locations: CLICK HERE

> NOTICE FOR RENEWAL:  If the applicant is RENEWING a Carry Concealed Weapon license in Riverside County, they may not apply until 180 days before the expiration date listed on their current Carry Concealed Weapon license.  These will be processed in the order they were submitted.  You may track the progress/status of your order using the Order Tracker.
>
> EFFECTIVE 06/27/2022: RENEWAL appointments are no longer required unless specifically requested. _We will process orders on a first come first serve basis_. Failure to upload all required documents during your submission will result in delays in the processing of your application.

Pricing:

| Type of Permit | Standard 2 Year | Judicial 3 Year | RCSO Employee | Custodial 4 Year | Re 4 Y |
|---|---|---|---|---|---|

| | | | Custodial 4 Year | | |
|---|---|---|---|---|---|
| **Initial Fee** Paid on submission of your application | $115.00 (Live Scan Fee - $95.00 Sheriff Fee - $20.00) | $137.00 (Live Scan Fee - $117.00 Sheriff Fee - $20.00) | $139.00 (Live Scan Fee - $139.00) | $159.00 (Live Scan Fee - $139.00 Sheriff Fee - $20.00) | $1! (Liv Sc< Fe $1: Sh Fe $2( |
| **Issuance Fee** Paid upon the approval of the application | $80.00 | $80.00 | $0.00 | $80.00 | $8 |
| | | | | | |
| **Renewal Fee** | $77.00 (Live Scan Fee - $52.00 Sheriff Fee - $25.00) | $99.00 (Live Scan Fee - $74.00 Sheriff Fee - $25.00) | $96.00 (Live Scan Fee - $96.00) | $121.00 (Live Scan Fee - $96.00 Sheriff Fee - $25.00) | $1: (Li Sc< Fe $9( Sh Fe $2 |
| **Duplicate/Modification Fee** | $10.00 | $10.00 | $10.00 | $10.00 | $1( |

- **For credit card transactions a nominal credit card transaction fee will be charged for each transaction. Charges will be viewable prior to transaction completion.**
- **Appointments for Concealed Carry Weapon licenses will be processed Monday – Thursday 07:30a.m. to 04:30p.m. and Friday's 07:30a.m. to 03:30p.m.**
- **CCW PERMITS WILL NOT BE ISSUE ON GOVERNMENT HOLIDAY'S**
- **Click the appropriate button on the left of the screen to proceed with an application for a Concealed Carry Weapon license.**

*Gaining competency with firearms is like learning to drive a car or fly an airplane. You need expert instruction and practice. There is no shortcut. If you are not willing to invest the time and effort to become competent, then having a firearm and trying to use it can, in many instances, be more hazardous than any impending threat.*

**Please note that this website is optimized for IE 9.0 and higher, Safari, Chrome and Firefox.**

CCW Information

## Concealed Carry Weapon License Requirements: must meet ALL requirements

**Authority**

California Penal Code sections 26150 and 26155 provide that a Sheriff of a county or the Chief or other head of municipal police department of any city, or city and county, shall issue or renew a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (Concealed Carry Weapon license).

**Who Shall be Issued a License**

The licensing authority specified in Penal Code sections 26150 and 26155 shall issue a license to persons who are not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Penal Code 26202, meet residential requirements, and have completed a course of training. All applicants for a Concealed Carry Weapon license will be fingerprinted and state and federal records will be checked to determine if they are eligible to possess firearms. Click here to view all categories that would prohibit a person from possessing firearms and being granted a Concealed Carry Weapon license.

**Completing the Application**

California Penal Code sections 26150 and 26155 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county shall issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license). Penal Code section 26175 requires the Attorney General to prescribe a statewide standard application form for a CCW license.  Answering all the questions on the Application does not guarantee the issuance of a Concealed Weapon Permit. The determination whether to issue the license is at the discretion of the licensing authority. Pursuant to California Penal Code section 26160, each licensing authority will have a written policy summarizing their requirements for issuance of a Concealed Weapon Permit. In addition, prior to issuing a Concealed Weapon Permit, the California State Statutes require proof that:

- The applicant is not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Penal Code 26202;
- The applicant is at least 21 years of age, and presents clear evidence of the person's identity and age, as defined in Penal Code 16400;
- The applicant is a resident of that city or city and county. Prima facie evidence of residency within the county or a city within the county includes, but is not limited to, the address where the applicant is registered to vote, the applicant's filing of a homeowner's property tax exemption, and other acts, occurrences, or events that indicate presence in the county or a city within the county is more than temporary or transient. The presumption of residency in the county or city within the county may be rebutted by satisfactory evidence that the applicant's primary residence is in another county or city within the county;
- The course of training prescribed by the licensing authority has been completed.
- The applicant is the recorded owner, with the Department of Justice, of the pistol, revolver, or other firearm for which the license will be issued.

