# EXHIBIT O

San Bernardino County Sheriff's Department



## Select To Get Started:



**NEW** Concealed Carry Weapon License



**RENEW** Concealed Carry Weapon License.  Be sure you apply **90 days before** the expiration of your current permit.



**REQUEST A DUPLICATE** of an existing Concealed Carry Weapon License



**MODIFY** an existing Concealed Carry Weapon License ADDRESS OR NAME CHANGE ONLY

---

## General Information

EXHIBIT O-1

Case 2:23-cv-10169-SPG-ADS   Document 32-10   Filed 02/28/24   Page 3 of 7   Page ID #:1312

Learning the laws regulating the use of firearms is a must for responsible ownership. Local regulations differ and laws vary from state to state. Citizens must check with the jurisdiction where the firearm is to be used.

In California, the Sheriffs and their staff are required to follow strict state and local guidelines when performing the necessary background checks for issuing Carry Concealed Weapon licenses. Due to the detailed nature involved with conducting these background checks, appointment times and processing times can take multiple weeks. During the application process, the applicant will be asked to schedule an interview appointment for a new Carry Concealed Weapon license.

---

**NOTICE FOR RENEWAL:** **If the applicant is <u>RENEWING</u> a Carry Concealed Weapon license in San Bernardino County, they may not apply until <u>90 days before</u> the expiration date listed on their current Carry Concealed Weapon license. These will be processed in the order they were submitted. You may track the progress/status of your order using the Order Tracker.**

**Pricing:**

| Type of Permit | Standard 2 Year | Judicial 3 Year | Custodial 2 Year | Reserve 4 Year |
|---|---|---|---|---|
| **Initial Fee** Paid on submission of your application | $158.00 | $158.00 | $127.00 | $0.00 |
| **Issuance Fee** Paid upon the approval of the application | $126.40 | $126.40 | $126.40 | $0.00 |
| **Range Fee** | $112.00 | $112.00 | $112.00 | $0.00 |
| | | | | |
| **Renewal Fee** | $80.00 | $80.00 | $52.00 | $0.00 |
| **Renewal Range Fee** | $112.00 | $112.00 | $112.00 | |
| **Duplicate/Modification Fee** | $16.00 | $16.00 | $16.00 | $16.00 |

- **For credit card transactions a nominal credit card transaction fee will be charged for each transaction. Charges will be**

Case 2:23-cv-10169-SPG-ADS Document 32-10 Filed 02/28/24 Page 4 of 7 Page ID #:1313

viewable prior to transaction completion.

- **Appointments for Concealed Carry Weapon licenses will be processed Monday – Friday 08:00a.m. to 04:00p.m.**
- **CCW PERMITS WILL NOT BE ISSUED ON GOVERNMENT HOLIDAY'S**
- **Click the appropriate button on the left of the screen to proceed with an application for a Concealed Carry Weapon license.**

*Gaining competency with firearms is like learning to drive a car or fly an airplane. You need expert instruction and practice. There is no shortcut. If you are not willing to invest the time and effort to become competent, then having a firearm and trying to use it can, in many instances, be more hazardous than any impending threat.*

**Please note that this website is optimized for IE 9.0 and higher, Safari, Chrome and Firefox.**

CCW Information

## Concealed Carry Weapon License Requirements: must meet ALL requirements

**Authority**

California Penal Code sections 26150 and 26155 provide that a Sheriff of a county or the Chief or other head of municipal police department of any city, or city and county, shall issue or renew a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (Concealed Carry Weapon license).

**Who Shall be Issued a License**

The licensing authority specified in Penal Code sections 26150 and 26155 shall issue a license to persons who are not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Penal Code 26202, meet residential requirements, and have completed a course of training. All applicants for a Concealed Carry Weapon license will be fingerprinted and state and federal records will be checked to determine if they are eligible to possess firearms. Click here to view all categories that would prohibit a person from possessing firearms and being granted a Concealed Carry Weapon license.

