C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10, <br><br> Defendants. | CASE NO: 8:23-cv-10169-SPG (ADSx) <br><br> **EVIDENTIARY OBJECTION AND MOTION TO STRIKE DECLARATION OF PROFESSOR MICHAEL VORENBERG IN SUPPORT OF DEFENDANT ROBERT BONTA's OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date: March 13, 2024 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 5C <br> Judge: Hon. Sherilyn Peace Garnett |

**TO THE HONORABLE COURT:**

Plaintiffs California Rifle & Pistol Association, Incorporated, The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover, hereby jointly object, pursuant to Federal Rules of Evidence 401, 402, 602, 702, and 703, to the Declaration of Professor Michael Vorenberg, lodged by Defendant Robert Bonta, in support of his opposition to Plaintiffs' Motion for Preliminary Injunction. These objections are raised on the following grounds and as to the following matters contained within the declaration:

1. Objection to ¶ 15:

   <u>Relevance/Improper Expert Opinion (Fed. R. Evid. 401, 402, 702 & 703)</u>: The declarant asserts that the Reconstruction era is at least as important as the Founding period for consideration of historical laws, which directly contradicts *New York State Rifle & Pistol Association v. Bruen's* treatment of the time period.

2. Objection to ¶ 18:

   <u>Foundation (Fed. R. Evid. 602, 702 & 703)</u>: The declarant references purported municipal enactments without appending them as exhibits so that the Court and Plaintiffs can verify the accuracy of the declarant's representation of them.

3. Objection to ¶ 19:

   <u>Foundation (Fed. R. Evid. 602, 702 & 703)</u>: The declarant references purported municipal enactments without appending them as exhibits so that the Court and Plaintiffs can verify the accuracy of the declarant's representation of them.

1  4.    Objection to ¶ 22:

2         <u>Relevancy (Fed. R. Evid. 401 & 402)</u>: The declarant's opinion on the

3  purported historical philosophy of police power exercise in the United States is not

4  relevant to the narrow purview of proper expert testimony in this context: the

5  existence of historical laws that might bear resemblance to the laws Plaintiffs

6  challenge.

7  5.    Objection to ¶ 24:

8         <u>Foundation (Fed. R. Evid. 602, 702 & 703)</u>: There is no citation to any

9  documentation to support the broad premise and conclusion offered that laws were

10 entirely local during the discussed period and had no basis for any extension or

11 reciprocity elsewhere. No source materials are provided for the Court to understand

12 the declarant's source for this claim.

13 6.    Objection to ¶¶ 26 & 27:

14        <u>Foundation (Fed. R. Evid. 602, 702 & 703)</u>: There is no citation to any

15 documentation to support the declarant's claim that permitting schemes were

16 widespread or even the purported reasons why. No source materials are provided

17 for the Court to understand the declarant's source for this claim.

18 **7.**  Objection to ¶¶ 28 through 31, 33 & 34:

19        <u>Foundation (Fed. R. Evid. 602, 702 & 703)</u>: None of the local permitting

20 schemes discussed are supported with citation to primary source material that could

21 confirm the veracity of the declarant's characterizations of them or to support the

22 assumptions expressed about them.

23 8.    Objection to ¶ 35:

24        <u>Relevancy (Fed. R. Evid. 401 & 402)</u>: The absence of journalistic

25 commentary about the constitutionality of any given local carry regulation from this

26 era has no relevance to the legal issues here.

27        <u>Foundation (Fed. R. Evid. 602, 702 & 703)</u>: No foundation is provided for

28 the claims that a journalistic commentary about the constitutionality of any given

3
EVID. OBJ. TO AND MOT. STRIKE VORENBERG DECLARATION

local carry regulation is evidence of a historical legal trend. No source materials are provided or referenced for the Court to understand the declarant's source for this claim.

Respectfully submitted,

Dated: February 28, 2024  **MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs

Dated: February 28, 2024  **LAW OFFICES OF DON KILMER**

*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff The Second Amendment Foundation

# **CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:    8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**EVIDENTIARY OBJECTION AND MOTION TO STRIKE DECLARATION OF PROFESSOR MICHAEL VORENBERG IN SUPPORT OF DEFENDANT ROBERT BONTA's OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

| | |
|---|---|
| Mark R Beckington<br>Jane E. Reilley<br>Christina R.B. Lopez, Deputy Attorney General<br>California Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013-1230<br>jane.reilley@doj.ca.gov<br>Christina.Lopez@doj.ca.gov<br><br>*Attorney for Defendant Robert Bonta* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |
| Henry Michael Nikogosyan<br>Ryan M. Chabot<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>mark.selwyn@wilmerhale.com<br>ryan.chabot@wilmerhale.com<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | |

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed February 28, 2024
3  _____
   Christina Castron

CERTIFICATE OF SERVICE