Name and address:
Henry Nikogosyan (SBN 326277)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

California Rifle and Pistol Association, Inc., et al.,

Plaintiff(s)

v.

Los Angeles County Sheriff's Department, et al.,

Defendant(s).

CASE NUMBER

2:23-cv-010169-SPG-ADS

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Chabot, Ryan M.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 295-6513           (212) 230-8888

*Telephone Number          Fax Number*

ryan.chabot@wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Los Angeles County Sheriff's Department and Sheriff Robert Luna

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Nikogosyan, Henry M.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

326277           (213) 443-5300           (212) 443-5400

*Designee's Cal. Bar No.    Telephone Number      Fax Number*

henry.nikogosyan@wilmerhale.com

*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   2/28/24

/s/ District Judge Sherilyn Peace Garnett
U.S. District Judge/~~U.S. Magistrate Judge~~