Bruce A. Lindsay, Esq., SBN 102794
bal@jones-mayer.com
Monica Choi Arredondo, Esq., SBN 215847
mca@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
LA VERNE POLICE DEPARTMENT, LA VERNE
CHIEF OF POLICE COLLEEN FLORES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTE, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>*Honorable Sherilyn Peace Garnett*<br>*Magistrate Judge Autumn D. Spaeth*<br><br>**DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' SUPPLEMENTAL OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 5C |



1     TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     Defendants LA VERNE POLICE DEPARTMENT ("City") and LA VERNE
3 CHIEF OF POLICE COLLEEN FLORES hereby submit the following supplemental
4 objections to the following evidence submitted in support of Plaintiffs' Motion for
5 Preliminary Injunction, on the grounds set forth below:

6     •     Cumberland County, Pennsylvania License to Carry Firearms Webpage,
7 attached as Exhibit A to Plaintiffs' Request for Judicial Notice ("RJN") in Support of
8 Plaintiffs' Motion for Preliminary Injunction;

9     •     Arizona Department of Public Safety Concealed Weapons and Permits
10 Webpage, attached as Exhibit C to Plaintiffs' RJN in Support of Plaintiffs' Motion for
11 Preliminary Injunction;

12    •     Texas Department of Public Safety, License to Carry (LTC) Fee Table,
13 attached as Exhibit D to Plaintiffs' RJN in Support of Plaintiffs' Motion for Preliminary
14 Injunction;

15    •     Utah Department of Public Safety – "How do I apply for a Concealed
16 Firearm Permit?" Webpage, attached as Exhibit E to Plaintiffs' RJN in Support of
17 Plaintiffs' Motion for Preliminary Injunction;

18    •     Washington Department of Licensing – Fees, Firearm Dealers Webpage,
19 attached as Exhibit F to Plaintiffs' RJN in Support of Plaintiffs' Motion for Preliminary
20 Injunction;

21    •     Los Angeles County Sheriff's Department Concealed Carry Weapon
22 License, Permitium, attached as Exhibit G to Plaintiffs' RJN in Support of Plaintiffs'
23 Motion for Preliminary Injunction;

24    •     Glendora Police Department License to Carry a Concealed Weapon,
25 Permitium, attached as Exhibit H to Plaintiffs' RJN in Support of Plaintiffs' Motion for
26 Preliminary Injunction;

27    •     Fred L. Button, ed., General Municipal Ordinances of the City of Oakland,
28 California (Oakland, CA; Enquirer, 1895), p. 218, Sec. 1, An Ordinance to Prohibit the



1  Carrying of Concealed Weapons, No. 1141, attached as Exhibit J to Plaintiffs' RJN in
2  Support of Plaintiffs' Motion for Preliminary Injunction;
3  • Prohibiting the Carrying of Concealed Deadly Weapons, Ordinance no. 84,
4  Charter and Ordinances of the City of Sacramento (1876), attached as Exhibit K to
5  Plaintiffs' RJN in Support of Plaintiffs' Motion for Preliminary Injunction;
6  • Florida Department of Agriculture and Consumer Services Acceptable
7  Firearms Training Documentation Webpage, attached as Exhibit L to Plaintiffs'
8  Supplemental Request for Judicial Notice in Support of Plaintiffs' Motion for
9  Preliminary Injunction;
10  • Florida Department of Agriculture and Consumer Services Eligibility
11  Requirements for a Florida Concealed Weapon License Webpage, attached as Exhibit
12  M to Plaintiffs' Supplemental Request for Judicial Notice in Support of Plaintiffs'
13  Motion for Preliminary Injunction;
14  • Riverside County Sheriff's Department Concealed Carry License
15  Webpage, Permitium, attached as Exhibit N to Plaintiffs' Supplemental Request for
16  Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction; and
17  • San Bernardino County Sheriff's Department Concealed Carry License
18  Webpage, Permitium, attached as Exhibit O to Plaintiffs' Supplemental Request for
19  Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction.

| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| 29. Cumberland County, Pennsylvania License to Carry Firearms Webpage, attached as Exhibit A to Plaintiffs' Request for Judicial Notice in | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological | ☐ Sustained<br>☐ Overruled |



| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| Support of Plaintiffs' Motion for Preliminary Injunction ("Plaintiffs' RJN") | examination constitutes inadmissible hearsay.<br>• <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | |
| 30. Arizona Department of Public Safety Concealed Weapons and Permits Webpage, attached as Exhibit C to Plaintiffs' RJN. | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | ☐ Sustained<br>☐ Overruled |
| 31. Texas Department of Public Safety, License to Carry (LTC) Fee Table, attached as Exhibit D to Plaintiffs' | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process. | ☐ Sustained<br>☐ Overruled |



| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| RJN. | California law explicitly allows issuing authorities to charge reasonable fees associated with processing CCW applications and allow issuing authorities to require that an applicant pass a psychological test before issuing a CCW permit. See Cal. Pen. Code §§ 26190(c), (e).<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | |
| 32. Utah Department of Public Safety – "How do I apply for a Concealed Firearm Permit?" Webpage, attached as Exhibit E to Plaintiffs' RJN. | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• <u>Probative value outweighed by</u> | ☐ Sustained<br>☐ Overruled |

| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| | prejudicial effect (FRE 403): The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | |
| 33. Washington Department of Licensing – Fees, Firearm Dealers Webpage, attached as Exhibit F to Plaintiffs' RJN. | • Not relevant (FRE 401): Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process. California law explicitly allows issuing authorities to charge reasonable fees associated with processing CCW applications and allow issuing authorities to require that an applicant pass a psychological test before issuing a CCW permit. See Cal. Pen. Code §§ 26190(c), (e).<br>• Hearsay (FRE 801, 802): The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• Probative value outweighed by prejudicial effect (FRE 403): The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | ☐ Sustained<br>☐ Overruled |
| 34. Los Angeles | • Not relevant (FRE 401): Another | ☐ Sustained |



| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| County Sheriff's Department Concealed Carry Weapon License, Permitium, attached as Exhibit G to Plaintiffs' RJN. | jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• Hearsay (FRE 801, 802): The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• Probative value outweighed by prejudicial effect (FRE 403): The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | ☐ Overruled |
| 35. Glendora Police Department License to Carry a Concealed Weapon, Permitium, attached as Exhibit H to Plaintiffs' RJN. | • Not relevant (FRE 401): Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• Hearsay (FRE 801, 802): The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• Probative value outweighed by prejudicial effect (FRE 403): The probative value of the proffered evidence is substantially outweighed by a danger of | ☐ Sustained<br>☐ Overruled |



| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
|  | unfair prejudice and confusing the issues. |  |
| 36.  Fred L. Button, ed., General Municipal Ordinances of the City of Oakland, California (Oakland, CA; Enquirer, 1895), p. 218, Sec. 1, An Ordinance to Prohibit the Carrying of Concealed Weapons, No. 1141, attached as Exhibit J to Plaintiffs' RJN. | • Not relevant (FRE 401): Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• Hearsay (FRE 801, 802): The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• Probative value outweighed by prejudicial effect (FRE 403): The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | ☐ Sustained<br>☐ Overruled |
| 37.  Prohibiting the Carrying of Concealed Deadly Weapons, Ordinance no. 84, Charter and Ordinances of the City of Sacramento (1876), attached as Exhibit K to Plaintiffs' RJN. | • Not relevant (FRE 401): Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• Hearsay (FRE 801, 802): The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• Probative value outweighed by prejudicial effect (FRE 403): The probative | ☐ Sustained<br>☐ Overruled |

| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| | value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | |
| 38. Florida Department of Agriculture and Consumer Services Acceptable Firearms Training Documentation Webpage, attached as Exhibit L to Plaintiffs' Supplemental Request for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction ("Plaintiffs' Supplemental RJN"). | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | ☐ Sustained<br>☐ Overruled |
| 39. Florida Department of Agriculture and Consumer Services Eligibility Requirements for a Florida Concealed Weapon License Webpage, attached as Exhibit M to Plaintiffs' | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological examination constitutes inadmissible hearsay. | ☐ Sustained<br>☐ Overruled |



| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| Supplemental RJN. | • <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | |
| 40. Riverside County Sheriff's Department Concealed Carry License Webpage, Permitium, attached as Exhibit N to Plaintiffs' Supplemental RJN. | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological examination constitutes inadmissible hearsay.<br>• <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | ☐ Sustained<br>☐ Overruled |
| 41. San Bernardino County Sheriff's Department Concealed Carry License Webpage, Permitium, attached as Exhibit O to Plaintiffs' Supplemental | • <u>Not relevant (FRE 401)</u>: Another jurisdiction's concealed carry weapon ("CCW") permit requirements are irrelevant to the determination of the reasonableness of the City's CCW permitting process.<br>• <u>Hearsay (FRE 801, 802)</u>: The summary of the contents of the psychological | ☐ Sustained<br>☐ Overruled |

| Material objected to: | Objections: | Ruling on Objection |
|---|---|---|
| RJN. | examination constitutes inadmissible hearsay.<br><br>- <u>Probative value outweighed by prejudicial effect (FRE 403)</u>: The probative value of the proffered evidence is substantially outweighed by a danger of unfair prejudice and confusing the issues. | |

Dated: March 4, 2024

JONES MAYER

By: */s/Bruce A. Lindsay*
Bruce A. Lindsay
Monica Choi Arredondo
Attorneys for Defendants,
LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES