C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>        Defendants. | CASE NO: 8:23-cv-10169-SPG (ADSx)<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Sherilyn Peace Garnett |

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         Under Federal Rule of Evidence 201, Plaintiffs California Rifle & Pistol

3    Association, Incorporated, The Second Amendment Foundation, Gun Owners of

4    America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick

5    Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia

6    Gabaldon, and Stephen Hoover request that the Court take judicial notice of the

7    following document in support of Plaintiffs' Motion for Preliminary Injunction:

8         1.    **Brief of the United States,** *United States of America v. David*

9    *Robinson, Jr.***, No. 23-12551 (11th Cir. Mar. 29, 2024), ECF No. 40**. A true and

10   correct copy of this document is attached as **Exhibit P.** Exhibit P is the federal

11   government's responsive brief before the Eleventh Circuit Court of Appeals in

12   *United States of America v. David Robinson, Jr.*, a case concerning whether the

13   National Firearms Act's regulation of short-barreled rifles is constitutional. While

14   the whole brief is submitted for context as Exhibit P, Plaintiffs specifically seek

15   judicial notice of the following excerpt from page 24:

16

17   > While discussing the constitutionality of shall-issue licenses, the Court explained that, "because any permitting scheme can be put toward abusive ends, we do not rule out constitutional challenges to shall-issue regimes where, for example, … exorbitant fees deny ordinary citizens their right to public carry." Bruen, 597 U.S. at 39. **In other words, the purpose of the fee is irrelevant to the Second Amendment analysis, the question is whether the fee denies ordinary citizens the right to bear arms.**

18

19

20

21

22        (Bold added). A court shall take judicial notice of a fact if requested by a

23   party and supplied with the necessary information. *See* Fed. R. Evid. 201(d). The

24   fact relevant here is the federal government's stated position on what constitutes an

25   exorbitant fee. Judicial Notice of Exhibit P is proper because the documents for

26   which this request is made are "capable of accurate and ready determination by

27   resort to sources who accuracy cannot reasonably be questioned." Fed. R. Evid.

28   201(b)(2). Indeed, "[a] trial court may presume that public records are authentic and

2

SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

1   trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999)

2   (taking judicial notice of agency report). It is also well-established that courts are

3   able to take judicial notice of filings in other courts. *See Holder v. Holder*, 305 F.3d

4   854, 866 (9th Cir. 2002) (taking judicial notice of a state court ruling and briefs

5   filed in that proceeding); *United States ex rel. Geisler v. Walters,* 510 F.2d 887, 890

6   n. 4 (3d Cir.1975) (taking judicial notice of briefs and petitions filed in other

7   courts); *Southmark Prime Plus, L.P. v. Falzone*, 776 F. Supp. 888, 892 (D. Del.

8   1991) ("The contents of the court records that may be judicially noticed include the

9   briefs and petitions of the parties.").

10       Nor is relevance in question. Defendants have argued that their respective

11   lengthy wait times and exorbitant fees are not "abusive" because any resulting

12   abuse is not intentional. Plaintiffs do not agree that either practice is unintentional,

13   but have argued that even if they are unintentional, *Bruen* defines "abuse" as

14   denying ordinary citizens the right to public carry, regardless of intention. *New*

15   *York State Rifle & Pistol Ass'n, Inc. v. Bruen,* 597 U.S. 1, 39, n. 9 (2022). In its

16   Eleventh Circuit brief, the federal government has adopted Plaintiffs' view, which

17   provides further support for the issuance of a preliminary injunction here.

18       Judicial notice of Exhibit P, page 24 is therefore appropriate.

19       Respectfully submitted,

20   Dated:  April 26, 2024          **MICHEL & ASSOCIATES, P.C.**

21                                   */s/ C.D. Michel*
                                     _____
22                                   C.D. Michel
                                     Counsel for Plaintiffs
23

24   Dated: April 26, 2024           **LAW OFFICES OF DON KILMER**

25                                   */s/ Don Kilmer*
                                     _____
26                                   Don Kilmer
                                     Counsel for Plaintiff The Second Amendment
                                     Foundation
27

28

## CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:    8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

      I am not a party to the above-entitled action. I have caused service of:

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov
   *Attorney for Defendants*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

      Additionally, the following parties were served by transmitting a true copy via electronic mail as follows:

| | |
|---|---|
| Dawyn R. Harrison, County Counsel<br>Caroline Shahinian, Deputy County Counsel<br>Office of the County Counsel<br>500 W Temple St Ste 648<br>Los Angeles, CA 90012-3196<br>cshahinian@counsel.lacounty.gov<br><br>*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna* | Bruce A. Lindsay<br>Monica Choi Arredondo<br>JONES MAYER<br>3777 N. Harbor Blvd.<br>Fullerton, CA  92835<br>bal@jones-mayer.com<br>mca@jones-mayer.com<br><br>*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores* |

1

        I declare under penalty of perjury that the foregoing is true and correct.

2   Executed April 26, 2024.

3                                                          Christina Castron

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE