1 | Bruce A. Lindsay, Esq., SBN 102794
bal@jones-mayer.com
2 | Monica Choi Arredondo, Esq., SBN 215847
mca@jones-mayer.com
3 | JONES MAYER
3777 North Harbor Boulevard
4 | Fullerton, CA  92835
Telephone:  (714) 446-1400
5 | Facsimile:  (714) 446-1448

6 | Attorneys for Defendants,
LA VERNE POLICE DEPARTMENT, LA VERNE
7 | CHIEF OF POLICE COLLEEN FLORES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | Case No.  2:23-cv-10169-SPG-ADS <br><br> *Honorable Sherilyn Peace Garnett* <br> *Magistrate Judge Autumn D. Spaeth* <br><br> **DEFENDANTS CITY OF LA VERNE'S AND CHIEF FLORES' NOTICE OF JOINDER IN DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND SHERIFF ROBERT LUNA'S RESPONSE [ECF No. 46] TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 45]** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants LA VERNE POLICE DEPARTMENT ("City") and LA VERNE CHIEF OF POLICE COLLEEN FLORES hereby join in DEFENDANTS LOS ANGELES COUNTY SHERIFF'S



DEPARTMENT AND SHERIFF ROBERT LUNA'S RESPONSE [ECF No. 46] TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [ECF No. 45], filed with the Court on or about May 17, 2024.  The arguments, authorities, and/or evidence referenced therein and/or submitted in support thereof are incorporated as though restated herein.

Dated:  May 20, 2024

JONES MAYER

By: */s/Bruce A. Lindsay*
    Bruce A. Lindsay
    Monica Choi Arredondo
    Attorneys for Defendants,
    LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES

