Bruce A. Lindsay, Esq., SBN 102794
bal@jones-mayer.com
Monica Choi Arredondo, Esq., SBN 215847
mca@jones-mayer.com
JONES MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants,
LA VERNE POLICE DEPARTMENT, LA VERNE
CHIEF OF POLICE COLLEEN FLORES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,

Plaintiffs,

v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTE, in his official capacity as Attorney General of the State of California; and DOES 1-10,

Defendants.

Case No. 2:23-cv-10169-SPG-ADS

*Honorable Sherilyn Peace Garnett*
*Magistrate Judge Autumn D. Spaeth*

**SUPPLEMENTAL DECLARATION OF LT. CHRIS DRANSFELDT IN SUPPORT OF DEFENDANTS CITY OF LA VERNE AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**



**SUPPLEMENTAL DECLARATION OF LT. CHRIS DRANSFELDT**

I, Lt. Chris Dransfeldt, declare as follows,

1. I am an adult and I am employed by the City of La Verne as a Lieutenant in the La Verne Police Department ("LVPD"). I make this supplement to my prior declaration in support of Defendants City of La Verne ("City") and former La Verne Chief of Police Colleen Flores' Opposition to Plaintiffs' Motion for Preliminary Injunction based on my own personal knowledge. If called upon to testify, I could and would truthfully testify to the following based on my personal knowledge.

2. As part of my official duties, I was requested by Police Chief Sam Gonzalez to oversee further research of the concealed carry weapon ("CCW") permit application fees of the city police departments in Los Angeles County, as well as the LA Sheriff's CCW application fees.

3. The City has a Cadet program for part-time employees to introduce them to law enforcement and for them to provide assistance to various divisions of the LVPD. They will help with various tasks at the Department as directed by LVPD personnel.

4. To conduct further research of the current CCW application fees of the other police agencies in Los Angeles County, I asked two of the City's Cadets, Charles Sorbel and Fred Trenkler, to assist with the project. I oversaw their work and I directed them to call each of the cities and the Sheriff's Department to update the current breakdown of fees for CCW applicants by each of them asking to speak with police staff that were knowledgeable about the specific fees that were required to be paid by the applicants of the department for CCW permits. If they were given the information regarding the required fees, they were to truthfully list the information in a document titled "CCW UPDATED FEE LIST 05.22.24" a true and correct copy of which is attached as Exhibit A to my supplemental declaration.

5. When I was informed by the Cadets that some of the departments were not responsive, I directed that they access the websites of those city police departments in the County that had not responded to their phone calls, to look for the current



information regarding the CCW permit application program/process of the department on their site and the listed fees for the CCW applications. If the application fees were listed on the website, Charles and Fred were to and did list the city and the breakdown of fees set forth on the city's website truthfully on the document "CCW UPDATED FEE LIST," i.e., Exhibit A to this supplemental declaration.

6. The Cadets gathered updated CCW application fees information from all of the police departments that are listed on the CCW UPDATED FEE LIST (Exhibit A). They finished preparing the list and provided it to me as of May 22, 2024.

7. I confirmed with both Charles and Fred that the information on the CCW UPDATED FEE LIST accurately reflects the current CCW fee information that they each obtained either by making personal calls to the cities' police departments or from a city's police department website to gather the fee information.

8. I have reviewed the list and I understand that the total costs for all of the cities and Sheriff's Department add up to $36,096.08. When divided by the total number of 46 jurisdictions on the list the average CCW cost in the County is $784.70. The costs to CCW applicants at the LVPD is currently $786.00, or about average. The only fees paid that go to the City are the $100.00 administration fee and the $20.00 print fee for the Live Scan required by the State. Since the City will pay the entire fee of $155.00 for the psychological evaluation, the City is minus $35.00 per applicant.

9. I provided a copy of the CCW UPDATED FEE LIST to Chief Gonzalez to complete my assignment upon my receipt of the completed list from Charles and Fred.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, as executed this 23rd day of May 2024, at La Verne, California.

Lt. Chris Dransfeldt

- 2 -

SUPPLEMENTAL DECLARATION OF LT. CHRIS DRANSFELDT ISO CITY OF LA VERNE AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

JM JONES MAYER LAW

# EXHIBIT A

| CITY | ADMIN. FEE | DOJ FEE | LIVESCAN ROLL FEE | PSYCHOLOGICAL TEST | WEAPONS SAFETY | USE MY CCW | PROCESSING FEE | AMENDMENTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| ALHAMBRA | $ 144.57 | $ 93.00 | $ 25.00 | $ 400.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 1,235.57 |
| ARCADIA | $ 381.85 | $ 93.00 | $ 12.00 | $ 150.00 | $ 175.00 | N | N/A | N/A | $ 811.85 |
| AZUSA | $ 110.00 | $ 93.00 | $ 30.00 | N/A | $ 175.00 | N | $ 180.00 | N/A | $ 588.00 |
| BALDWIN PARK | $ 100.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 941.00 |
| BELL | LASD | N/A | N/A | N/A | N/A | N | N/A | N/A | LASD |
| BELL GARDENS | $ 100.00 | $ 93.00 | $ 44.00 | N/A | $ 175.00 | Y | $ 398.00 | N/A | $ 810.00 |
| BEVERLY HILLS | $ 100.00 | $ 93.00 | $ 25.00 | $ 450.00 | N/A | N | $ 52.00 | N/A | $ 720.00 |
| BURBANK | $ 20.00 | $ 93.00 | $ 21.00 | $ 150.00 | $ 175.00 | N | $ 105.00 | N/A | $ 564.00 |
| CLAREMONT | $ 100.00 | $ 93.00 | $ 28.00 | $ 150.00 | $ 175.00 | Y | $ 398.00 | $ 25.00 | $ 969.00 |
| COVINA | $ 100.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 250.00 | N | N/A | N/A | $ 618.00 |
| CULVER CITY | $ 70.00 | $ 93.00 | $ 20.00 | $ 150.00 | $ 175.00 | N | $ 280.00 | N/A | $ 788.00 |
| DOWNEY | $ 100.00 | $ 93.00 | $ 25.00 | $ 400.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 1,190.00 |
| EL MONTE | LASD | N/A | N/A | N/A | N/A | N | N/A | N/A | LASD |
| EL SEGUNDO | $ 100.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 941.00 |
| GARDENA | $ 369.64 | $ 93.00 | $ 33.00 | $ 150.00 | $ 250.00 | N | N/A | N/A | $ 895.64 |
| GLENDALE | $ 100.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 250.00 | N | N/A | N/A | $ 618.00 |
| GLENDORA | $ 165.00 | $ 93.00 | $ 20.00 | $ 150.00 | $ 175.00 | N | $ 104.00 | N/A | $ 572.00 |
| HAWTHORNE | $ 124.00 | $ 93.00 | $ 25.00 | N/A | $ 175.00 | Y | $ 398.00 | N/A | $ 815.00 |
| HERMOSA BEACH | $ 100.00 | $ 93.00 | $ 20.00 | $ 150.00 | $ 175.00 | N | N/A | $ 10.00 | $ 548.00 |
| HUNTINGTON PARK | $ 488.00 | $ 93.00 | $ 25.00 | N/A | $ 250.00 | N | N/A | N/A | $ 856.00 |
| INGLEWOOD | $ 350.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | N | $ 75.00 | $ 10.00 | $ 878.00 |
| IRWINDALE | N/A | $ 93.00 | $ 25.00 | N/A | $ 175.00 | Y | $ 398.00 | N/A | $ 691.00 |
| LA VERNE | $ 100.00 | $ 93.00 | $ 20.00 |  | $ 175.00 | Y | $ 398.00 | $ 10.00 | $ 786.00 |
| LONG BEACH | $ 99.15 | $ 93.00 | $ 32.00 | $ 150.00 | $ 175.00 | N | $ 396.00 | $ 10.00 | $ 955.15 |
| LOS ANGELES PD | N/A | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | N | $ 268.00 | N/A | $ 711.00 |
| LOS ANGELES SHERIFF | $ 150.00 | $ 93.00 | $ 30.00 | N/A | $ 250.00 | N | N/A | N/A | $ 523.00 |
| MANHATTAN BEACH | N/A | $ 93.00 | $ 25.00 | $ 400.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 1,091.00 |
| MONROVIA | $ 150.00 | $ 93.00 | $ 30.00 | $ 150.00 | $ 250.00 | N | N/A | N/A | $ 673.00 |
| MONTEBELLO | $ 220.00 | $ 93.00 | $ 25.00 | N/A | $ 250.00 | N | N/A | N/A | $ 808.00 |
| MONTEREY PARK | $ 226.57 | $ 93.00 | $ 32.60 | $ 150.00 | $ 175.00 | N | $ 282.57 | $ 10.00 | $ 969.74 |
| PALOS VERDES | $ 312.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 281.00 | N | $ 398.00 | N/A | $ 1,259.00 |
| PASADENA | N/A | $ 93.00 | $ 18.00 | $ 150.00 | $ 175.00 | N | $ 337.14 | $ 10.00 | $ 783.14 |
| POMONA | $ 144.00 | $ 95.00 | $ 20.00 | N/A | $ 250.00 | N | N/A | N/A | $ 509.00 |
| REDONDO BEACH | $ 70.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | N | $ 280.00 | N/A | $ 793.00 |
| SAN FERNANDO | $ 25.00 | $ 93.00 | $ 25.00 | $ 450.00 | $ 175.00 | N | $ 387.00 | N/A | $ 1,155.00 |
| SAN GABRIEL | $ 100.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 941.00 |
| SAN MARINO | $ 228.42 | $ 93.00 | $ 20.00 | $ 150.00 | $ 250.00 | N | N/A | $ 25.00 | $ 766.42 |
| SANTA MONICA | $ 219.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 1,060.00 |
| SIERRA MADRE | $ 95.00 | $ 93.00 | $ 20.00 | $ 150.00 | $ 175.00 | N | $ 380.00 | $ 10.00 | $ 923.00 |
| SIGNAL HILL | N/A | $ 93.00 | $ 25.00 | $ 300.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 991.00 |
| SOUTHGATE | $ 100.00 | $ 93.00 | $ 25.00 | $ 476.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 1,267.00 |
| SOUTH PASADENA | $ 135.00 | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | N | $ 216.57 | N/A | $ 794.57 |
| TORRANCE | $ 20.00 | $ 93.00 | $ 20.00 | N/A | $ 175.00 | N | $ 105.00 | $ 10.00 | $ 423.00 |
| VERNON | LASD | N/A | N/A | N/A | N/A | N | N/A | N/A | LASD |
| WEST COVINA | N/A | $ 93.00 | $ 25.00 | $ 150.00 | $ 175.00 | Y | $ 398.00 | N/A | $ 841.00 |
| WHITTIER | $ 30.00 | $ 93.00 | $ 30.00 | $ 450.00 | $ 175.00 | N | $ 245.00 | N/A | $ 1,023.00 |