1  Bruce A. Lindsay, Esq., SBN 102794
   bal@jones-mayer.com
2  Monica Choi Arredondo, Esq., SBN 215847
   mca@jones-mayer.com
3  JONES MAYER
   3777 North Harbor Boulevard
4  Fullerton, CA  92835
   Telephone:  (714) 446-1400
5  Facsimile:  (714) 446-1448

6  Attorneys for Defendants,
   LA VERNE POLICE DEPARTMENT, LA VERNE
7  CHIEF OF POLICE COLLEEN FLORES

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual, | Case No. 2:23-cv-10169-SPG-ADS

   *Honorable Sherilyn Peace Garnett*
   *Magistrate Judge Autumn D. Spaeth*

   **NOTICE RE SUPPLEMENTAL DECLARATION OF LT. CHRIS DRANSFELDT IN SUPPORT OF DEFENDANTS CITY OF LA VERNE AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

              Plaintiffs,

         v.

   LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTE, in his official capacity as Attorney General of the State of California; and DOES 1-10,

              Defendants.



NOTICE RE SUPPLEMENTAL DECLARATION OF LT. CHRIS DRANSFELDT ISO LA VERNE
DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# NOTICE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants City of La Verne and Chief Colleen Flores ("La Verne Defendants") respectfully submit this Notice regarding the Supplemental Declaration of Lt. Chris Dransfeldt filed in support of La Verene Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, on May 24, 2024 [ECF No. 48-1].

Said Supplemental Declaration is highly relevant on the issue of the CCW fees associated with the issuance of CCW licenses/permits by the La Verne Police Department as it contains updated data on the current fees charged throughout Los Angeles County by 46 jurisdictions. Given the "as applied" challenge directed by Plaintiffs at the CCW process and fees associated with the La Verne Defendants' CCW licensing/permitting process, the data shows that the average CCW fee in Los Angeles County is $784.70 compared to the fees of $786.00 associated with the La Verne Defendants' CCW process.

Dated: May 24, 2024                                  JONES MAYER

By: */s/Bruce A. Lindsay*
　　Bruce A. Lindsay
　　Monica Choi Arredondo
　　Attorneys for Defendants,
　　LA VERNE POLICE DEPARTMENT, LA VERNE CHIEF OF POLICE COLLEEN FLORES

