C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>Defendants. | CASE NO: 8:23-cv-10169-SPG (ADSx)<br><br>**PLAINTIFFS' PARTIAL OBJECTION TO DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Sherilyn Peace Garnett |

1       On May 23, 2024, Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores filed a supplemental request for judicial notice, which included two attached declarations. (Dkt. Nos. 48, 48-1, and 48-2.) On May 24, 2024, an additional notice was filed apparently to further explain the inclusion of one of the declarations. (Dkt. No. 49.)

One of the two declarations, signed by Counsel for the City Bruce A. Lindsay, was included to verify the accuracy of the attached Agreement for which judicial notice is requested. (Dkt. No. 48-2.) While Plaintiffs do not necessarily view the Professional Services Agreement entered by the City of La Verne with Seal Beach Consulting as judicially noticeable, they ultimately do not object to this Court taking notice of it, as they believe the Parties have a duty to keep the Court informed of relevant developments. Plaintiffs welcome this progress in reducing the City's fees and are pleased to see their lawsuit has already caused the City to reduce the burden on La Verne residents seeking to affordably exercise their Second Amendment right to carry a firearm for self-defense. That said, the fees remain exorbitant as compared to most other places in California, and even more so when compared to other states. In a best-case scenario,[1] an applicant still faces an expense of $790 to get a CCW permit from La Verne. That is still many times more than what residents of any neighboring state pay, and it is also much more than what residents of most other counties in California pay.

Plaintiffs do object, however, to the included Supplemental Declaration of Lt. Chris Dransfeldt. (Dkt. No 48-1.) It does not inform the Court of any new developments and essentially amounts to untimely additional argument that La

---

[1] La Verne's fee schedule assumes that the training course will cost $175, and that Live Scan service will be $20. *See* La Verne Police Department CCW Fee Schedule, https://docs.google.com/document/d/1g_oOI4RbXAmUa3SiqwhFTvl BaY5ZIs_VOUtSdQocOEU/preview (last accessed May 23, 2024). In truth, Live Scan service typically costs around $100 in total, and most training courses cost significantly more than $175.

Verne's fees are "average" for Los Angeles County. But as Plaintiffs have maintained from the start, that is not relevant under *Bruen*. What matters is whether the expense <u>to the applicant</u> would tend to "deny ordinary citizens their right to public carry." *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1, 39 n.9 (2022); *see also* Brief of the United States at 24, *United States of America v. David Robinson, Jr.*, No. 23-12551 (11th Cir. Mar. 29, 2024), ECF No. 40 (Federal Government taking the same position in an Eleventh Circuit case). *Bruen* does not call for excusing exorbitant fees just because other nearby cities are abusing the Second Amendment in the same way. The supplemental declaration of Lt. Dransfeldt should be disregarded because it is both untimely and irrelevant.

Respectfully submitted,

Dated: May 24, 2024         **MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Counsel for Plaintiffs

Dated: May 24, 2024         **LAW OFFICES OF DON KILMER**

*/s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff The Second Amendment Foundation

**ATTESTATION OF E-FILED SIGNATURES**

I, C.D. Michel, am the ECF User whose ID and password are being used to file this PARTIAL OBJECTION TO DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: May 24, 2024  /s/ C.D. Michel
C.D. Michel

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:    8:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' PARTIAL OBJECTION TO DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE COLLEEN FLORES' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

on the following parties, as follows:

Mark R Beckington
Jane E. Reilley
Christina R.B. Lopez, Deputy Attorney General
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
jane.reilley@doj.ca.gov
Christina.Lopez@doj.ca.gov

*Attorney for Defendants*

Dawyn R. Harrison, County Counsel
Caroline Shahinian, Deputy County Counsel
Office of the County Counsel
500 W Temple St Ste 648
Los Angeles, CA 90012-3196
cshahinian@counsel.lacounty.gov

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Bruce A. Lindsay
Monica Choi Arredondo
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, CA 92835
bal@jones-mayer.com
mca@jones-mayer.com

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | Executed May 24, 2024. |
| 3 | *Christina Castron* |
| | Christina Castron |