# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>        Defendants. | Case No. 2:23-cv-10169-SPG (ADSx)<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT [ECF No. 53]** |

Plaintiffs, along with Defendant Robert Bonta, in his official capacity as Attorney General of the State of California, Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in his official capacity, and Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez, in his official capacity (the "Parties") have stipulated and requested to allow Plaintiffs leave to file a First Amended and Supplemental Complaint, and for Defendants to have 45 days from the filing of that First Amended and Supplemental Complaint to file their responsive pleadings. ECF No. 53.

After full consideration, and good cause appearing, the Parties' request is **GRANTED**. Plaintiffs shall file their First Amended and Supplemental Complaint, which is attached as Exhibit B to the Parties' stipulation, (ECF No. 53 pp. 64-120), within three (3) calendar days of this order. Per the Parties' stipulation, Defendants' response, if any, to the First Amended Supplemental Complaint is due within 45 days from the filing of the First Amended and Supplemental Complaint.

**IT IS SO ORDERED.**

Dated: September 9, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE