ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6106
  Fax:  (916) 324-8835
  E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>    Defendants. | 2:23-cv-10169<br><br>**JOINT STATEMENT RE: SUBMISSION OF PROPOSED PRELIMINARY INJUNCTION ORDER**<br><br>Judge:    The Honorable Sherilyn Peace Garnett |

1. In the August 20, 2024 Order Granting in Part, Denying in Part, Plaintiffs' Motion for Preliminary Injunction (Order, ECF No. 52), the Court ordered that, within thirty (30) calendar days of the Order being entered, Plaintiffs meet and confer with Defendant Robert Bonta and Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna (the Los Angeles Defendants), and to submit a proposed order entering the preliminary injunction described in the Order. Order 44. Plaintiffs, the Los Angeles Defendants, and Defendant Bonta (the Parties) now provide the following update on that process:

The Parties have been actively meeting and conferring in an attempt to agree to the form of a proposed preliminary injunction that implements the findings in the Order. Plaintiffs have reached an agreement with the Los Angeles Defendants as to the language in the proposed order relevant to them. As of the time of this filing, Plaintiffs and Defendant Robert Bonta have agreed to the form of most terms for a proposed order as to him and continue to work toward agreement on a few remaining terms. The Parties believe a single proposed order covering both matters is more straightforward and serves interests of judicial economy. Because the Parties believe that an agreement as to form between Plaintiffs and Defendant Robert Bonta is possible in the coming days, the Parties jointly request the Court's indulgence to have until Monday, September 23, 2024 to meet the directive in the Order described above. At that time, the Parties will file either 1) one proposed order that is agreed as to form; or 2) two proposed orders with minimal disagreements as to form.

//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 19, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | MARK R. BECKINGTON |
| | | Supervising Deputy Attorney General |
| 4 | | JANE E. REILLEY |
| | | Deputy Attorney General |
| 5 | | |
| 6 | | s/ Christina R.B. López |
| 7 | | CHRISTINA R.B. LÓPEZ |
| | | Deputy Attorney General |
| 8 | | *Attorneys for Defendant Rob Bonta* |
| 9 | | |
| 10 | | MICHEL & ASSOCIATES, P.C. |
| 11 | | s/ Konstadinos Moros |
| 12 | | KONSTADINOS MOROS |
| | | *Attorneys for Plaintiffs* |
| 13 | | |
| 14 | | WILMER CUTLER PICKERING |
| 15 | | HALE AND DORR LLP |
| 16 | | s/ Ryan Chabot |
| 17 | | RYAN CHABOT |
| 18 | | *Attorneys for Defendants Los Angeles County Sheriff's Department and Defendant Robert Luna* |