1  Bruce A. Lindsay, Esq., SBN 102794
2  bal@jones-mayer.com
   Monica Choi Arredondo, Esq., SBN 215847
3  mca@jones-mayer.com
4  JONES MAYER
   3777 North Harbor Boulevard
5  Fullerton, CA  92835
6  Telephone:  (714) 446-1400
   Facsimile:  (714) 446-1448
7
8  Attorneys for Defendants,
   LA VERNE POLICE DEPARTMENT,
9  LA VERNE POLICE CHIEF SAM GONZALEZ

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14  CALIFORNIA RIFLE & PISTOL          Case No. 2:23-cv-10169-SPG-ADS
    ASSOCIATION, INCORPORATED;
15  THE SECOND AMENDMENT               *Honorable Sherilyn Peace Garnett*
    FOUNDATION; GUN OWNERS OF          *Magistrate Judge Autumn D. Spaeth*
16  AMERICA, INC.; GUN OWNERS
    FOUNDATION; GUN OWNERS OF          **ANSWER OF THE LA VERNE**
17  CALIFORNIA INC.; ERICK             **POLICE DEPARTMENT AND LA**
    VELASQUEZ, an individual;          **VERNE POLICE CHIEF SAM**
18  CHARLES MESSEL, an individual;     **GONZALEZ TO PLAINTIFFS'**
    BRIAN WEIMER, an individual;       **FIRST AMENDED AND**
19  CLARENCE RIGALI, an individual;    **SUPPLEMENTAL COMPLAINT**
    KEITH REEVES, an individual;
20  CYNTHIA GABALDON, an
    individual; and STEPHEN HOOVER,
21  an individual,

22                 Plaintiffs,

23

24           v.

25  LOS ANGELES COUNTY
    SHERIFF'S DEPARTMENT;
26  SHERIFF ROBERT LUNA in his
    official capacity; LA VERNE POLICE
27  DEPARTMENT; LA VERNE CHIEF
    OF POLICE COLLEEN FLORES, in

28
                              -1-

her official capacity; ROBERT
BONTA, in his official capacity as
Attorney General of the State of
California; and DOES 1-10,

Defendants.

## ANSWER TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

COME NOW Defendants La Verne Police Department and La Verne Police Chief Sam Gonzalez and for themselves and themselves only, answer Plaintiffs' First Amended and Supplement Complaint for Declaratory and Injunctive Relief ("First Amended Complaint") for (1) 42 U.S.C. § 1983- U.S. Constitution Amendments II and XIV, Right to Bear Arms; (2) 42 U.S.C. § 1983- U.S. Constitution Amendments II and XIV, Right to Bear Arms; (3) 42 U.S.C. § 1983- U.S. Constitution Amendments II and XIV, Right to Bear Arms; (4) Violations of California Penal Code; (5) Violations of California Penal Code; (6) U.S. Constitution Amendment XIV, Equal Protection; (7) U.S. Constitution Art. IV, § 2, Privileges and Immunities Clause, 42 U.S.C. § 1983; and (8) U.S. Constitution Amendment XIV, Due Process of Law, 42 U.S.C. § 1983, come now the La Verne Police Department and La Verne Police Chief Sam Gonzalez (the "Defendants"), as follows.

1.     Answering paragraph 1 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

2.     Answering paragraph 2 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 2 of the First Amended Complaint.

3.     Answering paragraph 3 of the First Amended Complaint, this paragraph contains no factual allegations that require an answer.  To the extent an

answer is required, Defendants deny each and every allegation contained in paragraph 3 of the First Amended Complaint.

4.    Answering paragraph 4 of the First Amended Complaint, insofar as the allegations in this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 4 of the First Amended Complaint.

5.    Answering paragraph 5 of the First Amended Complaint, this paragraph contains no factual allegations that require an answer.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 5 of the First Amended Complaint.

6.    Answering paragraph 6 of the First Amended Complaint, insofar as the allegations in this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

7.    Answering paragraph 7 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

8.    Answering paragraph 8 of the First Amended Complaint, Defendants deny each and every allegation contained therein.

9.    Answering paragraph 9 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

10.    Answering paragraph 10 of the First Amended Complaint, Defendants admit that La Verne is not a contract city with the Los Angeles Sheriff's Department for policing services, but Defendants deny each and every remaining allegation contained therein.

