## JUDGE SHERILYN PEACE GARNETT
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No. 2:23-cv-10169-SPG | Case Name: California Rifle and Pistol Association, Incorporated, et al. v. Los Angeles County Sheriff's Department, et al. | | |
|---|---|---|---|

| Trial and Final Pretrial Conference Dates | | Parties' Joint Date mm/dd/yyyy | Court Order |
|---|---|---|---|
| Check one: ☐ Jury Trial or ☑ Court Trial ☐] Magistrate Judge (***Monday*** at 8:30 a.m., within 12 months of Scheduling Conference) Estimated Duration: 4    Days | | 11/17/2025 | ☐ Jury Trial ☐ Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] **(Wednesday at 3:00 p.m., at least 18 days before trial)** | | 10/29/2025 | |

| Event [1] **Note:** Hearings shall be on **Wednesday** at 1:30pm Other dates can be any day of the week | Weeks Before FPTC[2] | Parties' Joint Date mm/dd/yyyy | Court Order |
|---|---|---|---|
| Last Date to <u>Hear</u> Motion to Amend Pleadings / Add Parties [Wednesday] | 24 | 03/19/2025 | |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 18 | 04/30/2025 | |
| Expert Disclosure (Initial) | 16 | 04/14/2025 | |
| Expert Disclosure (Rebuttal) | 14 | 05/12/2025 | |
| Expert Discovery Cut-Off | 13 | 05/30/2025 | |
| Last Date to <u>Hear</u> Motions[3] • Motions due at least 4 weeks before hearing; • Opposition due at least 3 weeks before hearing; • Reply due at least 2 weeks before hearing. | 12 | 08/06/2025 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 09/03/2025 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one: ☑ 1. Magistrate Judge *(with Court approval)* ☐ 2. Court's Mediation Panel ☐ 3. Private Mediation | 5 | 09/24/2025 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)** • Motions *In Limine* (except *Daubert*) • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only) • Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 10/01/2025 | |
| **Trial Filings (second round)** • Oppositions to Motions in Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions (jury trial only) • Disputed Proposed Jury Instructions (jury trial only) • Joint Proposed Verdict Forms (jury trial only) • Joint Proposed Statement of the Case (jury trial only) • Proposed Additional Voir Dire Questions, if any (jury trial only) • Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 10/15/2025 | |

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)4.

[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.

[3] Before filing Rule 56 motions, parties must review and comply with the Court's Standing Order for MSJ, which sets forth the briefing schedule and specific requirements for joint briefing and filing such motions.