IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, and CYNTHIA GABALDON, an individual; STEPHEN HOOVER, an individual., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10., <br><br> Defendants. | No. 2:23-cv-10169-SPG-ADS <br><br> **[PROPOSED] ORDER REGARDING NOVEMBER 27, 2024 SCHEDULING CONFERENCE** <br><br> Sherilyn Peace Garnett, United States District Judge <br><br> Action Filed: December 5, 2023 |

1

1    Plaintiffs California Rifle & Pistol Association, Inc., The Second Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Sherwin David Partowashraf, Charles Messel, Brian Weimer, Jung Yun, Albert Medalla, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, David Broady, and Stephen Hoover; Defendant Robert Bonta, in his official capacity as Attorney General of the State of California; Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in his official capacity; and Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores, in her official capacity (the "Parties") have stipulated and requested to vacate the November 27, 2024 Scheduling Conference or, in the alternative, to hold the Scheduling Conference remotely by Zoom videoconference, or in the alternative to continue it to a mutually agreeable date in December subject to the Court's availability.  After full consideration, and good cause appearing, the Parties' request is GRANTED.  The November 27, 2024 Scheduling Conference is hereby _____.

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Sherilyn Peace Garnett,
                                    United States District Judge