ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
NICHOLAS R. GREEN
Deputy Attorney General
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
State Bar No. 312610
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6106
  Fax:  (916) 324-8835
  E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, and CYNTHIA GABALDON, an individual; STEPHEN HOOVER, an individual., Plaintiffs, v. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, Defendants. | 2:23-cv-10169 **NOTICE OF WITHDRAWAL OF CHRISTINA R.B. LÓPEZ** Judge:  The Honorable Sherilyn Peace Garnett Action Filed: December 5, 2023 |

1

1     **PLEASE TAKE NOTICE THAT** Deputy Attorney General Christina R.B.

2 López hereby withdraws her appearance as counsel for Defendant Rob Bonta.

3 Deputy Attorney General Nicholas R. Green will continue to serve as counsel for

4 the Attorney General.

5

6

7 Dated: December 17, 2024          Respectfully submitted,

8                                   ROB BONTA
                                  Attorney General of California

9                                   MARK R. BECKINGTON
                                  Supervising Deputy Attorney General

10                                  NICHOLAS R. GREEN
                                  Deputy Attorney General

11

12                                   */s Christina R.B. López*
                                  CHRISTINA R.B. LÓPEZ

13                                   Deputy Attorney General
                                  *Attorneys for Defendant*

14                                   *Rob Bonta, Attorney General of*
                                  *California*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF CHRISTINA R.B. LÓPEZ (2:23-cv-10169)