MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br> **JOINT STIPULATED REQUEST FOR EXTENSION OF CASE DEADLINES** <br><br> Judge: Hon. Sherilyn Peace Garnett <br> Action Filed: December 4, 2023 |

JOINT STIPULATED REQUEST FOR EXTENSION OF CASE DEADLINES

TO THE HONORABLE COURT, BY AND THROUGH THE PARTIES' RESPECTIVE ATTORNEYS OF RECORD, THE PARTIES HEREBY JOINTLY STIPULATE AS FOLLOWS:

WHEREAS, on November 19, 2024, the Court issued the Civil Pretrial Schedule and Trial Order (ECF No. 72 (the "Order")) setting the following case schedule:

1. The date for Fact Discovery Cut-Off – April 30, 2025;
2. The date for Initial Expert Disclosure – April 14, 2025;
3. The date for Rebuttal Expert Disclosure – May 23, 2025;
4. The date for Expert Discovery Cut-Off – May 30, 2025;
5. Last Date to Hear Motions – August 6, 2025;
6. Last Date to Hear *Daubert* Motions – September 3, 2025;
7. Deadline to Complete Settlement Conference – September 24, 2025;
8. Deadline for First Round of Trial Filings – October 1, 2025;
9. Deadline for Second Round of Trial Filings – October 15, 2025;
10. The date for Final Pretrial Conference – October 29, 2025;
11. The date for Trial – November 17, 2025;

WHEREAS, Plaintiffs and Defendants Los Angeles County Sheriff's Department and Sheriff Luna (the "LA Defendants") have been actively engaged in discovery since November 2024. On November 4, 2024, LA Defendants served their first set of Requests for Productions on Plaintiffs seeking documents related to Plaintiffs' CCW permit applications and past criminal and firearm ownership history, as well as documents related to the organizational Plaintiffs' organizational charts and memberships and documents supporting Plaintiffs' claims. Plaintiffs responded to LA Defendants' document requests on December 4, 2024 and to date have made two responsive document productions. Plaintiffs also served their first set of Requests for Productions on LA Defendants in June 2024, prior to the parties'

Rule 26(f) conference, and second set of Requests for Productions, first set of Interrogatories, and first set of Requests for Admissions on LA Defendants at the end of February 2025, concerning among other things LASD's CCW permit application approval process, staffing, and statistics related to past permit issuances and denials. LA Defendants responded to Plaintiffs' June 2024 document requests in December 2024 and are currently engaging in diligent preparation of responses to Plaintiffs' February 2025 discovery requests. Also since November 2024, LA Defendants and Plaintiffs have negotiated and ultimately agreed upon extensive stipulated facts, in an effort to narrow discovery and areas of dispute for the Court;

WHEREAS, in parallel to active discovery and negotiation of stipulated facts, the LA Defendants and Plaintiffs have been engaging in good-faith settlement negotiations since at least January 2025 that, if reached, would resolve a significant portion of Plaintiffs' claims against the LA Defendants;

WHEREAS, a settlement of a substantial portion of Plaintiffs' claims against the LA Defendants would obviate the need for a significant portion of the outstanding discovery, of future motion practice, and of trial against the LA Defendants;

WHEREAS, a modest extension of the case schedule would permit Plaintiffs and the LA Defendants to efficiently devote resources to settlement negotiations and parameters while continuing to proceed diligently with discovery, but without the short-term demands of discovery inhibiting efforts to reach a mutually agreeable resolution of at least a substantial portion of this action as to the LA Defendants;

WHEREAS, Plaintiffs and Defendant California Attorney General Rob Bonta (the "Attorney General") have actively engaged in the discovery process since November 2024 and remain in negotiations with respect to a statement of relevant stipulated facts;

WHEREAS, Plaintiffs and the Attorney General continue to discuss the scope and trajectory of the litigation;

WHEREAS, the Attorney General does not oppose an extension of all case deadlines to facilitate further discussions among all parties to this litigation;

WHEREAS, Plaintiffs have also separately reached a tentative settlement agreement with Defendants La Verne Police Department and Chief of Police Samuel Gonzalez (the "La Verne Defendants") which will, once finalized, completely resolve the claims against the La Verne Defendants, obviating the need for further discovery, motion practice, and trial on those claims;

WHEREAS, good cause therefore exists for all deadlines in the Order to be extended for approximately 60 days, including the deadlines for discovery, expert discovery, and trial, and corresponding deadlines;

WHEREAS, the parties have not made any previous requests to extend the deadlines in the Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel of record, and subject to the approval of the Court, that:

1. The date for Fact Discovery Cut-Off be extended to June 30, 2025;
2. The date for Initial Expert Disclosure be extended to June 13, 2025;
3. The date for Rebuttal Expert Disclosure be extended to July 22, 2025;
4. The date for Expert Discovery Cut-Off be extended to July 29, 2025;
5. Last Date to Hear Motions be extended to October 8, 2025;
6. Last Date to Hear *Daubert* Motions be extended to November 5, 2025;
7. Deadline to Complete Settlement Conference to extended to November 24, 2025;
8. Deadline for First Round of Trial Filings be extended to December 1, 2025;

9. Deadline for Second Round of Trial Filings be extended to December 15, 2025;

10. The date for Final Pretrial Conference be extended to January 7, 2026;

11. The date for Trial be extended to January 26, 2026.

**IT IS HEREBY STIPULATED AND AGREED.**

Dated: March 13, 2025      Respectfully submitted,

*/s/ Ryan Chabot*
RYAN CHABOT
WILMER CUTLER PICKERING HALE AND DORR LLP
*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Dated: March 13, 2025      */s/ Konstadinos Moros*
KONSTADINOS MOROS
MICHEL & ASSOCIATES, P.C.
*Attorney for Plaintiffs*

Dated: March 13, 2025      */s/ Kimberly Hall Barlow*
KIMBERLY HALL BARLOW
JONES MAYER
*Attorney for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

Dated: March 13, 2025      */s/ Nicholas Reiss Green*
NICHOLAS REISS GREEN
Deputy Attorney General
CALIFORNIA DEPARTMENT OF JUSTICE
*Attorney for Defendant Attorney General of California Rob Bonta*

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Konstadinos Moros, counsel for Plaintiffs, Kimberly Hall Barlow, counsel for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores, and Nicholas Reiss Green, counsel for Defendant Attorney General of California Rob Bonta.

Dated: March 13, 2025        BY:   /s/ Ryan Chabot
                                    RYAN CHABOT
                                    WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                    *Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*