1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br> [PROPOSED] **ORDER GRANTING JOINT STIPULATED REQUEST FOR EXTENSION OF CASE DEADLINES** |
|---|---|

On March 13, 2025, the parties filed a Joint Stipulated Request to modify the Court's Civil Pretrial Schedule and Trial Order (the "Order") for an extension of approximately 60 days on all deadlines in the Order.

The parties requested that all deadlines in the Order be extended as follows:

1. The date for Fact Discovery Cut-Off be extended to June 30, 2025;
2. The date for Initial Expert Disclosure be extended to June 13, 2025;
3. The date for Rebuttal Expert Disclosure be extended to July 22, 2025;
4. The date for Expert Discovery Cut-Off be extended to July 29, 2025;
5. Last Date to Hear Motions be extended to October 8, 2025;
6. Last Date to Hear *Daubert* Motions be extended to November 5, 2025;
7. Deadline to Complete Settlement Conference to extended to November 24, 2025;
8. Deadline for First Round of Trial Filings be extended to December 1, 2025;
9. Deadline for Second Round of Trial Filings be extended to December 15, 2025;
10. The date for Final Pretrial Conference be extended to January 7, 2026;
11. The date for Trial be extended to January 26, 2026.

The Court, having considered the Joint Stipulated Request, and good cause appearing, the Court hereby grants the parties' request to extend these deadlines accordingly.

**IT IS SO ORDERED.**

Dated: _____          _____
                                   HON. SHERILYN PEACE GARNETT
                                   UNITED STATES DISTRICT JUDGE