# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATED REQUEST FOR EXTENSION OF CASE DEADLINES** |

On March 13, 2025, the parties filed a Joint Stipulated Request for Extension of Case Deadlines (ECF No. 88 ("Stipulation")) to modify the Court's Civil Pretrial Schedule and Trial Order (ECF No. 92 ("Order")), for an extension of approximately 60 days on all deadlines in the Order. The Court, having considered the Stipulation, and good cause appearing, hereby GRANTS IN PART and DENIES IN PART the Stipulation, and extends the deadlines in the case as follows:

　　1. The date for Fact Discovery Cut-Off is extended to June 30, 2025;

　　2. The date for Initial Expert Disclosure is extended to June 13, 2025;

　　3. The date for Rebuttal Expert Disclosure is extended to July 22, 2025;

　　4. The date for Expert Discovery Cut-Off is extended to July 29, 2025;

5. Last Date to Hear Motions is extended to October 8, 2025;

6. Last Date to Hear *Daubert* Motions is extended to November 5, 2025;

7. Deadline to Complete Settlement Conference is extended to November 24, 2025;

8. Deadline for First Round of Trial Filings is extended to December 1, 2025;

9. Deadline for Second Round of Trial Filings is extended to December 15, 2025;

10. The date for Final Pretrial Conference is extended to January 7, 2026 at 11:00 a.m.; and

11. The date for Trial is extended to January 27, 2026 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: March 14, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE