1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  ROBERT WILLIAM SETRAKIAN
   Deputy Attorney General
4  State Bar No. 335045
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6668
6   E-mail:  William.Setrakian@doj.ca.gov
   *Attorneys for Defendant Robert Bonta, in his*
7  *Official Capacity*

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | |
12 | **CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, and CYNTHIA GABALDON, an individual; STEPHEN HOOVER, an individual,** | Case No. 2:23-cv-10169-SPG-ADS

   **NOTICE OF APPEARANCE**

                                    Plaintiffs,

      v.

   **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10.,**

                                    Defendants.

1

The California Attorney General, counsel for Defendant Robert Bonta, in his Official Capacity, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding. The attorney with principal charge of the case is as follows:

> Robert William Setrakian, Deputy Attorney General
> 300 South Spring Street, Suite 1702
> Los Angeles, CA 90013-1230
> Telephone: (213) 269-6668
> E-mail: William.Setrakian@doj.ca.gov

Dated: April 17, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Robert William Setrakian*

ROBERT WILLIAM SETRAKIAN
Deputy Attorney General
*Attorneys for Defendant*

SA2023306497

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Rifle & Pistol Ass'n, Inc., et al. v. Los Angeles County Sheriff's Department, et al.** | Case No. | **2:23-cv-10169-SPG-ADS** |

I hereby certify that on <u>April 17, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 17, 2025</u>, at Los Angeles, California.

| D. Serzo | *D. Serzo* |
|---|---|
| Declarant | Signature |

SA2023306497
67582862.docx