# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; and STEPHEN HOOVER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG (ADSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND TO CONTINUE CASE DEADLINES** |

Plaintiffs, along with Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna, in his official capacity (collectively the "Parties"), have stipulated and requested to allow Plaintiffs leave to file a Second Amended and Supplemental Complaint, and for Defendants to have 15 days from the filing of that First Amended and Supplemental Complaint to file their responsive pleadings, except for the Los Angeles Defendants, whose pending motion to dismiss the First Amended Complaint shall be treated as a motion to dismiss the Second Amended Complaint. The Parties also stipulated to continuing case deadlines to facilitate potential settlements via a scheduled ADR session with Judge Spaeth, and to see if AB 1078 passes which would moot portions of this case.

After full consideration, and good cause appearing, the Parties' request is GRANTED. Plaintiffs will file their First Amended and Supplemental Complaint within three days of this order, and Defendant Bonta will have 15 days from the filing of that Second Amended and Supplemental Complaint to file their responsive pleadings.

The Los Angeles Defendants' pending motion to dismiss (Dkt. No. 60) shall be deemed applicable to the Second Amended Complaint and need not be refiled, with the same applying to Plaintiffs' opposition brief and the Los Angeles Defendants' reply briefing.  The Los Angeles Defendants are not obligated to file any further responsive pleading until the pending motion to dismiss is decided.

It is further ordered that the following pre-trial deadlines shall be continued as follows:

    a.    The date for Fact Discovery Cut-Off is extended to August 1, 2025;

    b.    The date for Initial Expert Disclosure is extended to July 14, 2025;

    c.    The date for Rebuttal Expert Disclosure is extended to August 21, 2025;

    d.    The date for Expert Discovery Cut-Off is extended to August 28, 2025;

    e.    Last date to hear motions is extended to December 3, 2025;

    f.    Last date to hear *Daubert* motions is extended to December 10, 2025;

g. Deadline to Complete Settlement Conference is extended to December 23, 2025;

h. Deadline for First Round of Trial Filings is extended to January 12, 2026;

i. Deadline for Second Round of Trial Filings is extended to January 26, 2026;

j. The date for Final Pretrial Conference is extended to February 11, 2026, at 11:00 a.m.; and

k. The date for Trial is extended to March 3, 2026, or the next available trial date on the court's calendar.

IT IS SO ORDERED.

Dated: _____

                                          HON. SHERILYN PEACE GARNETT
                                          UNITED STATES DISTRICT JUDGE