| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | MARK BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | KRISTI HUGHES |
| 4 | WILL SETRAKIAN<br>Deputy Attorneys General<br>State Bar No. 335045 |
| 5 |   300 South Spring Street, Suite 1702<br>  Los Angeles, CA  90013-1230 |
| 6 |   Telephone:  (213) 269-6668<br>  E-mail:  William.Setrakian@doj.ca.gov |
| 7 | *Attorneys for Defendant Attorney General Rob Bonta* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, and CYNTHIA GABALDON, an individual; STEPHEN HOOVER, an individual.,**<br>                      Plaintiffs,<br>    v.<br>**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10.,**<br>                      Defendants. | 2:23-cv-10169-SPG-ADS<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1

1  Per Judge Spaeth's Order, Defendant Attorney General Rob Bonta, in his
2  official capacity, hereby files this Notice of Tentative Settlement between the
3  Attorney General and Plaintiffs California Rifle & Pistol Association, the Second
4  Amendment Foundation, Gun Owners of America, Inc., Gun Owners Foundation,
5  Gun Owners of California, Inc., David Broady, and Stephen Hoover.  The parties
6  have agreed in principle on the terms of a settlement that would resolve all claims
7  against Attorney General Bonta in exchange for payment of a negotiated fee
8  amount, with the settlement conditional on passage of currently pending California
9  Assembly Bill 1078.  Once the parties formalize and agree to all terms of
10  settlement, they will file a notice with the Court.

Dated:  June 17, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

/s/ Robert William Setrakian

WILL SETRAKIAN
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta, in His Official Capacity*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **California Rifle & Pistol Ass'n, Inc., et al. v. Los Angeles County Sheriff's Department, et al.** | No. | **2:23-cv-10169-SPG-ADS** |

I hereby certify that on <u>June 17, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF TENTATIVE SETTLEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 17, 2025</u>, at Los Angeles, California.

|  |  |
|---|---|
| Dyan Serzo | *D. Serzo* |
| Declarant | Signature |

SA2023306497
67719527.docx