C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Anna M. Barvir – SBN 268728
abarvir@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>Defendants. | Case No.: 2:23-cv-10169-SPG (ADSx)<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE SAMUEL GONZALEZ**<br><br>Action Filed: December 4, 2023<br>Trial Date: November 17, 2025 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs California Rifle & Pistol Association, Incorporated, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Clarence Rigali, Keith Reeves, and Cynthia Gabaldon, and Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez (collectively, "the Settling Parties") have reached a settlement agreement to resolve the issues in the above-referenced case as they pertain to the La Verne Defendants.

NOW, THEREFORE, the Settling Parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and request that this Court dismiss the claims against Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez with prejudice. Specifically, Plaintiffs' Second and Fifth Causes of Action are dismissed, and Plaintiffs' Eighth Cause of Action is also dismissed, but only as it pertains to Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez.

The parties further agree that each side will bear their own costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 19, 2025

**MICHEL & ASSOCIATES, P.C.**

*/s/ C.D. Michel*
C.D. Michel
Attorneys for Plaintiffs California Rifle & Pistol Association, Inc., Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Charles Messel, Brian Weimer, Clarence Rigali, Keith Reeves, Cynthia Gabaldon, and Stephen Hoover

| | |
|---|---|
| Dated: June 19, 2025 | **LAW OFFICES OF DONALD KILMER** |
| | */s/ Donald Kilmer* |
| | Donald Kilmer |
| | Attorneys for Plaintiff The Second Amendment Foundation |
| Dated: June 19, 2025 | **JONES MAYER** |
| | */s/Kimberly Hall Barlow* |
| | Kimberly Hall Barlow |
| | Attorneys for Defendants, La Verne Police Department, La Verne Chief of Police Samuel Gonzalez |

**ATTESTATION OF E-FILED SIGNATURES**

I, C.D. Michel, am the ECF User whose ID and password are being used to file this JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE SAMUEL GONZALEZ. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: June 20, 2025         */s/ C.D. Michel*
                              C.D. Michel

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *California Rifle and Pistol Association, et al., v. Los Angeles County Sheriff's Dept., et al.*

Case No.:  2:23-cv-10169-SPG (ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE SAMUEL GONZALEZ**

on the following parties, as follows:

See attached Service List.

by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed June 20, 2025.

_____
Laura Fera

## SERVICE LIST

Jane E. Reilley
jane.reilley@doj.ca.gov
Robert W. Setrakian
william.setrakian@doj.ca.gov
California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

Kristi A. Hughes
California Department of Justice
600 West Broadway, Ste. 1800
San Diego, CA 92101
kristi.hughes@doj.ca.gov

Nicholas R. Green
nicholas.green@doj.ca.gov
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

   *Attorneys for Defendant Rob Bonta*

Mark Selwyn
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Road
Palo Alto, CA 94306

Alan Schoenfeld
alan.schoenfeld@wilmerhale.com
Noah Levine
noah.levine@wilmerhale.com
Ryan Chabot
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Joshua A. Vittor
joshua.vittor@wilmerhale.com
Simon Kress
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grande Ave., Suite 2400

Los Angeles, CA 90071

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Kimberly H. Barlow
khb@jones-mayer.com
Wendy Gardea
wag@jones-mayer.com
JONES MAYER
3777 N. Harbor Blvd.
Fullerton, CA 92835

*Attorneys for Defendants La Verne Police Department and La Verne Chief of Police Colleen Flores*

SERVICE LIST