**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,

Plaintiffs,

v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,

Defendants.

Case No.: 2:23-cv-10169-SPG (ADSx)

**[PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE SAMUEL GONZALEZ**

Action Filed: December 4, 2023
Trial Date: November 17, 2025

The Court, having reviewed the Joint Stipulation for Dismissal of Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez, and good cause appearing, orders that the claims against Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez be, and hereby are, dismissed with prejudice. Specifically, Plaintiffs' Second and Fifth Causes of Action are dismissed, and Plaintiffs' Eighth Cause of Action is dismissed as it pertains only to Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez. Each side is to bear their own costs.

IT IS SO ORDERED.

Dated: ______________________

______________________________________
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE