UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS LA VERNE POLICE DEPARTMENT AND LA VERNE CHIEF OF POLICE SAMUEL GONZALEZ [ECF NO. 99]** |

Before the Court is the Joint Stipulation for Dismissal of Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez (ECF No. 99 ("Stipulation")) filed by Plaintiffs. The Court, having considered the Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation, and ORDERS as follows:

1. Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez are hereby DISMISSED WITH PREJUDICE;
2. Plaintiffs' Second and Fifth Causes of Action are hereby DISMISSED WITH PREJUDICE; and

3. Plaintiffs' Eighth Cause of Action is hereby DISMISSED WITH PREJUDICE insofar as it pertains to Defendants La Verne Police Department and La Verne Chief of Police Samuel Gonzalez.

**IT IS SO ORDERED.**

DATED: July 23, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE