**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE AND PISTOL ASSOCIATION, INCORPORATED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br> **ORDER GRANTING, IN PART, JOINT STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER** <br> **[ECF NO. 104]** |

Before the Court is the parties' Joint Stipulated Request for Extension of Time to File an Answer (ECF No. 104 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation, in part, and ORDERS as follows:

1. Plaintiffs' deadline to file an Amended Complaint, if any, is August 11, 2025;

2. Upon the filing of an Amended Complaint, Defendants will have twenty-eight (28) days to serve a responsive pleading; and

1

3. If Plaintiffs fail to file an Amended Complaint by August 11, 2025, the First Amended Complaint (ECF No. 55) will remain the operative complaint, and Defendants will have fourteen (14) days to file an Answer.

**IT IS SO ORDERED.**

Dated: August 5, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE