RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Action Filed: December 4, 2023 |

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Sherwin Partowashraf and Erick Velasquez ("the Individual Plaintiffs") and Defendants Los Angeles County Sherriff's Department and Sheriff Robert Luna ("Los Angeles Defendants") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and request that this Court dismiss all claims brought by Plaintiffs Sherwin Partowashraf and Erick Velasquez against the Los Angeles Defendants without prejudice. Specifically, the Individual Plaintiffs' First Claim is dismissed, and the Individual Plaintiffs' Sixth Claim is also dismissed, as it pertains to the Los Angeles Defendants.

The parties further agree that each side will bear their own costs.

IT IS SO STIPULATED.

Dated: October 31, 2025

Respectfully submitted,

*/s/ Anna M. Barvir*
Anna M. Barvir – SBN 268728
abarvir@michellawyers.com
C. D. Michel – SBN 144258
cmichel@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

*Attorneys for Plaintiffs California Rifle & Pistol Association, Incorporated, Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Inc., Erick Velasquez, Sherwin David Partowashraf, Charles Messel, Brian Weimer, Jung Yun, Albert Medalla, Zhao Lin Chen, Eric Stratton, Farzad Nezam, David Broady, and Stephen Hoover*

1

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

Dated: October 31, 2025

/s/ *Ryan Chabot*
RYAN CHABOT (*pro hac vice*)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from C. D. Michel and Anna Barvir, counsel for Plaintiffs.

Dated: October 31, 2025

*/s/ Ryan Chabot*
RYAN CHABOT (*pro hac vice*)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

3

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169