# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF CLAIMS PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Action Filed: December 4, 2023 |

1  The Court, having reviewed the Joint Stipulation of Voluntary Dismissal of Claims Pursuant to Rule 41(a)(1)(A)(ii), and good cause appearing, orders that the claims brought by Plaintiffs Sherwin Partowashraf and Erick Velasquez ("the Individual Plaintiffs") against Defendants Los Angeles County Sherriff's Department and Sheriff Robert Luna ("Los Angeles Defendants") be, and hereby are, dismissed without prejudice. Specifically, the Individual Plaintiffs' First Claim is dismissed, and the Individual Plaintiffs' Sixth Claim is dismissed as it pertains to the Los Angeles Defendants. Each side is to bear their own costs.

**IT IS SO ORDERED.**

Dated: _____     _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE