1

RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

2

3

4

5

*Attorney for Defendants Los Angeles County*
*Sheriff's Department and Sheriff Robert Luna*

6

7

*(additional counsel listed below)*

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al., | Case No. 2:23-cv-10169-SPG-ADS |
| Plaintiffs, | **NOTICE OF TENTATIVE SETTLEMENT** |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., | Judge: Hon. Sherilyn Peace Garnett |
| Defendants. | Action Filed: December 4, 2023 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County*
*Sheriff's Department and Sheriff Robert Luna*

NOTICE OF TENTATIVE SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

1    Defendants Los Angeles County Sherriff's Department and Sheriff Robert

2    Luna ("Defendants") hereby file this Notice of Tentative Settlement between the

3    Defendants and Plaintiffs California Rifle & Pistol Association, Incorporated; The

4    Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners

5    Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung

6    Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; and Farzad Nezam.  The parties

7    have agreed in principle on the terms of a settlement that would resolve all remaining

8    claims against Defendants in exchange for payment of a negotiated fee amount and

9    an agreed-upon schedule for Defendants' compliance with Senate Bill 2's 120-day

10    CCW application processing deadline (California Penal Code section 26205(a)).

11    Once the parties formalize and agree to all terms of settlement, they will file a notice

12    with the Court.

13

14

15    Dated: October 31, 2025                Respectfully submitted,

16                                          /s/ Ryan Chabot

17                                          RYAN CHABOT (*pro hac vice*)
                                            ryan.chabot@wilmerhale.com
18                                          WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
19
                                            7 World Trade Center
20                                          250 Greenwich Street
                                            New York, NY 10007
21                                          Telephone: (212) 295-6513
                                            Facsimile: (212) 230-8888
22

23

24                                          MARK SELWYN (CA Bar No. 244180)
                                            mark.selwyn@wilmerhale.com
25                                          WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
26                                          2600 El Camino Road
27                                          Palo Alto, California 94306

28
                                            1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

2

NOTICE OF TENTATIVE SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169