RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>            Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**JOINT STATUS REPORT ON SETTLEMENT AND REQUEST TO ADJOURN ORDER TO SHOW CAUSE HEARING**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Action Filed: December 4, 2023 |

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

JOINT STATUS REPORT ON SETTLEMENT AND REQUEST TO ADJOURN
ORDER TO SHOW CAUSE HEARING
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna ("Defendants") and Plaintiffs California Rifle & Pistol Association, Incorporated; The Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; Farzad Nezam; David Broady; and Stephen Hoover (collectively "Plaintiffs") hereby file this joint status report on the settlement referenced in the parties' Notice of Tentative Settlement filed on October 31, 2025 (ECF No. 109) and request that the Court adjourn the Order to Show Cause re Dismissal, set for February 4, 2026 at 1:30 p.m.

Since filing their Notice of Tentative Settlement, the parties have been working diligently to negotiate and reach agreement on the materials terms, both monetary and nonmonetary, of a proposed settlement of all remaining claims in this action against Defendants. The parties have also been working diligently to draft, negotiate, and finalize a governing settlement agreement. At this stage, the parties have agreed on all material monetary and nonmonetary terms of a settlement that would resolve all remaining claims against Defendants in exchange for payment of a negotiated settlement amount and an agreed-upon schedule for Defendants' compliance with Senate Bill 2's 120-day CCW application processing deadline (California Penal Code section 26205(a)). The parties are now finalizing the governing settlement agreement, which they expect to be final and executed very shortly. Once all terms of the settlement agreement have been finalized, Defendants will submit the agreement for requisite Los Angeles County Board of Supervisors' approval, upon which the settlement will become final.

At this time, the parties respectfully submit that there is no further need for the Court's intervention in finalizing the terms of the settlement, and therefore they respectfully request that the Order to Show Cause Hearing set for February 4, 2026,

---

1

JOINT STATUS REPORT ON SETTLEMENT AND REQUEST TO ADJOURN ORDER TO SHOW CAUSE HEARING
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

be adjourned. The parties will file a further status report by February 28, 2026, at which time they anticipate that the settlement agreement will be finalized and executed, and awaiting only Los Angeles County Board of Supervisors' approval.

Dated: February 2, 2026                    Respectfully submitted,

                                           /s/ Ryan Chabot
                                           RYAN CHABOT (*pro hac vice*)
                                           ryan.chabot@wilmerhale.com
                                           WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                           7 World Trade Center
                                           250 Greenwich Street
                                           New York, NY 10007
                                           Telephone: (212) 295-6513
                                           Facsimile: (212) 230-8888

                                           MARK SELWYN (CA Bar No. 244180)
                                           mark.selwyn@wilmerhale.com
                                           WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                           2600 El Camino Road
                                           Palo Alto, California 94306
                                           Telephone: (650) 858-6031
                                           Facsimile: (650) 858-6100

                                           JOSHUA VITTOR (CA Bar No. 326221)
                                           joshua.vittor@wilmerhale.com
                                           SIMON KRESS (CA Bar No. 360898)
                                           simon.kress@wilmerhale.com
                                           WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                           350 South Grand Ave., Suite 2400
                                           Los Angeles, CA 90071
                                           Telephone: (213) 443-5300
                                           Fax: (213) 443-5400

2

JOINT STATUS REPORT ON SETTLEMENT AND REQUEST TO ADJOURN ORDER TO SHOW CAUSE HEARING
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*/s/ Anna Barvir*
ANNA BARVIR
MICHEL AND ASSOCIATES PC
*Attorney for Plaintiffs*

*/s/ Donald Kilmer*
DONALD KILMER
LAW OFFICES OF DONALD KILMER APC
*Attorney for Plaintiffs*

---

3

JOINT STATUS REPORT ON SETTLEMENT AND REQUEST TO ADJOURN ORDER TO SHOW CAUSE HEARING
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Donald Kilmer and Anna Barvir, counsel for Plaintiffs.

Dated: February 2, 2026

BY:    /s/ Ryan Chabot
RYAN CHABOT
WILMER CUTLER PICKERING
HALE AND DORR LLP

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

JOINT STATUS REPORT ON SETTLEMENT AND REQUEST TO ADJOURN ORDER TO SHOW CAUSE HEARING
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169