| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | R. MATTHEW WISE |
| | Supervising Deputy Attorney General |
| 3 | KRISTI A. HUGHES |
| | State Bar No. 235943 |
| 4 | WILL SETRAKIAN |
| | Deputy Attorney General |
| 5 | State Bar No. 335045 |
| |   300 South Spring Street, Suite 1702 |
| 6 |   Los Angeles, CA  90013-1230 |
| |   Telephone:  (213) 269-6668 |
| 7 |   E-mail:  William.Setrakian@doj.ca.gov |
| | *Attorneys for Defendant Rob Bonta, in his official* |
| 8 | *capacity* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELASQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual, CYNTHIA GABALDON, an individual; STEPHEN HOOVER, an individual,** | 2:23-cv-10169-SPG-ADS<br><br>**STIPULATED JUDGMENT REGARDING ATTORNEY'S FEES**<br><br>Judge:    The Honorable Sherilyn Peace Garnett<br>Action Filed: December 5, 2023 |
| v. | |
| **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10** | |

The Court hereby makes the following findings, stipulated to by Plaintiffs and Defendant Rob Bonta, in his official capacity as California's Attorney General (Defendant):

1. Plaintiffs won a preliminary injunction requiring Defendant to permit non-California residents, who are members of Plaintiffs' firearm groups, to apply for concealed carry weapon (CCW) licenses. Based on the Legislature's enactment of AB 1078, Plaintiffs' qualifying non-resident members may now apply for California CCW licenses. Plaintiffs' claims against Defendant Bonta are hereby dismissed.

2. Defendant shall pay Plaintiffs $128,206.50; in exchange, Plaintiffs shall release all claims for fees and costs arising out of this litigation against Defendant. No interest shall accrue on the settlement amount. Plaintiffs will complete and provide to Defendant a Payee Data Form (Form STD 204) within ten days of entry of this Judgment.

3. The preliminary injunction entered by this Court in favor of Plaintiffs and against Defendant [ECF 81] is hereby dissolved.

4. The Court shall retain jurisdiction to enforce the terms of this judgment and the Parties' settlement agreement and resolve any disputes arising under either.

**IT IS SO ORDERED.**

Dated: _____               _____
                                     HON. SHERILYN PEACE GARNETT
                                     United States District Judge