# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; ERICK VELADQUEZ, an individual; CHARLES MESSEL, an individual; BRIAN WEIMER, an individual; CLARENCE RIGALI, an individual; KEITH REEVES, an individual; CYNTHIA GABALDON, an individual; and STEVEN HOOVER, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, in his official capacity; LA VERNE POLICE DEPARTMENT; LA VERNE CHIEF OF POLICE COLLEEN FLORES, in her official capacity; ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>            Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**STIPULATED JUDGMENT REGARDING ATTORNEY'S FEES [ECF NO. 116]** |

On June 17, 2025, Defendant Rob Bonta ("Defendant") filed a notice of tentative settlement between the California Attorney General and Plaintiffs. (ECF No. 97). On December 8, 2025, the Court set an Order to Show Cause re Dismissal for February 4, 2026. (ECF No. 114). On February 2, 2026, Plaintiffs and Defendant filed a settlement agreement containing a stipulated judgment on attorney's fees. (ECF No. 116).

Pursuant to the Parties' stipulation, the Court hereby makes the following findings:

1. Plaintiffs prevailed on their motion for a preliminary injunction requiring Defendant to permit non-California residents, who are members of Plaintiffs' firearm organizations, to apply for concealed carry weapon (CCW) licenses. Based on the Legislature's enactment of AB 1078, Plaintiffs' qualifying non-resident members may now apply for California CCW licenses. Plaintiffs' Claims against Defendant are hereby dismissed.

2. Defendant shall pay Plaintiffs $128,206.50. In exchange, Plaintiffs shall release all claims for fees and costs arising out of this litigation against Defendant. No interest shall accrue on the settlement amount. Plaintiffs will complete and provide to Defendant a Payee Data Form (Form STD 204) within ten days of entry of this Judgment.

3. The preliminary injunction entered by this Court in favor of Plaintiffs and against Defendant, (ECF No. 81), is hereby dissolved.

4. The Court shall retain jurisdiction to enforce the terms of this judgment and the Parties' settlement agreement and resolve any disputes arising under either.

**IT IS SO ORDERED.**

Dated: February 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE