RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**JOINT STATUS REPORT ON SETTLEMENT**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Action Filed: December 4, 2023 |

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

---

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

|   |   |
|---|---|
| 1 | Defendants Los Angeles County Sheriff's Department and Sheriff Robert |
| 2 | Luna ("Defendants") and Plaintiffs California Rifle & Pistol Association, |
| 3 | Incorporated; The Second Amendment Foundation; Gun Owners of America, Inc.; |
| 4 | Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian |
| 5 | Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; Farzad Nezam; |
| 6 | David Broady; and Stephen Hoover (collectively "Plaintiffs") hereby file this joint |
| 7 | status report, as ordered (ECF No. 117), regarding the settlement referenced in the |
| 8 | parties' Notice of Tentative Settlement filed on October 31, 2025 (ECF No. 109). |
| 9 | Since filing their most recent Joint Status Report (ECF No. 115), the parties |
| 10 | have continued to work diligently to negotiate and reach agreement on the material |
| 11 | terms, both monetary and nonmonetary, of a proposed settlement of all remaining |
| 12 | claims in this action against Defendants.  The parties have also been working |
| 13 | diligently to draft, negotiate, and finalize a governing settlement agreement.  At this |
| 14 | stage, the parties have agreed on all material monetary and nonmonetary terms of a |
| 15 | settlement that would resolve all remaining claims against Defendants in exchange |
| 16 | for payment of a negotiated settlement amount.  The parties anticipate being able to |
| 17 | stipulate to Defendants' current compliance with Senate Bill 2's CCW application |
| 18 | processing deadline, thereby allowing for a more efficient, and timely, resolution of |
| 19 | the matter.  The parties have also agreed to monetary terms that will simplify the |
| 20 | requisite Los Angeles County approval process.  The parties are now finalizing the |
| 21 | governing settlement agreement, which they expect to be final and executed in the |
| 22 | near term.  Once all terms of the settlement agreement have been finalized, |
| 23 | Defendants will submit the agreement for requisite Los Angeles County Claims |
| 24 | Board approval, upon which the settlement will become final. |
| 25 | At this time, the parties respectfully submit that there is no need for the |
| 26 | Court's intervention in finalizing the terms of the settlement.  The parties will file a |
| 27 |   |
| 28 |   |

1

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

further status report by April 30, 2026, at which time they anticipate that the settlement agreement will be finalized and executed, and awaiting only Los Angeles County Claims Board approval.

Dated: February 27, 2026              Respectfully submitted,

/s/ Ryan Chabot
RYAN CHABOT (*pro hac vice*)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*/s/ Anna Barvir*
ANNA BARVIR
MICHEL AND ASSOCIATES PC
*Attorney for Plaintiffs*

*/s/ Donald Kilmer*
DONALD KILMER
LAW OFFICES OF DONALD KILMER APC
*Attorney for Plaintiffs*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Donald Kilmer and Anna Barvir, counsel for Plaintiffs.

Dated: February 27, 2026

BY:   /s/ Ryan Chabot
RYAN CHABOT
WILMER CUTLER PICKERING HALE AND DORR LLP

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

4

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169