RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**JOINT STATUS REPORT ON SETTLEMENT**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Action Filed: December 4, 2023 |

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

JOINT STATUS REPORT ON SETTLEMENT

*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna ("Defendants") and Plaintiffs California Rifle & Pistol Association, Incorporated; The Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; Farzad Nezam; David Broady; and Stephen Hoover (collectively "Plaintiffs") hereby file this joint status report, as ordered (ECF No. 120), regarding the settlement referenced in the parties' Notice of Tentative Settlement filed on October 31, 2025 (ECF No. 109).

Since filing their most recent Joint Status Report (ECF No. 119), the parties have continued to work diligently to negotiate and reach agreement on the material terms, both monetary and nonmonetary, of a proposed settlement of all remaining claims in this action against Defendants. The parties are now finalizing a governing settlement agreement. As noted in their prior Joint Status Report, the parties are agreed on all material monetary and nonmonetary terms of a settlement that would resolve all remaining claims against Defendants in exchange for payment of a negotiated settlement amount. Also, as previously noted, the parties anticipate being able to stipulate to Defendants' current compliance with Senate Bill 2's CCW application processing deadline, thereby allowing for a more efficient, and timely, resolution of the matter. The parties are currently coming to resolution on a means of providing assurance of compliance satisfactory to Plaintiffs. As noted, the parties have also agreed to monetary terms that will simplify the requisite Los Angeles County approval process. Once all terms of the settlement agreement have been finalized, Defendants will submit the agreement for requisite Los Angeles County Claims Board approval, upon which the settlement will become final.

At this time, the parties respectfully submit that there is no need for the Court's intervention in finalizing the terms of the settlement. The parties anticipate

1

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

filing of a notice of settlement in the near term, at which time they anticipate that the settlement agreement will be finalized and executed, and awaiting only Los Angeles County Claims Board approval.  Nevertheless, if such notice has not yet been filed, the parties will file a further status report by June 30, 2026.

Dated: April 30, 2026                    Respectfully submitted,

                                         */s/ Ryan Chabot*
                                         RYAN CHABOT (*pro hac vice*)
                                         ryan.chabot@wilmerhale.com
                                         WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                         7 World Trade Center
                                         250 Greenwich Street
                                         New York, NY 10007
                                         Telephone: (212) 295-6513
                                         Facsimile: (212) 230-8888

                                         MARK SELWYN (CA Bar No. 244180)
                                         mark.selwyn@wilmerhale.com
                                         WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                         2600 El Camino Road
                                         Palo Alto, California 94306
                                         Telephone: (650) 858-6031
                                         Facsimile: (650) 858-6100

                                         JOSHUA VITTOR (CA Bar No. 326221)
                                         joshua.vittor@wilmerhale.com
                                         SIMON KRESS (CA Bar No. 360898)
                                         simon.kress@wilmerhale.com
                                         WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                         350 South Grand Ave., Suite 2400
                                         Los Angeles, CA 90071
                                         Telephone: (213) 443-5300
                                         Fax: (213) 443-5400

2

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*/s/ Anna Barvir*
ANNA BARVIR
MICHEL AND ASSOCIATES PC
*Attorney for Plaintiffs*

*/s/ Donald Kilmer*
DONALD KILMER
LAW OFFICES OF DONALD KILMER APC
*Attorney for Plaintiffs*

3

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Donald Kilmer and Anna Barvir, counsel for Plaintiffs.

Dated: April 30, 2026

BY:    /s/ Ryan Chabot
RYAN CHABOT
WILMER CUTLER PICKERING
HALE AND DORR LLP

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

4

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169