RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

(additional counsel listed below)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br> **JOINT STATUS REPORT ON SETTLEMENT** <br><br> Judge: Hon. Sherilyn Peace Garnett <br> Action Filed: December 4, 2023 |

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

JOINT STATUS REPORT ON SETTLEMENT

*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna ("Defendants") and Plaintiffs California Rifle & Pistol Association, Incorporated; The Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; Farzad Nezam; David Broady; and Stephen Hoover (collectively "Plaintiffs") hereby file this joint status report regarding the settlement referenced in the parties' Notice of Tentative Settlement filed on October 31, 2025 (ECF No. 109).

Since filing their most recent Joint Status Report (ECF No. 122), the parties have continued to work diligently to finalize the proposed settlement of all remaining claims in this action against Defendants.  The parties are now in the process of obtaining the necessary signatures to execute the governing settlement agreement, which process the parties anticipate completing this week.

At this time, the parties respectfully submit that there is no need for the Court's intervention in finalizing the settlement.

Dated: June 30, 2026

Respectfully submitted,

*/s/ Ryan Chabot*
RYAN CHABOT (*pro hac vice*)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING

1

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*/s/ Anna Barvir*
ANNA BARVIR
MICHEL AND ASSOCIATES PC
*Attorney for Plaintiffs*

*/s/ Donald Kilmer*
DONALD KILMER
LAW OFFICES OF DONALD KILMER APC
*Attorney for Plaintiffs*

2

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Donald Kilmer and Anna Barvir, counsel for Plaintiffs.

Dated: June 30, 2026

BY: /s/ *Ryan Chabot*
RYAN CHABOT
WILMER CUTLER PICKERING
HALE AND DORR LLP

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

3

JOINT STATUS REPORT ON SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169