RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al., <br><br> Defendants. | Case No. 2:23-cv-10169-SPG-ADS <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Sherilyn Peace Garnett <br> Action Filed: December 4, 2023 |

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

---

JOINT NOTICE OF SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

NOTICE IS HEREBY GIVEN that Defendants Los Angeles County Sherriff's Department and Sheriff Robert Luna ("Defendants") and Plaintiffs California Rifle & Pistol Association, Incorporated; The Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; and Farzad Nezam (hereinafter collectively referred to as "Plaintiffs") have reached an agreement to settle all remaining claims against Defendants, the final disposition of which is subject to approval of the Los Angeles County Claims Board, in recognition of Defendants' representation that LASD is currently in compliance with the processing times prescribed by California Penal Code sections 26202(d) and 26205(a). *See* Declaration of Lieutenant Jorge Marchena. Upon approval by the Los Angeles County Claims Board, the parties will file a joint stipulation to dismiss the action with prejudice. The parties request that all pending dates and filing requirements be vacated.

Dated: August 5, 2026                    Respectfully submitted,

*/s/ Ryan Chabot*
RYAN CHABOT (*pro hac vice*)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP

1

JOINT NOTICE OF SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County
Sheriff's Department and Sheriff Robert Luna*

*/s/ Anna Barvir*
ANNA BARVIR
MICHEL AND ASSOCIATES PC
*Attorney for Plaintiffs*

*/s/ Donald Kilmer*
DONALD KILMER
LAW OFFICES OF DONALD KILMER APC
*Attorney for Plaintiffs*

2

JOINT NOTICE OF SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Donald Kilmer and Anna Barvir, counsel for Plaintiffs.

Dated: August 5, 2026

BY:    /s/ *Ryan Chabot*
RYAN CHABOT
WILMER CUTLER PICKERING
HALE AND DORR LLP

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

3

JOINT NOTICE OF SETTLEMENT
*Cal. Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Dep't*, No. 2:23-cv-10169