UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-10169-SPG-ADS | Date | August 17, 2026 |
| Title | Cal. Rifle & Pistol Ass'n, et al. Los Angeles County Sherriff's Dep't, et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER RE JOINT NOTICE OF SETTLEMENT [ECF NO. 125]**

On August 5, 2026, Plaintiffs California Rifle & Pistol Association, Inc.; The Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; and Farzad Nezamand ("Plaintiffs") and Defendant Los Angeles County Sherriff's Department and Sheriff Robert Luna ("Defendants") filed a "Joint Notice of Settlement," (ECF No. 125 ("Notice")), representing that the parties have settled the case. The Court sets an Order to Show Cause re Dismissal hearing for Wednesday, December 2, 2026, at 1:30pm. If the parties file a notice or stipulation of dismissal by Friday, November 27, 2026, the matter will be taken off calendar and no appearance by counsel will be required.

Accordingly, all pending dates, other than the Order to Show Cause re Dismissal date, are vacated and taken off calendar.

______ : ______

Initials of Preparer pg