RYAN CHABOT (pro hac vice)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*(additional counsel listed below)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>Defendants. | Case No. 2:23-cv-10169-SPG-ADS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Action Filed: December 4, 2023 |

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)
simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna ("Defendants") and Plaintiffs California Rifle & Pistol Association, Incorporated; The Second Amendment Foundation; Gun Owners of America, Inc.; Gun Owners Foundation; Gun Owners of California, Inc.; Charles Messel; Brian Weimer; Jung Yun; Albert Medalla; Zhao Lin Chen; Eric Stratton; and Farzad Nezam (collectively "Plaintiffs"), through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims against Defendants. All claims for attorneys' fees and costs are resolved pursuant to the parties' Settlement Agreement.

RESPECTFULLY SUBMITTED this 20th day of November 2026.

Dated: November 20, 2026

*/s/ Ryan Chabot*

RYAN CHABOT (*pro hac vice*)
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513
Facsimile: (212) 230-8888

MARK SELWYN (CA Bar No. 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Road
Palo Alto, California 94306
Telephone: (650) 858-6031
Facsimile: (650) 858-6100

JOSHUA VITTOR (CA Bar No. 326221)
joshua.vittor@wilmerhale.com
SIMON KRESS (CA Bar No. 360898)

simon.kress@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Fax: (213) 443-5400

*Attorneys for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*

*/s/ Anna Barvir*
ANNA BARVIR
MICHEL AND ASSOCIATES PC
*Attorney for Plaintiffs*

*/s/ Donald Kilmer*
DONALD KILMER
LAW OFFICES OF DONALD KILMER APC
*Attorney for Plaintiffs*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Central District of California's Civil L.R. 5-4.3.4(a)(2)(i), Ryan Chabot attests that concurrence in the filing of this document has been obtained from Donald Kilmer and Anna Barvir, counsel for Plaintiffs.

Dated: November 20, 2026

BY: /s/ *Ryan Chabot*
RYAN CHABOT
WILMER CUTLER PICKERING
HALE AND DORR LLP

*Attorney for Defendants Los Angeles County Sheriff's Department and Sheriff Robert Luna*