**Character References**

You will need to provide the names and contact information of three persons willing to serve as references.  One of the three must be a person described in Penal Code section 273.5, subdivision (b) (your spouse, or former spouse, your cohabitant or former cohabitant, your fiancée, or someone with whom you have, or previously had, an engagement or dating relationship, or the mother or father of your child), if applicable.  At least one of the three must be your cohabitant if applicable.

**Training Required**

> **Effective January 1st, 2024**, **Senate Bill 2 requires that the firearms training course for initial CCW applications be a minimum of 16 hours and for CCW renewal applications by a minimum of 8 hours - Penal Code 26165.**

If applying for a **NEW** Concealed Carry Weapon license a course approved by the County Sheriff's Office must be completed prior to permit issuance. This course will be a minimum of **16 hours**.

If applying for a **RENEWAL** Concealed Carry Weapon license, a **8 hour** course approved by the County Sheriff's Office must be completed prior to permit issuance.

If applying for a **MODIFICATION** to your current Concealed Carry Weapon license that includes a firearm change, you will need to submit training certifications from a traning vendor approved by the County Sheriff's Office.

You can complete your training at the Ben Clark Training Center or you can go to one of the approved list of instructors - **CLICK HERE FOR TRAINING VENDOR LIST**. You must submit your certificates with your application before being approved. Your required training must be completed before being approved.

**Prior to Filling Out This Application**

**NEW CCW Applicants:**

- Be prepared to scan a copy of your valid California driver's license, or state issued ID, which has your current address in Riverside County. Your state issued ID must have your current residential or mailing address.
- Copies of two of your most recent utility bills or any other sufficient proof of your full-time residency within the County of Riverside as indicated on your application.  Proof of residency's must be opened and can be provided in the form of monthly utility bills, mortgage statement or rental agreement, vehicle registration, or a bank statement. If you are providing a bank statement, please redact the account information
- Copy of your birth certificate and/or naturalization papers.

**CCW RENEWAL Applicants:**

- Be prepared to scan a copy of your valid California driver's license, or state issued ID, which has your current address in Riverside County. Your state issued ID must have your current residential or mailing address.
- Copy of your most recent utility bills or any other sufficient proof of your full-time residency within the County of Riverside as indicated on your application. Proof of residency's must be opened and can be provided in the form of monthly utility bills, mortgage statement or rental agreement, vehicle registration, or a bank statement. If you are providing a bank statement, please redact the account information.

**Business Applicants**

If you are applying for a CCW license for business-related use you must provide the following information in addition to the Instructions for All Applicantslisted above.

1. Copies of any licenses required by local, state and/or federal business and professional codes. It is your responsibility to make sure that you have complied with all licensing requirements. Applicants who operate a business from their residence should check with their local jurisdiction regarding business licenses.
2. Partner(s)/corporate offices statement providing authorization. Partner letter should state if partnership dissolves they will notify this office immediately upon separation.
3. Employer authorization (on company letterhead) specifying duties and/or assignments, which establish need. Employer letter must state they will notify this office immediately upon separation or the need no longer exists.

Any restrictions the employer may wish to impose on the license must also be stated.
4. Employee's last two paycheck stubs or other proof of employer-employee relationship.

## For More Information, Contact:

**Riverside County Sheriff's Department**

**Address:** 16791 Davis Ave., Riverside, CA 92518

**Telephone:** Phone: (951) 486-2856
**Contact List for CCW Investigators:** [CLICK HERE](CLICK HERE)

**Website:** http://www.riversidesheriff.org

## For Technical Support, Contact:

**Permitium Software**
Email: help@permitium.com
Phone: (855) 642-2453

Terms of Use     Privacy Policy