Case 2:23-cv-10169-SPG-ADS Document 32-10 Filed 02/28/24 Page 5 of 7 Page ID #:1314

**Completing the Application**

California Penal Code sections 26150 and 26155 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county shall issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license). Penal Code section 26175 requires the Attorney General to prescribe a statewide standard application form for a CCW license.  Answering all the questions on the Application does not guarantee the issuance of a Concealed Weapon Permit. The determination whether to issue the license is at the discretion of the licensing authority. Pursuant to California Penal Code section 26160, each licensing authority will have a written policy summarizing their requirements for issuance of a Concealed Weapon Permit. In addition, prior to issuing a Concealed Weapon Permit, the California State Statutes require proof that:

- The applicant is not a disqualified person to receive such a license, as determined in accordance with the standards set forth in Penal Code 26202;
- The applicant is at least 21 years of age, and presents clear evidence of the person's identity and age, as defined in Penal Code 16400;
- The applicant is a resident of that city or city and county. Prima facie evidence of residency within the county or a city within the county includes, but is not limited to, the address where the applicant is registered to vote, the applicant's filing of a homeowner's property tax exemption, and other acts, occurrences, or events that indicate presence in the county or a city within the county is more than temporary or transient. The presumption of residency in the county or city within the county may be rebutted by satisfactory evidence that the applicant's primary residence is in another county or city within the county;
- The course of training prescribed by the licensing authority has been completed.
- The applicant is the recorded owner, with the Department of Justice, of the pistol, revolver, or other firearm for which the license will be issued.

**Character References**

You will need to provide the names and contact information of three persons willing to serve as references.  One of the three must be a person described in Penal Code section 273.5, subdivision (b) (your spouse, or former spouse, your cohabitant or former cohabitant, your fiancée, or someone with whom you have, or previously had, an engagement or dating relationship, or the mother or father of your child), if applicable.  At least one of the three must be your cohabitant if applicable.

**Prior to Filling Out This Application**

**NEW CCW Applicants - Be prepared to scan a copy of your:**

- California driver's license, or current military ID, or state issued ID, which has your current address in San Bernardino County. Your state issued ID

Case 2:23-cv-10169-SPG-ADS Document 32-10 Filed 02/28/24 Page 6 of 7 Page ID #:1315

must have your current residential or mailing address.

- Current utility bill in YOUR name with service address (must be gas, water, electric or trash.  We DO NOT ACCEPT cable bills, phone/internet bills, or "past due" bills).
- Current Property tax bill, Grant Deed or Rental Agreement in your name (if you do not have any of these, please contact Employee Resources)
- County certified marriage certificate for each marriage (if you have ever used a different last name or to add a spouse's gun to your permit).
- Copy of your birth certificate and/or naturalization papers.
- Military discharge DD214 form, including discharge status.

**CCW RENEWAL Applicants:**

- California driver's license, or current military ID, or state issued ID, which has your current address in San Bernardino County. Your state issued ID must have your current residential or mailing address.
- Current utility bill in YOUR name with service address (must be gas, water, electric or trash.  We DO NOT ACCEPT cable bills, phone/internet bills, or "past due" bills).
- Current Property tax bill, Grant Deed or Rental Agreement in your name (if you do not have any of these, please contact Employee Resources)
- County certified marriage certificate for each marriage (if you have ever used a different last name or to add a spouse's gun to your permit).
- Range Card (Range Copy provided by the range).
- A **SIGNED** Terms of Use form - **Download Here**

**New CCW Appointment**

**You must bring the following to your CCW Appointment:**

- Valid from of Californian issued identification.
- A Domestic Violence Disclosure form **- Download Here**.  Please do not sign this form until you are at the appointment.
- Terms of Use **- Download Here**

**Training Requirements**

**New Applications:**

The Sheriff's Office will contact you to schedule your firearms safety course date. Penal Code Section 26165, requires all CCW permit holders to attend a mandatory 16-hour training course before issuance of a new CCW permit (Please review all pertinent links below).

1 CCW RANGE FLYER new
2 Range Hold harmless Form
3 Range map

4 Back entrance Map
5 Firearms form

**Renewal Applications:**

A part of the online application submission, you will be required to schedule an appointment for an 8-hour training course.

If you plan on adding a weapon to your permit, you may do so during this time. Per new California Department of Justice law implemented, you will be required to re-qualify with all firearms on your permit.  There will be an additional fee paid directly at the range.

---

## For More Information, Contact:

**San Bernardino County Sheriff's Department**

**Address:** 18901 Institution Road, San Bernardino CA, 92407

**Telephone:** Phone: 909-473-3893
**Email:** <u>CCWINFO@SBCSD.ORG</u>

## For Technical Support, Contact:

**Permitium Software**
Email: <u>help@permitium.com</u>
Phone: (855) 642-2453

---

Terms of Use        Privacy Policy