11.    Answering paragraph 11 of the First Amended Complaint, insofar as

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

the allegations in this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

12.    Answering paragraph 12 of the First Amended Complaint, the allegations of this paragraph only contain legal conclusions and no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

13.    Answering paragraph 13 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

14.    Answering paragraph 14 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

15.    Answering paragraph 15 of the First Amended Complaint, insofar as the allegations in this paragraph only contain legal conclusions and no answer is required.  However, if an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

16.    Answering paragraph 16 of the First Amended Complaint, the allegations in this paragraph only contain legal conclusions and no answer is required.

17.    Answering paragraph 17 of the First Amended Complaint, the allegations in this paragraph only contain legal conclusions and no answer is required.

18.    Answering paragraph 18 of the First Amended Complaint, the allegations of this paragraph only contain legal conclusions and no answer is required.

19.    Answering paragraph 19 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

20.    Answering paragraph 20 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

21.    Answering paragraph 21 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

22.    Answering paragraph 22 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

23.    Answering paragraph 23 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

24.    Answering paragraph 24 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

25.    Answering paragraph 25 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained

therein.

26.    Answering paragraph 26 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

27.    Answering paragraph 27 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

28.    Answering paragraph 28 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

29.    Answering paragraph 29 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

30.    Answering paragraph 30 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

31.    Answering paragraph 31 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

32.    Answering paragraph 32 of the First Amended Complaint, Defendants

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

33.    Answering paragraph 33 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

34.    Answering paragraph 34 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent that an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

35.    Answering paragraph 35 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent that an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

36.    Answering paragraph 36 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

37.    Answering paragraph 37 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

38.    Answering paragraph 38 of the First Amended Complaint, Defendants

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

39.    Answering paragraph 39 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

40.    Answering paragraph 40 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

41.    Answering paragraph 41 of the First Amended Complaint, insofar as the allegations of this paragraph contain legal conclusions, no answer is required. To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

42.    Answering paragraph 42 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

43.    Answering paragraph 43 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

44.    Answering paragraph 44 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent that an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and

on that basis deny each and every allegation contained therein.

45.    Answering paragraph 45 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

46.    Answering paragraph 46 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

47.    Answering paragraph 47 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

48.    Answering paragraph 48 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

49.    Answering paragraph 49 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent that an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

50.    Answering paragraph 50 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

therein.

51.    Answering paragraph 51 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent that an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

52.    Answering paragraph 52 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

53.    Answering paragraph 53 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

54.    Answering paragraph 54 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent that an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

55.    Answering paragraph 55 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

56.    Answering paragraph 56 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained

therein.

57.     Answering paragraph 57 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

58.     Answering paragraph 58 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

59.     Answering paragraph 59 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

60.     Answering paragraph 60 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

61.     Answering paragraph 61 of the First Amended Complaint insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

62.     Answering paragraph 62 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient

knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

63. Answering paragraph 63 of the First Amended Complaint insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

64. Answering paragraph 64 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein.

65. Answering paragraph 65 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis deny each and every allegation contained therein

66. Answering paragraph 66 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants admit that Robert Luna is the elected Sheriff of Los Angeles County. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis deny the remaining allegations contained therein.

67. Answering paragraph 67 of the First Amended Complaint, Defendants deny that LVPD is a local government entity, as it is a department of the City of La Verne and is not a separate legal entity. Defendants object that the remainder of the paragraph is vague, ambiguous, incomplete and unintelligible in its allegation, and on that basis deny each and every allegation contained therein.

68. Answering paragraph 68 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is

required.  To the extent an answer is required, Defendants admit that Police Chief Sam Gonzalez succeeded Chief Flores and occupies the position as Chief of the La Verne Police Department.  Defendants deny the remainder of the allegations contained therein.

69.    Answering paragraph 69 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants admit that Robert Bonta is the Attorney General of California.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis deny the remaining allegations contained therein.

70.    Answering paragraph 70 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis deny the remaining allegations contained therein.

71.    Answering paragraph 71 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants acknowledge that this Court has original jurisdiction of this action.

72.    Answering paragraph 72 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

73.    Answering paragraph 73 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants acknowledge that venue in this judicial district is proper.

74.    Answering paragraph 74 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 74 of the First Amended Complaint.

75.    Answering paragraph 75 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

76.    Answering paragraph 76 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

77.    Answering paragraph 77 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

78.    Answering paragraph 78 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

79.    Answering paragraph 79 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies those allegations.

80.    Answering paragraph 80 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

81.    Answering paragraph 81 of the First Amended Complaint, insofar as

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

82.    Answering paragraph 82 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 82 of the First Amended Complaint.

83.    Answering paragraph 83 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

84.    Answering paragraph 84 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

85.    Answering paragraph 85 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

86.    Answering paragraph 86 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

87.    Answering paragraph 87 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

88.    Answering paragraph 88 of the First Amended Complaint, insofar as

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

89.     Answering paragraph 89 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

90.     Answering paragraph 90 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

91.     Answering paragraph 91 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

92.     Answering paragraph 92 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

93.     Answering paragraph 93 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

94.     Answering paragraph 94 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient

knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

95.     Answering paragraph 95 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

96.     Answering paragraph 96 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

97.     Answering paragraph 97 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

98.     Answering paragraph 98 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

99.     Answering paragraph 99 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

100.    Answering paragraph 100 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants acknowledge that they

have been required to set up a CCW permit program.  As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

101.  Answering paragraph 101 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

102.  Answering paragraph 102 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

103.  Answering paragraph 103 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

104.  Answering paragraph 104 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

105.  Answering paragraph 105 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

106. Answering paragraph 106 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to

the truth of the allegations, and on that basis deny those allegations.

107. Answering paragraph 107 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

108. Answering paragraph 108 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

109. Answering paragraph 109 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

110. Answering paragraph 110 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants acknowledge that they have been required to set up a CCW permit program. As to the remaining allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

111. Answering paragraph 111 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants acknowledge that they have been required to set up a CCW permit program. As to the remaining allegations, Defendants deny those allegations.

112. Answering paragraph 112 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants acknowledge that they have been required to set up a CCW permit program and that there are administrative costs associated with processing CCW permit applications, while the other costs involved in the process cited by Plaintiffs, as "processing," "licensing," "card-issuance fee" and "training course" are not charged or received by Defendants. As to the

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

remaining allegations, Defendants deny those allegations as Defendants pay the entire psychological exam fee.

113. Answering paragraph 113 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

114. Answering paragraph 114 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants acknowledge that they have been required to set up a CCW permit program. As to the remaining allegations, Defendants deny those allegations.

115. Answering paragraph 115 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

116. Answering paragraph 116 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

117. Answering paragraph 117 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

118. Answering paragraph 118 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative or only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

119. Answering paragraph 119 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

To the extent an answer is required, Defendants deny each and every allegation contained therein.

120.   Answering paragraph 120 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative or only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

121.   Answering paragraph 121 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative or only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

122.   Answering paragraph 122 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative or only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

123.   Answering paragraph 123 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

124.   Answering paragraph 124 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants acknowledge that a new contractor has been contracted for the psychological examination and that Defendants cover the entire cost of the examination.  Defendants deny each and every remaining allegation contained therein.

125.   Answering paragraph 125 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants acknowledge that they are informed of the examination results.  Defendants deny each and every remaining allegation

contained therein.

126.    Answering paragraph 126 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

127.   Answering paragraph 127 of the First Amended Complaint, Defendants deny each and every allegation contained therein.

128.    Answering paragraph 128 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

129.    Answering paragraph 129 of the First Amended Complaint, insofar as the allegations of this paragraph are simply argumentative or only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

130.    Answering paragraph 130 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

131.    Answering paragraph 131 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

132.    Answering paragraph 132 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

133.   Answering paragraph 133 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

134.   Answering paragraph 134 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

135.   Answering paragraph 135 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

136.   Answering paragraph 136 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

137.   Answering paragraph 137 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

138.   Answering paragraph 138 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

139.   Answering paragraph 139 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

allegation contained therein.

140.   Answering paragraph 140 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

141.   Answering paragraph 141 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

142.   Answering paragraph 142 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

143.   Answering paragraph 143 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

144.   Answering paragraph 144 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

145.   Answering paragraph 145 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

146.   Answering paragraph 146 of the First Amended Complaint, insofar as

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

147. Answering paragraph 147 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

148. Answering paragraph 148 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

149. Answering paragraph 149 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

150. Answering paragraph 150 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

151. Answering paragraph 151 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

152. Answering paragraph 152 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants are without sufficient

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

153.   Answering paragraph 153 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

154.   Answering paragraph 154 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

155.   Answering paragraph 155 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

156.   Answering paragraph 156 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

157.   Answering paragraph 157 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

158.   Answering paragraph 158 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

159.   Answering paragraph 159 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every

allegation contained therein.

160.    Answering paragraph 160 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

161.    Answering paragraph 161 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

162.    Answering paragraph 162 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

163.    Answering paragraph 163 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

164.    Answering paragraph 164 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

165.    Answering paragraph 165 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

166.    Answering paragraph 166 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

167.   Answering paragraph 167 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

168.   Answering paragraph 168 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

169. Answering paragraph 169 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

170.   Answering paragraph 170 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

171.   Answering paragraph 171 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

172.   Answering paragraph 172 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

173.   Answering paragraph 173 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

allegation contained therein.

174. Answering paragraph 174 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

175. Answering paragraph 175 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

176. Answering paragraph 176 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

177. Answering paragraph 177 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

178. Answering paragraph 178 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

179. Answering paragraph 179 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

180. Answering paragraph 180 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

1
2
3

181.   Answering paragraph 181 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

4
5
6

182.   Answering paragraph 182 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

7
8
9

183.   Answering paragraph 183 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

10
11
12

184.   Answering paragraph 184 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

13
14
15
16

185.   Answering paragraph 185 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

17
18
19

186.   Answering paragraph 186 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

20
21
22
23

187.   Answering paragraph 187 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

24
25
26

188.   Answering paragraph 188 of the First Amended Complaint, Defendants re-assert and incorporate by reference each Answer to each of the foregoing paragraphs as though fully set forth herein.

27
28

189.   Answering paragraph 189 of the First Amended Complaint, insofar as

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

190.    Answering paragraph 190 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

191.    Answering paragraph 191 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

192.    Answering paragraph 192 of the First Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis deny those allegations.

193.    Answering paragraph 193 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

194.    Answering paragraph 194 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

195.    Answering paragraph 195 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

196.    Answering paragraph 196 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

197.   Answering paragraph 197 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

198.   Answering paragraph 198 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

199.   Answering paragraph 199 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

200.   Answering paragraph 200 of the First Amended Complaint, insofar as the allegations of this paragraph only contain legal conclusions, no answer is required.  To the extent an answer is required, Defendants deny each and every allegation contained therein.

## **PRAYER FOR RELIEF**

Insofar as the allegations of this paragraph of the First Amended Complaint contains legal conclusions, no answer is required. To the extent an answer is required, Defendants deny each and every allegation contained therein.  Defendants deny that Plaintiffs have been injured in any manner, or at all, and Defendants affirmatively assert that any and all relief sought by Plaintiffs is not warranted, deserved, owed to or due to Plaintiffs, or any of them, from Defendants.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

## AFFIRMATIVE DEFENSES

In addition to each of the responses set forth above, Defendants assert the following affirmative defenses to the Plaintiffs' First Amended Complaint and their lawsuit. The assertion of an affirmative defense shall not negate, by any means, Plaintiffs' burden of proof on any element of their claims.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

1.      The Defendants allege that neither the First Amended Complaint, nor any claim for relief asserted therein, asserts facts upon which relief may be granted against the Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

2.      Plaintiffs' claims for damages are barred, either in whole or in part, by Plaintiffs' conduct which equitably estoppels them from making their claims in the First Amended Complaint against the Defendants.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver)

3.      The Defendants allege that Plaintiffs engaged in conduct and activities sufficient to constitute a waiver of any alleged duty, act or omission of any nature by the Defendants, which waiver serves to preclude any relief here sought by Plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

4.      The Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred by the equitable doctrine of laches.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

5.     The Defendants allege that though under a duty to do so, Plaintiffs have failed and neglected to mitigate their alleged damages, and therefore cannot recover against the Defendants whether as alleged in the First Amended Complaint, or otherwise.

## SIXTH AFFIRMATIVE DEFENSE

### (Impermissible Mandatory Injunction)

6.     The Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred for seeking an impermissible mandatory injunction against the Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

7.     The Defendants allege that each and every claim for relief contained in Plaintiffs' First Amended Complaint is barred as Plaintiffs have an adequate remedy at law.

## EIGHTH AFFIRMATIVE DEFENSE

### (Uncertainty)

8.     Each and all of the purported claims set forth in the First Amended Complaint are uncertain, ambiguous and unintelligible.

## NINTH AFFIRMATIVE DEFENSE

### (Lawful Conduct)

9.     Defendants' conduct was at all times reasonable and lawful under the circumstances.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

10.     The association Plaintiffs lack standing to bring the First Amended Complaint on behalf of other third parties who are not present in the lawsuit.

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

11.   The Plaintiffs' First Amended Complaint and each and every claim contained therein is barred by Plaintiffs' failure to exhaust their administrative remedies.

## TWELFTH AFFIRMATIVE DEFENSE

### (Justification)

12.   All of Defendants conduct that is the subject of Plaintiffs' First Amended Complaint was at all times justified under the facts, law and circumstances.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Necessity)

13.   Any and all actions or alleged failures to act on the part of Defendants were necessary in light of the requirement that Defendants undertake to issue concealed carry or weapons ("CCW") permits or licenses in compliance with State law.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Execution of Public Duty)

14.   As a matter of law and fact, any and all actions or alleged failures to act on the part of Defendants were necessary in light of the requirement that Defendants execute a public duty and undertake to issue CCW permits or licenses in compliance with State law.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

15.   Plaintiffs' claims of the First Amended Complaint are barred by applicable statutes of limitations.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

16.   Defendants have acted at all times in good faith and any and all of

Plaintiffs' claims for relief in the First Amended Complaint are barred as a result.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Mootness)

17.    Each and every claim for relief contained in the First Amended Complaint is barred because the relief sought is moot.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Damages)

18.    Plaintiffs are not entitled to relief on the ground that Plaintiffs have no legal damages and judgment in favor of Plaintiffs and against the Defendants would violate public policy and amount to unjust enrichment of the Plaintiffs.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Ripeness)

19.    Plaintiffs' claims are subject to adjudication as they are premature and are, therefore, not ripe for resolution by this Court.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Speculation)

20.    Plaintiffs' claims of harm are based on speculation and improper surmise and do not give rise to the relief sought by Plaintiffs.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Lack of Success on Merits)

21.    Plaintiffs are not entitled to the preliminary injunctive relief they seek as there is no plausible success on the merits of their claims against Defendants.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Money Damages Unrecoverable)

22.    The prayer for money damages by Plaintiffs is barred by the sovereign immunity of the Defendants for failure of the Plaintiffs to comply with required claims procedures.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Reservation of Additional Affirmative Defenses)

23.     The Defendants allege that they are without sufficient information as to the full and complete nature and scope of Plaintiffs' claims for relief so as to be able to fully assess and set forth all potentially applicable affirmative defenses in this matter.  Accordingly, the Defendants hereby reserve the right to allege additional affirmative defenses as further information becomes known during the course of the instant lawsuit.

## PRAYER FOR RELIEF

WHEREFORE, the Defendants pray as follows:

1.     That Plaintiffs take nothing by reason of their First Amended Complaint, and that judgment be entered in favor of the Defendants.

2.     That Plaintiffs not be accorded the relief they seek in their First Amended Complaint against the Defendants.

3.     That the Defendants be awarded costs of suit and attorney's fees incurred in defense of this action pursuant to 42 U.S.C. § 1988 and other legal grounds; and

4.     For such other and further relief as the Court deems just and proper.


Respectfully submitted,

Dated: October 15, 2024          JONES MAYER


By: /s/*Bruce A. Lindsay*_____
Bruce A. Lindsay
Monica Choi Arredondo
Attorneys for Defendants, LA VERNE
POLICE DEPARTMENT, LA VERNE
CHIEF OF POLICE SAM GONZALEZ

DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED
AND SUPPLEMENTAL COMPLAINT